# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTE̶R CHARGE NUMBER
☐ FEPA 04020275
☐ EEOC 17CA400270

Delaware Department of Labor and EEOC
(State, or local Agency, if any)

| | |
|---|---|
| **NAME** (Indicate Mr., Mrs., Ms) Mr. Richard L. Williams | **HOME TELEPHONE NO.** (Include Area Code) (302) 653-8340 |
| **STREET ADDRESS** 458 Moorton Road | **CITY, STATE AND ZIP CODE** Dover, DE 19904 |
| | **COUNTY** Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| | | |
|---|---|---|
| **NAME** Dover Downs Entertainment | **NO. OF EMPLOYEES OR MEMBERS** 100+ | **TELEPHONE NUMBER** (Incl. Area Code) (302) 857-3216 |
| **STREET ADDRESS** 1131 N. Dupont Highway | **CITY, STATE AND ZIP CODE** Dover, DE 19901 | |

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☒ AGE
☐ RETALIATION  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 12/31/2003
LATEST 12/31/2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I. I am an individual over the age of 40 (55 at time of incident). I was employed by Respondent from December 22, 1978 until December 31, 2003 when I was discharged from my position as a Mechanic 1. I was disciplined more severely than my similarly situated younger co-workers for the same act.

II. I was verbally discharged by Respondent's Human Resource Manager, Ms. Robin Roberts and Facilities Director, Richard Wertz because I watched a drag race and did nothing to stop the race that occurred on company property.

III. I believe that Respondent violated the Age Discrimination in Employment Act, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, when I was terminated from my position as a Maintenance Mechanic 1. I was informed by Respondent's Human Resource Manager, Ms. Robin Roberts and Facilities Director, Richard Wertz that I was terminated for watching a drag race that occurred on company property. They also stated that I should have stopped the race. Another individual, Michael Peters, also over the age of 40 was terminated. However, three younger employees, Michael Monahan (39) Maintenance Mechanic 1, John Patterson (22) Maintenance Mechanic 3, William Lamick (30's) Maintenance Mechanic 2, who watched the race were not terminated only suspended.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary to meet State and Local Requirements)

Date 2-20-04   Charging Party (Signature)

Subscribed and sworn to before me this date                    (Day, month, and year)

EEOC FORM 5
REV 6/92       PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# EXHIBIT B

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER
☐ FEPA
☐ EEOC

Delaware Department of Labor and EEOC
(State, or local Agency, if any)

| | |
|---|---|
| **NAME** (Indicate Mr., Mrs., Ms) Mr. Michael Peters | **HOME TELEPHONE NO.** (Include Area Code) (302) 335-1303 |
| **STREET ADDRESS** 6936 Carpenter Bridge Rd. | **CITY, STATE AND ZIP CODE** Frederica DE 19946   **COUNTY** Kent |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| | | |
|---|---|---|
| **NAME** Dover Downs Entertainment | **NO. OF EMPLOYEES OR MEMBERS** 100+ | **TELEPHONE NUMBER** (Incl. Area Code) (302) 674-4600 |
| **STREET ADDRESS** 1131 N. Dupont Highway, Dover, Delaware 19901 | | |

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☒ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST 12/31/2003
LATEST 12/31/2003
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s):

I. I am an individual over the age of 40 (52 at time of incident). I was employed by Respondent from February 10, 1985 until December 31, 2003 when I was discharged from my position as a Mechanic 1. I was disciplined more severely than my similarly situated younger co-workers for the same act.

II. I was verbally discharged by Respondent's Human Resource Manager, Ms. Robin Roberts and Facilities Director, Richard Wertz because I watched a drag race and did not report it to management.

III. I believe that Respondent violated the Age Discrimination in Employment Act, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, when I was terminated from my position as a Maintenance Mechanic 1. I was informed by Respondent's Human Resource Manager, Ms. Robin Roberts and Facilities Director, Richard Wertz that I was terminated for watching a drag race that occurred on company property. They also stated that I did not report it to management. Another individual, Richard Williams, also over the age of 40 was terminated. However, three younger employees, Michael Monahan (39) Maintenance Mechanic 1, John Patterson (22) Maintenance Mechanic 3, William Larnick (30's) Maintenance Mechanic 2, who watched the race were not terminated only suspended.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**SIGNATURE OF COMPLAINANT**

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

**NOTARY** - (When necessary to meet State and Local Requirements)

Date  Charging Party (Signature)    Subscribed and sworn to before me this date (Day, month, and year)

EEOC FORM 5 REV 6/92    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

# EXHIBIT C

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT

Mr. Richard L. Williams
458 Moorton Road
Dover, DE 19904

State Case No. 04020275

vs.

Dover Downs Entertainment
1131 N. Dupont Highway
Dover, DE 19901

## FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

### *Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with Andre Boggerty, Labor Law Enforcement Officer I. Please be prepared to appear for conciliation on the following date and time March 8, 2005 @ 9:30 a.m., at the location of 24 N.W. Front Street, Milford, DE 19963.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:
Charging Party provided substantive information and evidence to support his allegations of discrimination based on age. Charging Party's younger comparator was previously disciplined for an act of insubordination and also involved in the "drag race" incident but was not terminated. Charging Party was one of two individuals who were terminated besides the drivers. Both of these individuals were over the age of forty.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

2/22/05
Date issued

Julie K. Cutler, Administrator

3/16/05
Date conciliation completed

Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12RC : 12/04

# EXHIBIT D

Internal Memorandum

| | |
|---|---|
| Case Number(S): | 04020275/17CA400270 |
| Case Name: | Williams v. Dover Downs Entertainment |
| Case Issues: | Age/Discharge |
| Date of Alleged Discrimination: | 12/31/2003 |
| Date Complaint Filed: | 2/20/2004 |
| Investigated By: | Andre Boggerty |

Charging Party was employed by Respondent as a Mechanic for approximately 25 years. He held the most seniority and was one of highest paid individuals within the department. The other individual, Mr. Michael Peters, was employed for 18 years. Both individuals were terminated for being spectators of a "drag race" that took place between to of their co-workers. Respondent terminated the participants of the race. However, Charging Party and Mr. Peters was the only spectators terminated.

Respondent asserted that they were both terminated for receiving write-ups approximately two weeks prior to the "drag race" for insubordination. The write-up was issued to both individuals when they did not accept the duties of Supervisor when their Supervisor was scheduled to take vacation. However, a younger individual, Mr. Michael Monohan (38 at time of incident), also was written-up for insubordination previously but was only suspended for his role in the "drag race." Charging Party was older than Mr. Monohan. Respondent's defense was that Mr. Russell Hands (age 68) was not terminated. However, Mr. Hands is not a true comparator. He has no previous write-ups and only works part-time.

Respondent argued that the severity of the Charging Party incident and that of Mr. Monohan differed. However, the position argued by Respondent appears to be subjective.
A "Cause" finding is recommended in this matter.

DOL Form C-12RC : 12/04

# EXHIBIT E

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT

Mr. Michael Peters
6936 Carpenter Bridge Road
Frederica, DE 19946

State Case No. 04020274

vs.

Dover Downs Entertainment
1131 N. Dupont Highway
Dover, DE 19901

## FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with Andre Boggerty, Labor Law Enforcement Officer I. Please be prepared to appear for conciliation on the following date and time March 10, 2005 @ 10:00 a.m., at the location of 24 N.W. Front Street, Milford, DE 19963.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:
Charging Party provided substantive information and evidence to support his allegations of discrimination based on age. Charging Party's younger comparator was previously disciplined for an act of insubordination and also involved in the "drag race" incident but was not terminated. Charging Party was one of two individuals who were terminated besides the drivers. Both of these individuals were over the age of forty.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

2/22/05
Date issued

Julie K. Cutler, Administrator

3/16/05
Date conciliation completed

Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12RC : 12.04

# EXHIBIT F

EEOC Form 161 (3/98)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Richard L. Williams
458 Moorton Rd
Dover, DE 19904

From: Philadelphia District Office
21 South 5th Street
Suite 400
Philadelphia, PA 19106

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2004-00270 | Charles Brown, III, State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Marie M. Tomasso*     April 4, 2005

Marie M. Tomasso,
District Director

(Date Mailed)

Enclosure(s)

cc: DOVER DOWNS ENTERTAINMENT
1131 N. Dupont Highway
Dover, DE 19901

RECEIVED 4-13-05
3 PM
*Richard L. Williams*

# EXHIBIT G

# DISMISSAL AND NOTICE OF RIGHTS

To: Michael Peters
6936 Carpenter Bridge Rd
Frederica, DE 19946

From: Philadelphia District Office
21 South 5th Street
Suite 400
Philadelphia, PA 19106

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2004-00269 | Charles Brown, III, State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Marie M. Tomasso* (signature)

Marie M. Tomasso,
District Director

April 4, 2005
*(Date Mailed)*

Enclosure(s)

cc: DOVER DOWNS ENTERTAINMENT
1131 N. Dupont Highway
Dover, DE 19901