# UNITED STATES DISTRICT COURT

District of _____Delaware_____

RICHARD L. WILLIAMS, and
MICHAEL E. PETERS,

           Plaintiffs

V.

DOVER DOWNS GAMING & ENTERTAINMENT, INC.,
a Delaware corporation; and DOVER DOWNS, INC.,
a Delaware corporation,

           Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 - 435

TO: (Name and address of Defendant)

    Dover Downs, Inc.
    Klaus M. Belohoubek, Registered Agent
    3505 Silverside Road
    Plaza Center Building, Suite 203
    Wilmington, DE  19810

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jeremy W. Homer, Esquire
    PARKOWSKI, GUERKE & SWAYZE, P.A.
    116 West Water Street
    P.O. Box 598
    Dover, DE  19903

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                             6/27/05
CLERK                                                       DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] and Notice | DATE<br>July 1, 2005 at 1:00 PM |
| NAME OF SERVER *(PRINT)*<br>Anita Crowley | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Dover Downs, Inc., was effectuated by personally serving Linda Lee, Business Agent authorized to accept on behalf of Klaus M. Belohoubek, Registered Agent, at 3505 Silverside Rd., Plaza Center Bldg. # 203, Wilmington, DE 19810.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 5, 2005
                    Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806  (302) 429-0657
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

RICHARD L. WILLIAMS, and
MICHAEL E. PETERS,

           Plaintiffs          **SUMMONS IN A CIVIL CASE**

V.

DOVER DOWNS GAMING & ENTERTAINMENT, INC.,
a Delaware corporation; and DOVER DOWNS, INC.,
a Delaware corporation,

           Defendants.      CASE NUMBER:  05- 435

TO: (Name and address of Defendant)

     Dover Downs Gaming & Entertainment, Inc.
     Klaus M. Belohoubek, Registered Agent
     3505 Silverside Road
     Plaza Center Building, Suite 203
     Wilmington, DE   19810.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Jeremy W. Homer, Esquire
     PARKOWSKI, GUERKE & SWAYZE, P.A.
     116 West Water Street
     P.O. Box 598
     Dover, DE   19903

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            6/27/05

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> and Notice | DATE<br>July 1, 2005 at 1:00 p.m. |
| NAME OF SERVER (PRINT)<br>Anita Crowley | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Dover Downs Gaming & Entertainment, Inc., was effectuated by personally serving Linda Lee, Business Agent authorized to accept on behalf of Klaus M. Belohoubek, Registered Agent, at 3505 Silverside Rd., Plaza Center Bld., Suite 203, Wilmington, DE 19810.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 5, 2005
                    Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE  19806   (302) 429-0657
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.