IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>        Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC.,<br><br><br><br><br>        Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No.: 05-0435 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER
FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Edward T. Ellis to represent the Defendants in this matter.

                                              MONTGOMERY, MCCRACKEN, WALKER
                                              & RHOADS, LLP

Date: July 15, 2005                       */s/   Richard M. Donaldson*
                                              Richard M. Donaldson (DE Bar No. 4367)
                                              Noel C. Burnham (DE Bar No. 3483)
                                              300 Delaware Avenue, Suite 750
                                              Wilmington, DE  19801
                                              (302) 504-7840
                                              Attorneys for Defendants

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____       _____
                                                                  Judge