IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS, and : | |
| MICHAEL E. PETERS : | |
|     Plaintiffs, : | |
| : | |
|     v. : | Civil Action No.: 05-0435 (GMS) |
| : | |
| DOVER DOWNS, INC., DOVER DOWNS : | |
| GAMING & ENTERTAINMENT INC., : | |
| : | |
| : | |
| : | |
| : | |
|     Defendants. : | |

**MOTION AND ORDER
FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kymberly D. Hankinson to represent the Defendants in this matter.

                                              MONTGOMERY, McCRACKEN, WALKER
                                              & RHOADS, LLP

                                              /s/    *Richard M. Donaldson*
                                              Richard M. Donaldson (DE Bar No. 4367)
                                              Noel C. Burnham (DE Bar No. 3483)
                                              300 Delaware Avenue, Suite 750
                                              Wilmington, DE  19801
                                              (302) 504-7840
                                              Attorneys for Defendants

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____    _____
                                                            Judge