## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, the Bar of New Jersey, the Bar of Maryland and the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Funds effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office upon filing of this motion.

Date: July 12, 2005

            *Kymberly D. Hankinson* (signature)
            Kymberly D. Hankinson
            Montgomery, McCracken, Walker & Rhoads, LLP
            123 South Broad Street
            Philadelphia, PA 19109