IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>   Plaintiffs,<br><br>  v.<br><br>DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC.,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 05-0435 (GMS) |

## ANSWER

Defendants Dover Downs, Inc. and Dover Downs Gaming & Entertainment Inc. (collectively "defendants") through their undersigned attorneys, hereby respond to the complaint.

  1.  It is admitted that Plaintiffs purport to bring this action pursuant to the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621-634. It is denied that the defendants have violated the statute.

  2.  Admitted.

  3.  Admitted.

  4.  Admitted.

  5.  Admitted.

  6.  Admitted.

  7.  It is admitted that Plaintiff Williams was employed by defendant Dover Downs, Inc., or a predecessor organization, from December 22, 1978 to December 31, 2003. All remaining allegations of paragraph 7 are denied.

  8.  It is admitted that Plaintiff Peters was employed by defendant Dover Downs,

Inc., or a predecessor organization, from February 10, 1985 to December 31, 2003. All remaining allegations of paragraph 8 are denied.

        9.        Admitted.

        10.       It is admitted that defendant Dover Downs, Inc. was the employer of the plaintiffs, for purposes of the ADEA, on December 31, 2003. All remaining allegations of paragraph 10 are denied.

        11.       It is admitted that plaintiffs were employees of defendant Dover Downs, Inc. for purposes of the ADEA, on December 31, 2003. All remaining allegations of paragraph 11 are denied.

        12.       Admitted.

        13.       Admitted.

        14.       Denied.

        15.       Denied.

        16.       Denied.

        17.       Denied.

        18.       Denied.

        19.       It is admitted that plaintiff Williams filed a charge of discrimination with the Delaware Department of Labor (DDOL) and the United States Equal Employment Opportunity Commission (EEOC). All remaining allegations of paragraph 19 are denied.

        20.       It is admitted that plaintiff Peters filed a charge of discrimination with the DDOL and the EEOC. All remaining allegations of paragraph 20 are denied

        21.       It is admitted that the DDOL issued plaintiff Williams a notice of determination and right to sue letter on or about February 22, 2005. All remaining allegations of

paragraph 21 are denied.

22. Defendants lack information sufficient to formulate a response to paragraph 22 of the complaint; therefore it is denied.

23. It is admitted that the DDOL issued plaintiff Peters a notice of determination and right to sue letter on or about February 22, 2005. All remaining allegations of paragraph 23 are denied

24. Admitted.

25. Admitted.

26. The documents attached to the complaint (Exhibits F & G) speak for themselves; all characterizations of those documents are denied.

27. Admitted.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

WHEREFORE, defendants ask the Court to enter judgment in its favor and against the plaintiffs and to award the defendants their cost and attorneys' fees.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs' complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendants based their actions on reasonable factors other than Plaintiffs' age.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages.


          Montgomery, McCracken, Walker & Rhoads, LLP

          /s/ *Richard M. Donaldson*
          Richard M. Donaldson (Del Bar ID No. 4367)
          Noel C. Burnham (DE Bar No. 3483)
          Montgomery, McCracken, Walker & Rhoads, LLP
          300 Delaware Avenue, Suite 750
          Wilmington, DE 19801
          (302) 504-7840

          Of Counsel:
          Edward T. Ellis
          Kymberly D. Hankinson
          Montgomery, McCracken, Walker & Rhoads, LLP
          123 S. Broad Street
          Philadelphia, PA 19109
          (215) 772-1500

Date:   July 21, 2005          Counsel for Defendants