## CERTIFICATION OF SERVICE

I, Richard M. Donaldson, hereby certify that on July 21, 2005, I caused the foregoing Answer to Plaintiffs' Complaint to be served electronically on the following:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street - P.O. Box 598
Dover, DE 19806
(302) 678-3262

Attorney for Plaintiffs

  */s/   Richard M. Donaldson*
Richard M. Donaldson (DE No. 4367)

1187310v1