IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>       Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>       Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the 14th day of October, A.D. 2005, a true and correct copy of the Plaintiffs' Initial Disclosure Pursuant To Fed. R. Civ. P. 26(a)(1) was sent via first class mail to the following opposing counsel:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and <br> MICHAEL E. PETERS, <br>       Plaintiffs, <br><br> v. <br><br> DOVER DOWNS GAMING & <br> ENTERTAINMENT, INC., a Delaware <br> Corporation; and DOVER DOWNS, INC., <br> a Delaware Corporation, <br><br>       Defendants. | ) Civil Action No.: 05-0435 (GMS) <br> ) <br> ) TRIAL BY JURY OF <br> ) TWELVE DEMANDED <br> ) |

## CERTIFICATE OF MAILING

I, JEREMY W. HOMER, ESQUIRE, hereby certify that on the __14th__ day of October, A.D. 2005, a true and correct copy of the Notice of Service was sent via electronic filing and first class mail to the following opposing counsel:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiff

H:\Williams\Initial Disclosures