IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>　　　　Plaintiffs,<br><br>　　v.<br><br>DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC.,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 05-0435 (GMS) |

## NOTICE OF SERVICE

This is to certify that two (2) copies of Defendants' Rule 26(a) Initial Disclosures were served by first class mail this 14th day of October 2005 on:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19806
(302) 678-3262

Attorney for Plaintiffs

Dated: October 14, 2005　　　　　___/s/ Noel C. Burnham_____
　　　　　　　　　　　　　　　　　Noel C. Burnham (DE Bar No. 3483)
　　　　　　　　　　　　　　　　　Richard M. Donaldson (DE Bar No. 4367)
　　　　　　　　　　　　　　　　　Montgomery, McCracken, Walker & Rhoads, LLP
　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 750
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 504-7840
　　　　　　　　　　　　　　　　　Facsimile: (302) 504-7820
　　　　　　　　　　　　　　　　　*Attorneys for Defendants*