IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>　　　　Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC.,<br><br><br><br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     Civil Action No.: 05-0435 (GMS) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS on June 27, 2005, Plaintiffs Richard Williams and Michael Peters filed a civil complaint, Civil Action No. 05-0435, against defendants Dover Downs, Inc., and Dover Downs Gaming & Entertainment, Inc., alleging discrimination in employment under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et. seq. (the "ADEA");

WHEREAS plaintiffs were never employed by defendant Dover Downs Gaming & Entertainment, Inc.;

WHEREAS the remaining defendant Dover Downs, Inc. was the employer of plaintiffs Williams and Peters for 25 and 17 years, respectively, except for a nine (9) month period from April 1, 2002 to December 31, 2002 when the plaintiffs were employed by a related entity, namely Dover International Speedway, Inc.;

WHEREAS for purposes of this litigation, defendant Dover Downs, Inc. stipulates that it shall remain liable as the employer of the plaintiffs for that nine (9) month period as well, so that for all relevant times Dover Downs, Inc. was the employer of plaintiffs Williams and Peters during the aforementioned 25 and 17 year periods, respectively;

WHEREAS counsel for the plaintiffs and counsel for the defendants have agreed to the dismissal

of all claims against defendant Dover Downs Gaming & Entertainment, Inc.;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties through their counsel of record that:

1. Upon entry of this Stipulation and Order, defendant Dover Downs Gaming & Entertainment, Inc., shall be dismissed with prejudice, without costs, as defendant in this action.

2. For purposes of this litigation, the remaining defendant, Dover Downs, Inc., stipulates that it was the plaintiffs', Richard Williams and Michael Peters, employer for periods of 25 and 17 years, respectively, with such employment terminating in December, 2003.

3. By signing this stipulation, counsel represent that they have discussed the matters se forth herein with their respective clients and that counsel has been authorized to execute this Stipulation.

| | |
|---|---|
| /s/ Jeremy W. Homer | /s/ Richard M. Donaldson |
| Jeremy W. Homer, Del. Bar No. 413 | Richard M. Donaldson, Del Bar No. 4367 |
| Parkowski, Guerke & Swayze, P.A. | Noel C. Burnham, Del Bar ID No. 3483 |
| 116 West Water Street | Montgomery, McCracken, Walker & Dover, Rhoads, LLP |
| Dover, DE 19806 | |
| (302) 678-3262 | 300 Delaware Avenue, Suite 750 |
| | Wilmington, DE 19801 |
| Attorney for Plaintiffs | (302) 504-7840 |
| Dated: October 21, 2005 | Of Counsel: |
| | Edward T. Ellis |
| | Kymberly D. Hankinson |
| | Montgomery, McCracken, Walker & Rhoads, LLP |
| | 123 S. Broad Street |
| | Philadelphia, PA 19109 |
| | (215) 772-1500 |
| | Counsel for Defendants |
| | Dated: October 21, 2005 |
| | SO ORDERED: |
| | _____ |
| | Gregory M. Sleet, J. |
| | Dated: |

1204031v2