IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>　　　Plaintiffs,<br><br>　　v.<br><br>DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC.,<br><br><br><br><br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>Civil Action No.: 05-0435 (GMS) |

## NOTICE OF SERVICE OF DOCKET ENTRY 16

I HEREBY CERTIFY that on October 21, 2005, two copies of Docket Entry 16 which had been previously e-notice served, was served on the following party by first class postage prepaid mail:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
Dover, DE 19806

Dated: October 21, 2005

　　　　　　　　　　　　　　　　　MONTGOMERY, MCCRACKEN, WALKER &
　　　　　　　　　　　　　　　　　RHOADS, LLP

　　　　　　　　　　　　　　　　　By:＿＿/s/ Noel C. Burnham＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　Noel C. Burnham, Esquire (DE No. 3483)
　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 750
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　(302) 504-7890
　　　　　　　　　　　　　　　　　Attorneys for Defendants