IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>    Plaintiffs,<br><br>    v.<br><br>DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC.,<br><br><br><br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.:  05-0435 (GMS) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on October 26, 2005, two copies of Interrogatories and Request for Production of Documents Directed to Plaintiff Michael E. Peters were served on the following party by first class postage prepaid mail:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19806

Dated:  October 26, 2005

                                                 MONTGOMERY, MCCRACKEN, WALKER &
                                                 RHOADS, LLP

                                                 By:    /s/ Noel C. Burnham
                                                 Noel C. Burnham, Esquire (DE No. 3483)
                                                 300 Delaware Avenue, Suite 750
                                                 Wilmington, DE 19801
                                                 (302) 504-7890
                                                 Attorneys for Defendants

2016513v1