IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>　　　Plaintiffs, | :<br>:<br>:<br>: | |
| v. | : | Civil Action No.: 05-0435 (GMS) |
| DOVER DOWNS, INC., DOVER DOWNS<br>GAMING & ENTERTAINMENT INC., | :<br>:<br>:<br>:<br>:<br>: | |
| 　　　Defendants. | : | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on October 26, 2005, two copies of Interrogatories and Request for Production of Documents Directed to Plaintiff Richard L. Williams were served on the following party by first class postage prepaid mail:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19806

Dated: October 26, 2005

　　　　　　　　　　　　　　　　　　　MONTGOMERY, MCCRACKEN, WALKER &
　　　　　　　　　　　　　　　　　　　RHOADS, LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ Noel C. Burnham
　　　　　　　　　　　　　　　　　　　Noel C. Burnham, Esquire (DE No. 3483)
　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 750
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　(302) 504-7890
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

2016450v1