IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>    Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>    Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 22, 2005, true and correct copies of the Response to Request for Production of Documents Directed to Plaintiff Richard L. Williams were served via first class mail on the following counsel of record:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

                        PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>　　　Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>　　　Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF MAILING**<br>)<br>) |

　　　I hereby certify that on November 22, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

　　　I hereby certify that on the ___22___ day of November, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

　　　　　　　　　　　　　　　　　PARKOWSKI, GUERKE & SWAYZE, P.A.

　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　JEREMY W. HOMER, ESQUIRE
　　　　　　　　　　　　　　　Delaware State Bar I.D. No.:  413
　　　　　　　　　　　　　　　116 W. Water Street
　　　　　　　　　　　　　　　P.O. Box 598
　　　　　　　　　　　　　　　Dover, DE  19903
　　　　　　　　　　　　　　　(302) 678-3262
　　　　　　　　　　　　　　　Attorneys for Plaintiffs

h\Williams\Response to Request for Production to Williams