IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>      Plaintiffs,<br><br>      v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>      Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 22, 2005, true and correct copies of the Response to Request for Production of Documents Directed to Plaintiff Michael E. Peters were served via first class mail on the following counsel of record:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>    Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>    Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF MAILING**<br>)<br>) |

    I hereby certify that on November 22, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

    I hereby certify that on the 22 day of November, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

                                    PARKOWSKI, GUERKE & SWAYZE, P.A.

                        By: _____
                                    JEREMY W. HOMER, ESQUIRE
                                    Delaware State Bar I.D. No.: 413
                                    116 W. Water Street
                                    P.O. Box 598
                                    Dover, DE 19903
                                    (302) 678-3262
                                    Attorneys for Plaintiffs