## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RICHARD L. WILLIAMS and )
MICHAEL E. PETERS, ) Civil Action No.:  05-0435 (GMS)
      Plaintiffs, )
   ) TRIAL BY JURY OF
   ) TWELVE DEMANDED
     v. )
   )
DOVER DOWNS GAMING & )
ENTERTAINMENT, INC., a Delaware )
Corporation; and DOVER DOWNS, INC., )
a Delaware Corporation, )
   )
      Defendants. )

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on November __22__, 2005, true and correct copies of

Answers to Interrogatories Directed to Plaintiff Michael E. Peters were served via first class mail

on the following counsel of record:

| | |
|---|---|
| Richard M. Donaldson, Esquire | Edward T. Ellis, Esquire |
| Noel C. Burnham, Esquire | Kimberly D. Hankinson, Esquire |
| Montgomery, McCracken, Walker | Montgomery, McCracken, Walker |
| & Rhoads, LLP | & Rhoads, LLP |
| 300 Delaware Avenue, Suite 750 | 123 South Broad Street |
| Wilmington, DE  19801 | Philadelphia, PA  19109 |

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>        Plaintiffs,<br><br>      v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>        Defendants. | ) Civil Action No.:  05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF MAILING**<br>)<br>) |

I hereby certify that on November __22__, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

I hereby certify that on the __22nd__ day of November, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.:  413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiffs

h\Williams\answers to interrogatories to Peters