IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>    Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>    Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November  22 , 2005, a true and correct copy of the Plaintiff Richard L. Williams First Request for Production of Documents to Defendant was sent via first class mail to the following opposing counsel:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE  19903
(302) 678-3262
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>      Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF MAILING**<br>)<br>) |

    I hereby certify that on November  22 , 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

    I hereby certify that on the  22nd  day of November, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

                                            PARKOWSKI, GUERKE & SWAYZE, P.A.

                        By:  /s/ Jeremy W. Homer
                                            JEREMY W. HOMER, ESQUIRE
                                            Delaware State Bar I.D. No.: 413
                                            116 W. Water Street
                                            P.O. Box 598
                                            Dover, DE  19903
                                            (302) 678-3262
                                            Attorneys for Plaintiffs