IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>       Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>       Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November  22 , 2005, a true and correct copy of the Plaintiffs Richard L. Williams First Set of Interrogatories Directed to Defendants was sent via first class mail to the following opposing counsel:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker
& Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

                              PARKOWSKI, GUERKE & SWAYZE, P.A.

                  By:   _____
                              JEREMY W. HOMER, ESQUIRE
                              Delaware State Bar I.D. No.:  413
                              116 W. Water Street
                              P.O. Box 598
                              Dover, DE  19903
                              (302) 678-3262
                              Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>　　　　Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br>　　　　Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF MAILING**<br>)<br>) |

  I hereby certify that on November __22__, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801

  I hereby certify that on the __22nd__ day of November, A.D. 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Kimberly D. Hankinson, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109

               PARKOWSKI, GUERKE & SWAYZE, P.A.

        By: _/s/ Jeremy W. Homer_____
               JEREMY W. HOMER, ESQUIRE
               Delaware State Bar I.D. No.:  413
               116 W. Water Street
               P.O. Box 598
               Dover, DE  19903
               (302) 678-3262
               Attorneys for Plaintiffs