IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and MICHAEL E. PETERS, <br><br>    Plaintiffs, <br><br> v. <br><br> DOVER DOWNS, INC., DOVER DOWNS GAMING AND ENTERTAINMENT, INC. <br><br>    Defendants. | : <br> : <br> : CIVIL ACTION <br> : <br> : No. 05-0435-GMS <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of:

BETH A. FRIEL

to represent the defendants in this matter.

Signed:   /s/ Richard M. Donaldson
Richard M. Donaldson (ID #4367)
Noel C. Burnham (ID #3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7880

Date:  January 20, 2006          *Attorney for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____          _____
                                                                Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 20, 2006    Signed: /s/ Beth A. Friel
                 Beth A. Friel, Esquire
                 Montgomery, McCracken, Walker & Rhoads, LLP
                 123 South Broad Street
                 Philadelphia, PA 19109

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 20, 2006, I arranged for a copy of the foregoing **Motion and Order for Admission Pro Hac Vice** to be electronically served upon the following individual:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19806

*Counsel for Plaintiffs*

/s/ Richard M. Donaldson
Richard M. Donaldson