# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RICHARD L. WILLIAMS and )
MICHAEL E. PETERS, )  Civil Action No.: 05-0435 (GMS)
      Plaintiffs, )
  )  TRIAL BY JURY OF
  )  TWELVE DEMANDED
   v. )
  )
DOVER DOWNS, INC., a Delaware corporation, )
  )  **NOTICE OF DEPOSITIONS**
      Defendant. )

TO:   Richard M. Donaldson, Esquire        Edward T. Ellis, Esquire
       Noel C. Burnham, Esquire           Beth Friel, Esquire
       Montgomery, McCracken, Walker    Montgomery, McCracken, Walker
       & Rhoads, LLP                 & Rhoads, LLP
       300 Delaware Avenue, Suite 750     123 South Broad Street
       Wilmington, DE 19801          Philadelphia, PA 19109

**PLEASE TAKE NOTICE** that Plaintiff will take the depositions upon oral examination of the parties listed below, at the dates and times listed below, at the offices of Jeremy W. Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19904.

February 9, 2006:
     9:00 AM    Ed Sutor
     11:00 AM   Robert Morrison
     1:00 PM    Tom Curtis
     3:00 PM    Joe McNair

February 13, 2006:
     9:00 AM    Jerry Clifton
     11:00 AM   Robin Roberts

February 10, 2006:
     9:00 AM    Rich Wertz
     11:00 AM   Jerry Dunning
     1:00 PM    Marie Isenberg

PARKOWSKI, GUERKE & SWAYZE, P.A.

By:      _Jmy W H_____

JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiffs

Dated: 2/1/2006