IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., a Delaware Corporation,<br><br>      Defendant. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>) **CERTIFICATE OF MAILING**<br>)<br>) |

I hereby certify that on February 1, 2006, I electronically filed the foregoing Notice of Depositions with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

I hereby certify that on the 1 day of February, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Beth Friel, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

                                          PARKOWSKI, GUERKE & SWAYZE, P.A.

                          By: _____
                                          JEREMY W. HOMER, ESQUIRE
                                          Delaware State Bar I.D. No.: 413
                                          116 W. Water Street
                                          P.O. Box 598
                                          Dover, DE 19903
                                          (302) 678-3262
                                          Attorneys for Plaintiffs

H\Williams\Notice of Depositions.doc