IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>    Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., a Delaware corporation,<br><br>    Defendant. | Civil Action No.: 05-0435 (GMS)<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

**STIPULATION TO AMEND SCHEDULING ORDER**

The parties to this stipulation, the plaintiffs, Richard Williams and Michael Peters, and the defendant, Dover Downs, Inc., by and through their undersigned counsel, hereby agree to the following:

1. The current scheduling order provides for a discovery deadline of February 17, 2006 and a dispositive motion deadline of March 3, 2006. Further, the trial is scheduled for May 22, 2007.

2. Recently the parties took the depositions of numerous witnesses. During the course of those depositions it became clear that additional time is needed for locating certain documents and taking at least two more depositions. Accordingly, plaintiffs' attorney, Jeremy W. Homer, before the February 17, 2006 discovery deadline, phoned a clerk of The Honorable Gregory M. Sleet to advise that the parties had agreed to file this stipulation.

3. The case is relatively complex factually and a number of legal issues have been raised.

4. A brief extension of the discovery deadline and the dispositive motion deadline would not impact the trial date or any other dates set out in the scheduling order.

2052798v1

5. For the above reasons, the parties stipulate to the following amendment to the scheduling order:

Discovery deadline April 17, 2006;

Dispositive Motion deadline May 17, 2006;

All other dates set out in the scheduling order to remain the same.

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____  Dated: 2-28-06
JEREMY W. HOMER (DE I.D. No. 413)
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262

Attorney for Plaintiffs

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

By: /s/ Noel C. Burnham  Dated: February 27, 2006
Richard M. Donaldson (DE I.D. No. 4367)
Noel C. Burnham (DE I.D. No. 3483)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800

Edward T. Ellis
Beth Friel
123 South Broad Street
Philadelphia, PA 19109
Attorneys for Defendant

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Judge

2052798v1