IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>           Plaintiffs.<br><br>v.<br><br>DOVER DOWNS, INC. a Delaware corporation,<br><br>           Defendant. | )<br>)<br>)<br>)  C.A. No.: 06-0435 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

TO:    Ernest Carlisle                             Jeremy Homer, Esquire
         499 Alley Corner Road              Parkowski, Guerke & Swayze, P.A.
         Smyrna, DE 19977                     116 West Water Street
                                                              Dover, DE 19806

**PLEASE TAKE NOTICE** that, pursuant to the Federal Rules of Civil Procedure, Defendant by its attorneys, will take the deposition of Ernest Carlisle on March 10, 2006, before an officer authorized to administer oaths, at the offices of Jeremy Homer, Esquire, Parkowski, Guerke & Swayze, P.A., 116 West Water Street, Dover, Delaware 19806, commencing at 10:00 a.m.

Dated: February 28, 2006

                                                            /s/ Noel C. Burnham
                                                           Noel C. Burnham (DE Bar No. 3483)
                                                           Richard M. Donaldson (DE Bar No. 4367)
                                                           Montgomery, McCracken,
                                                              Walker & Rhoads, LLP
                                                           300 Delaware Avenue, Suite 750
                                                           Wilmington, DE 19801
                                                           Telephone: (302) 504-7840
                                                           Facsimile: (302) 504-7820

                                                           Beth Friel, Esquire
                                                           (Admitted Pro Hac Vice)
                                                           Montgomery, McCracken,
                                                                Walker & Rhoads, LLP
                                                           123 South Broad Street
                                                           Philadelphia, PA 19109
                                                           (215) 772-1500

                                                           Counsel for Defendants

-2-

## CERTIFICATE OF SERVICE

I, Noel C. Burnham, hereby certify that on this day, I caused two copies of the foregoing Notice of Deposition, to be served by U.S. mail upon the following:

>Jeremy Homer, Esquire
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>Dover, DE 19806
>Attorney for Plaintiffs

Dated: February 28, 2006

/s/ Noel C. Burnham
Noel C. Burnham (DE Bar No. 3483)