## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>    v.<br><br>DOVER DOWNS, INC.,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No.: 05-0435 (GMS)<br>:<br>:<br>:<br>: |

## DEFENDANT'S MOTION
## FOR SUMMARY JUDGMENT

Defendant Dover Downs, Inc., through its undersigned counsel, moves for summary judgment on the Complaint of Plaintiffs Richard L. Williams and Michael E. Peters. The grounds for this motion are set forth in the Opening Brief in Support of Defendant's Motion for Summary Judgment, which is being filed separately herewith.

Respectfully submitted,

Dated: May 17, 2006

        */s/ Richard M. Donaldson*
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840

*Counsel for Defendant Dover Downs, Inc.*

Of Counsel:

Edward T. Ellis
Beth A. Friel
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-1500