-2-

**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of Defendant's Motion for Summary Judgment were served by electronic filing and hand-delivery this 17th day of May 2006 on:

>Jeremy W. Homer, Esquire
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>P.O. Box 598
>Dover, DE 19806
>
>*Counsel for Plaintiffs*

>        */s/ Richard M. Donaldson*
>Richard M. Donaldson (DE Bar No. 4367)