**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of the Opening Brief in Support of Defendant's Motion For Summary Judgment were served by electronic filing and hand-delivery this 17th day of May 2006 on:

>Jeremy W. Homer, Esquire
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>P.O. Box 598
>Dover, DE 19806
>
>*Counsel for Plaintiffs*

>  */s/ Richard M. Donaldson*
> Richard M. Donaldson (DE Bar No. 4367)