

SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report 12-24-03                              Case # 2003 - 2521

Time of Report 1045                                  Page Pg. 2 oF 2

The following statement taken from    MIKE PETERS    5873    who

resides at  6936 CARPETER BORD    PREDERICA              DE
            Street Address           City                State

Phone Number:  3751303        (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. OVER LAST SEVERAL YEAR HAVE HEARD ABOUT
2. OR SEEN CARS ON RACE TRACK + PIT ROAD
3. AT HIGHER THAN NORMAL SPEED. I DON'T
4. KNOW WHOS CARS OR WHO WAS DRIVING MP
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.                                              D 0347
20.                                     A0090

Signature  _____          Date 12/24/03

Statement taken at DD conference room #7  Witnessed by Jerr McNess 5361 / H. ___

DS-113

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:**                                                             ω 4

| **TYPE:** Check One: | ☐ CONTINUATION FORM | | ☑ SUPPLEMENT | |
|---|---|---|---|---|
| **CASE NUMBER:** | 2003 - 2521W4 | | **DATE OF INCIDENT:** | 12/23/03 |
| **TODAY'S DATE:** | 12/26/03 | | **TIME OF INCIDENT:** | 1205 |

Written statement taken 12/24/03, 1015, at the Dover Downs Conference room #1. Present Investigator Joe McNair

Richard L Williams, Mechanic 1, Facility Grounds Maintenance. Supervisor Thomas Curtis. Mamager William Morrison.
Mr. Williams stated he was coming from the Command Center to go to lunch. On passing Gate #1 he saw some vehicles
entering Gate #1 and decided to follow them in just on a hunch that something was happening. When he reached the top of
speedway, I observed two black cars racing North on Pit Road. (A few seconds had elapsed) as they turned around and
headed South , I realized my son Brian was one of the drivers. Having no radio(given to Tom Curtis on 12/19/03 to be repaired)
I couldn't  communicate to anyone. As the two cars headed South, I felt that it was to narrow for them to pass.
To my horror, I saw the mustang hit pit wall, hood flew up and glass flew. I rushed to his location and through the broken ,
shattered driver's window I saw my son convulsing uncontrollaby.

I felt helpless because I did'nt know if he had head trauma, broken neck, spine,etc. I screamed for someone to call 911.

Investigator McNair asked Mr. Williams if he recalled the conversation he had with me on 12/23/03 after the accident as to his
knowledge of this incident. He stated he did. I then informed him this was not the same as he had just written on the statement.
I also informed him that I had written down what he said and that it would be attached to this report.

I again asked him who was in the vehicle next to him at the top of the track at Gate #1.  He did not say but only commented
that he was sitting next to the vehicle usually driven by Mike Peters. He then turned the statement form over and wrote that on
the back.

I ,Investigator McNair, did not take a written did not take a written statement from Mr. Williams at this time as he was
visibly upset with the incident but I did want to find out what he was doing there as had been reported to me in a
in a interview.  Mr. Willams stated at that time he was coming from the Command Center and he heard cars running and
he drove into Gate #1. On entering the driveway to Gate # 1 he observed Mike Peters to be parked halfway across the road as
if to be blocking the road so no one could enter. Mr. Williams further stated he pulled up next to Pete which was really a good
idea since they were going to race no one could get in. He then observed the race South and his boy hit the rail, tires and then
stop.

Mr. Williams did not attend the Chalet party.

**D 0348**

| Joe McNair | | 12/26/03 |
|---|---|---|

A0091

W-4



SECURITY DEPARTMENT

# STATEMENT

Date Of Report 12-24-03

Case # 2003-2521

Time of Report 105

Page 1 of 2

The following statement taken from RICHARD L. WILLIAMS 8304 who

resides at 458 MOORTON RD, DOVER, DE.
Street Address                              City                                              State

Phone Number: 302-653-8340    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. AT APPROX. 12:05 ON 12/23/03 I LEFT THE COMMAND
2. CENTER TO GO TO LUNCH. UPON PASSING GATE 1, I
3. SAW SOME VEHICLES ENTERING THE TRACK AREA. I
4. DECIDED TO FOLLOW THEM IN, JUST ON A HUNCH
5. THAT SOMETHING WAS HAPPENING. WHE I REACHED
6. THE TOP OF THE SPEEDWAY, I OBSERVED 2 BLACK
7. CARS RACING NORTH ON PIT ROAD (A FEW SECONDS
8. HAD ELAPSED) AS THE TURNED AND HEADED SOUTH,
9. I REALIZED MY SON BRIAN WAS ONE OF THE
10. DRIVERS. HAVING NO RADIO (GIVEN TO TOM
11. CURTIS ON 12/19/03 TO BE REPAIRED) I COULDN'T
12. COMMUNICATE TO ANYONE. AS THE 2 CARS
13. HEADED SOUTH, I FELT THAT IT WAS TO NARROW
14. FOR THEM BOTH TO PASS. TO MY HORROR, I
15. SAW THE MUSTANG HIT PIT WALL, HOOD FLEW UP
16. AND GLASS FLEW. I RUSHED TO HIS LOCATION
17. AND THROUGH THE BROKEN, SHATTERED DRIVER'S
18. WINDOW I SAW MY SON CONVULSING UNCONTROLLABLY.
19. I FELT HELPLESS BECAUSE I DID'NT KNOW IF HE HAD
20. HEAD TRAUMA, BROKEN NECK, SPINE, ETC. I SCREAMED FOR
SOMEONE TO CALL "911"        (OVER)

Signature Richard Williams            Date 12/24/03

Statement taken at DD CONF ROOM #1        Witnessed by Joe McNias #53

S-113                                                        A0092

D 0349

2003-25#1
2 of 2

Investigation of accident on race track Dover Downs – 12/23/03

Writer spoke with Richard Williams, father of Brian Williams operator of the Ford Mustang, this case, and he appeared to be very shaken mentally as to the close call his son had in the crash. I felt it was not prudent to pursue an interview for a written statement until 12-24-03.

I told Rich that several other people had told me he as present during the racing. He stated he had just came up from the Command Center and he heard the cars running and he drove to Gate 1. On entering the driveway at Gate #1 he observed Mike Peters to be parked halfway across the road as if to be blocking the road so no one could enter. Rich stated he pulled up next to Pete which was really a good idea since they were going to race no one could get in. He observed the race south and his boy hit the rail, tires and then stop.

Joe McNair # 5361 12/23/03

Witnesses _[signature]_

D 0350

A0093

# SUPPLEMENT or CONTINUATION FORM      *W5*

## COMPANY:

| TYPE: Check One: | ☐ CONTINUATION FORM | | ☑ SUPPLEMENT | |
|---|---|---|---|---|
| CASE NUMBER: | 2003 - 2521W5 | | DATE OF INCIDENT: | 12/23/03 |
| TODAY'S DATE: | 12/26/03 | | TIME OF INCIDENT: | 1205 |

Written statement taken 12/24/03, 1015, Security Office

William D. Larnick, Mechanic II, Facility Landscaping, Manager Dave Pelly

Mr. Larnick stated that Brian Williams had driven to work in his Mustang and told him it was going to happen today at lunch time. At lunch time he and Mike Mike Monahan were in Victory Circle and watched Brian and Earnie race up and down a couple of times and Brian wrecked and his hood came up.

Mr. Larnick furter stated that he had heard that other employees had raced before, Jerry Clifton, but he had not seen it . It was only rumor.

Mr. Larnick did not attend the party at the Chalet. We had our own party at the landscaping shop. There was no alcohol.

**D 0351**

| Joe McNair | | | 12/26/03 |
|---|---|---|---|



W-5

SECURITY DEPARTMENT

# STATEMENT

Date Of Report  12-24-03

Time of Report  10:15 a.m.

Case # 03-2521

Page  1 of 2

The following statement taken from  WILLIAM D. LARNICK  who

resides at  73 BLACKBERRY CIRCLE    MARYDEL    DE.
             Street Address            City            State  19964

Phone Number: 302-492-8010    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. What is your name and position with Dover Downs?

2. My name is William D. Larnick and I am a mechanic.

3. Who is your Boss?

4. Dave Pelly is my boss.

5. What do you know about the accident that occurred

6. on the track on 12-23-03.

7. Brian Williams was driving his Mustang and ran into

8. the wall on the track.

9. What was he doing on the track?

10. It looked like they were drag racing. Brian

11. and Ernie. I don't know his last name.

12. Did you see the race?

13. Yes.

14. What happened?                                    **D 0352**

15. Before the accident Brian and Ernie were racing

16. a couple times from track shake to the other

17. end of Pitt Road. They went from one end to

18. the other end and wrecked. I saw a hood

19. come up on Brian's car. I didn't see him

20. hit wall. I was at Victory Circle watching.

Signature  Wil Lal                          Date  12-24-03

Statement taken at  Security Office    Witnessed by  Frank H Melf

DDS-113

A0095



SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report _12-24-03_                                    Case # _03-2521_

Time of Report _10:15 AM_                                    Page _2 of 2_

The following statement taken from _William Larnick_ _____ who

resides at _____ _SAME_ _____
              Street Address                City                    State

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. which is quite a ways away.
2. Who was present with you?
3. Mike Monahan and that was all.
4. How did you learn about the race?
5. Busi told me when he came to work in his
6. Mustang. He said it was to happen at
7. lunch time.
8. Do you know that anyone has raced on the
9. track before?
10. No.
11. Do you if anyone has given any employee
12. permission to do this?
13. No.
14. What were you doing at the time of the accident?
15. I was on lunch break and was waiting for
16. the race to start.
17. Have you ever heard of employees racing before?
18. Yes, just heard
19. Who were they?
20. Jerry Clifton; it is all rumor. I never actually saw it

**D 0353**

Signature _Wm Lark_                                    Date _12-24-03_

Statement taken at _Security Office_    Witnessed by _Fred G. Melz_

DDS-113

A0096



SECURITY DEPARTMENT

# STATEMENT

Date Of Report *12-24-03*                                     Case # *03-2521*

Time of Report *10:15 A.M.)*                                     Page ___*3*___

The following statement taken from ___*William Lamick*___ who

resides at ___*SAME*___
Street Address                              City                              State

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. *Were you at the Christmas Party in the Chalet?*
2. *No.*
3. *We were having our own in the Landscaping Shop.*
4. *Who was in that party?*
5. *Mike Peters was there and Frank and they*
6. *had a piece of Pizza. We all left and were*
7. *concerned about Brian.*
8. *Who was your supervisor during this time. Dave*
9. *Pelly?*
10. *Yes Dave Pelly was my supervisor and he*
11. *was at the Chalet. He wasn't at the*
12. *Landscape Shop.*
13. *Who was your supervisor yesterday 12-23-03?*
14. *Dave Pelly.*
15. *Was there Alcohol at the party?*
16. *No.*
17. _____
18. _____
19. _____                              D 0354
20. _____                              A0097

Signature *Will Lamick*                              Date *12-24-03*

Statement taken at *Security Office*   Witnessed by *Frank J. Melox Jr.*

DDS-113

# SUPPLEMENT or CONTINUATION FORM

*W6*

**COMPANY:**

| TYPE: Check One: | ☐ CONTINUATION FORM | | ☑ SUPPLEMENT | |
|---|---|---|---|---|
| **CASE NUMBER:** | 2003-2521W6 | | **DATE OF INCIDENT:** | 12/23/03 |
| **TODAY'S DATE:** | 12/27/03 | | **TIME OF INCIDENT:** | 1205 |

Written statement taken at 12/23/03, 1615, Maintenance Shop

Michael Monahan, Mechanic 1, Facility Grounds, Supervisor Thomas Curtis, Manager William Morrison.

Mr. Monohan stated he observed B. (Brian) Williams and E.(Ernest) Carlisle drag race on Pit Road. B. Williams hit the guard rail, hood came up, tires locked up came to rest on turn 4.

The wreck happened on the second run. Other people  Russell Hands, Rick Williams, B. Lernick and Pete were at the wreck.

Mr. Monahan further stated he and Bill Larnick were watching from Victory Circle.

**D 0355**

| Joe McNair | | 12/27/03 |
|---|---|---|

A0098



W-6

SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report 12-23-03                                    Case # 2003-2521

Time of Report 1615                                        Page 1 of 1

The following statement taken from _Michael Monghan_ who

resides at _71 East st_          _marydel_                    _DE_
              Street Address                City                    State

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I observed B. williams and E. Carlile in a drag race
2. on pit road B. williams hit the guard rail
3. hood came up tires Locked up and came to a
4. rest on turn 4 went to Scean to find
5. B. williams calling for someone to call 911
6. got on my Raido and called for Anyone to
7. call 911 meed help know, help Arrived and
8. took B. williams to hospital
9. wreak happined on 2nd Run
0. Russel hands, R. williams, B. Lornick, Pete

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

0. _____

**D 0356**

Signature _Michael Monghan_                          Date 12-23-03

Statement taken at DD CONF. rm # 1/MAiNt SHOP  Witnessed by _Jac M W/en 536_

DS-113

A0099

# SUPPLEMENT or CONTINUATION FORM

w 7

## COMPANY:

| TYPE: Check One: | ☐ CONTINUATION FORM | ☑ SUPPLEMENT | |
|---|---|---|---|
| CASE NUMBER: | 2003 - 2521W7 | DATE OF INCIDENT: | 12/23/03 |
| TODAY'S DATE: | 12/27/03 | TIME OF INCIDENT: | 1205 |

Written statement taken 12/23/03, 1540, Track Shack.

Russell Hands, Mechanic II, Harness Track from November thru April. April thru Nov. Landscaping. Manager Harness Track Superintendent, Jerry Clifton. From April thru November Manager Dave Pelly.

Mr. Hand stated there was previous talk in the morning about who's car could beat who's car. As he and John Patterson were going to lunch from the Track shack the cars started racing.

He , Mr. Hand, and Mr. Paterson watched them race north on Pit Road and then turn around and race back. When they passed them on the south end of Pit Road he saw Brain hit the Pit Road wall, the tires at the south end.

D 0357

| Joe McNair | | 12/27/03 |
|---|---|---|

A0100



w-7

**SECURITY DEPARTMENT**

## STATEMENT

Date Of Report 12-23-03

Case # 2003-2531

Time of Report 1540

Page 1 of 1

The following statement taken from *Russell Hands* who

resides at 254 Lobholly Pine Dr. Dover       Del.
Street Address          City          State

Phone Number: 302-678-3387 (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. Previous talk About who's CAR could
2. test other CAR.
3.
4. Was going to Lunch when car's started
5. Racing on Pit Row.
6.
7. Watched them Race up & test Pit Row
8. North - they Turned at end of Pit Row
9. myself & John Patterson) started walking
10. back to get our lunch when they
11. passed us At end of Pit Row (southeast)
12. Do not know what happened At this
13. time. Heard & saw Brian Williams hit Pit
14. Row Rail & Tires At end (southend) Rail

15.
16.
17.
18.
19.                              D 0358
20.

Signature *Russell A. Hands*          Date 12-23-03

Statement taken at Track Shack     Witnessed by *Joe McNeis* #5361
DDS-113

A0101

# SUPPLEMENT or CONTINUATION FORM

W 8

**COMPANY:**

| TYPE: Check One: | ☐ CONTINUATION FORM | ☑ SUPPLENMENT | |
|---|---|---|---|
| **CASE NUMBER:** | 2003 - 2521W8 | **DATE OF INCIDENT:** | 12/23/03 |
| **TODAY'S DATE:** | 12/27/03 | **TIME OF INCIDENT:** | 1205 |

Written statement taken 12/24/03,0910 Dover Downs Conference room #1

John Patterson Mechanic III, Harness Track from November thru April, Manager Jerry Clifton Harness Track Supertendent.
April thu November, Manager Dave Pelly.

Mr. Paterson stated he heard around 1100 that there was talk about drag racing at 1200 noon. He does not recall from who.
At noon he made a phone call from the track shack. He and Mr. Hand were getting ready to leave but pulled his truck
on the small roadway between the Infield Medical Center and Pit Road. They watched the races and the next time down Brian
crashed into the wall. He got into his truck, went to the scene and held Brians neck imobile until the ambulance crew came.

Mr. Patterson did got to the party after the accident and he saw Mr. Hand, Ernest Carlisle and Jerry Clifton there. He saw
no alcohol.

D 0359

| Joe McNair | | 12/27/03 |
|---|---|---|

A0102



WJ-8

SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report 12-24-03                                        Case # 2003-2531

Time of Report 0910                                            Page 1 of 1

The following statement taken from JOHN PATTERSON 8379                who

resides at 14 Bell                Dover                        DE.
          Street Address          City                         State

Phone Number: 736-8489    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I JOHN heard about 11:00 there was talk
2. about a drag race At 12:00 I went to
3. the track shed made phone call and strated
4. to leaver as I was leaven I pulled up
5. on side of pit road, They went down the
6. frist time and turn around and strated agin'
7. Myself and Russel was stand on side of pit
8. road They got down about to us we step back
9. and that was time Brain crash so I
10. sat in my truck and drive over there Rich
11. was yell call 911 so I went to over to
12. the to try to help,
13.   about 11:00 pm I heard from Ernest carlise
14.   Brain william was the drive the srcound car
15. I went to the christmas party that offer accient
16. I saw Russd hand, Ernest carlise, Jerry clifton,
17. I saw no achobol around tract shed
18. or chavet, Jerry clifton           current
19. Boss, JP
20.

D 0360

Ignature [signature]                          Date 12-24-03

tatement taken at DD1 2nd Flr CONF Rm #1    Witnessed by [signatures]

JS-113

w 9

# COMPANY:

| | | |
|---|---|---|
| CONTINUATION FORM | | ☑ SUPPLEMENT |

| CASE NUMBER: | 2003 -2521W9 | DATE OF INCIDENT: | 12/23/03 |
|---|---|---|---|
| TODAY'S DATE: | 12/29/03 | TIME OF INCIDENT: | 1205 |

Written statement taken on 12/29/03, 0845 at Security office.

Stephen D. Maher, Mechanic III, Landscaping, Manager William Morrison.

Mr. Maher was off the property at the time of this incident but had heard Brian Williams and Bill Larnick discuss the race around 1030.  They said it was to be Brian and Ernie.

Mr. Maher further stated he has heard of other persons racing but had never saw them.

Mr. Maher was at the Chalet party but saw no alcohol.

Joe McNair                                    12/29/03

A0104

**D 0361**

W9



SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report _12-29-03_                                    Case # _03-2521_

Time of Report _8:45 A.M_                                    Page _1 of 2_

The following statement taken from _STEPHEN D. MAHER_ _____ who

resides at _16 INVERNESS CT._        _DOVER_                _DE._
           Street Address              City                  State
                                                            _19904_
Phone Number: _302-674-5058_    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. _WHAT IS YOUR POSITION WITH DOVER DOWNS?_
2. _MAINTAINENCE MECHANIC 2._
3. _WHO IS YOUR BOSS?_
4. _DAVE PELLY._
5. _WHAT DO YOU KNOW ABOUT THE ACCIDENT NEAR THE_
6. _TRACK ON 12-23-03?_
7. _I DON'T KNOW ANYTHING, I WAS OFF THE GROUNDS_
8. _I WAS AT THE ACME GETTING THINGS FOR OUR PARTY._
9. _DID YOU KNOW PREVIOUSLY THE RACE WAS TO BE?_
10. _I HEARD BRIAN WILLIAMS AND BILL LARNICK DISCUSS_
11. _THE RACE, THIS WAS ABOUT 10:30 A.M ON THAT DAY._
12. _THEY SAID IT WAS TO BE BRIAN AND ERNIE._
13. _DID YOU HEAR ANYONE GIVE THEM PERMISSION TO_
14. _RACE?_
    **D 0362**
15. _NO._
16. _HAVE YOU HEARD OF PEOPLE RACING IN THE PAST?_
17. _I HAVE HEARD. BUT, I NEVER SAW ANY RACES._
18. _WERE YOU AT THE CHRISTMAS PARTY AT THE CHALET?_
19. _YES._
20. _WAS THERE ANY ALCOHOL PRESENT AT THAT PARTY?_

Signature _Stephen Maher_                              Date _12/29/03_

Statement taken at _Security Office_    Witnessed by _Frank Maher_

DDS-113

A0105



SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report  *12-29-03*                                    Case #  *03-252(*

Time of Report  *8:45 A.M*                                   Page  *2 of 2*

The following statement taken from _____ who

resides at  *16 INVERNESS CT.*          *DOVER*               *DE.*
         Street Address                City                      State *19904*

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. *NO.*
2. *WHO WAS YOUR SUPERVISOR AT THE TIME OF THE RACE?*
3. *DAVE PELLY.*
4. *HAVE YOU EVER RACED ON THE TRACK?*
5. *NO.*
6. *WHO WAS PRESENT WHEN YOU HEARD DISCUSSION OF*
7. *THE RACE AT 10:30 A.M. THAT MORNING?*
8. *JUST BRIAN WILLIAMS AND BILL LARNICK.*
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.                                              **D 0363**
20.

Signature  *Stephen Nelson*                          Date  *12/29/03*

Statement taken at  *SECURITY OFFICE*     Witnessed by  *Paul Meke*

DDS-113

A0106

N W 1

**SLOTS**

| | | |
|---|---|---|
| SECURITY DEPARTMENT | **STATEMENT** | |

Date Of Report  12-26-03

Case #  03-2531

Time of Report  2:35 P.M.

Page  1 of 2

The following statement taken from  RICHARD WERTZ

who

resides at  105 KEVIN COURT        DOVEN              DEL.
           Street Address              City                State 19904

Phone Number:  678-0748

(If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. WHAT IS YOUR NAME AND POSITION WITH DOVER DOWNS?

2. RICHARD WERTZ AND I AM DIRECTOR OF FACILITES

3. WHO IS YOUR BOSS?

4. JERRY DUNNING.

5.

6. I WAS IN MY OFFICE AT APPROXIMATELY 12:30 P.M. I

7. RECEIVED A PHONE CALL FROM BOB MORRISON (CELL PHONE)

8. BOB INFORMED ME OF TWO EMPLOYEES INVOLVED IN

9. AN ACCIDENT ON TURN FOUR. I ASKED HIM IF ANYBODY

10. WAS HURT. HE REPLIED, YES, BRIAN WILLIAMS AND

11. PAREMEDICS WERE ENROUTE. I ASKED HIM IF SECURITY

12. HAD BEEN NOTIFIED AND HE REPLIED, YES.

13. DID YOU KNOW PREVIOUSLY THIS RACE WAS TO BE?

14. NO

15. DO YOU KNOW OF ANYBODY, THAT IS EMPLOYEE THAT

16. HAVE HAVE RACED ON THE TRACK ANYTIME?

17. NO                                                    D 0364

18. DID YOU GO TO THE SCENE OF THE ACCIDENT?

19. NO.                                                   A0107

20. WERE YOU AT THE CHRISTMAS PARTY IN THE CHALET?
    YES.

Signature  Richard Wertz  12-26-03                  Date  12-26-03

Statement taken at  SECURITY OFFICE   Witnessed by  Fred G. Mr.

DDS-113



SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report _12-26-03_                                    Case # _03-2531_

Time of Report _2:35 P.M._                                   Page _2 of 2_

The following statement taken from _RICHARD WERTZ_ _____ who

resides at _105 KEVIN COURT_    _DOVER_                        _DE._
             Street Address        City                        State _19904_

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. _WHO WAS AT THE PARTY?_
2. _RICH DUNCAN, AL (I DON'T KNOW HIS LAST NAME, AND_
3. _I RODE OVER TO THE PARTY TOGETHER, LINDA RENNINGER,_
4. _AND SOME THAT I CAN'T REMEMBER, AL'S LAST NAME IS BALDWIN._
5. _WAS ALCOHOL PRESENT AT THE PARTY?_
6. _NO._
7. _THAT IS ALL I CAN SAW ABOUT THIS INCIDENT_
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____

                                                         D 0365

Signature _Richard Wertz   12-26-03_ _____ Date _____

Statement taken at _SECURITY OFFICE_  Witnessed by _Frank M. Mayer_
DDS-113

A0108