NW 2
2003-2521



# DOVER DOWNS ENTERTAINMENT INC.

**AFTER ACTION REPORT**
Accident – Pit Road / Infield
23 Dec, 2003

D 0366

A0109

## Facility Grounds Maintenance
Dec 23, 2003

To: Director of Facilities, Rich Wertz
From: Manager, Facility Grounds Maintenance, Bob Morrison

**Memorandum for Record**
Subject: Preliminary Report / Accident on Pit Road, 23 December, 2003

I am capturing what happened now so as to keep the actions that were executed during this event clear, so they can be used in forming lessons learned and future reference. This will also serve as a timeline of how events went down as observed by myself.

On December 23, 2003 at approximately 12:16 p.m., while at the chalet preparing the area for the department Christmas party scheduled for 12:30 p.m. The following indicates a timeline of events:

- **Timeline**

Approximate time

- *12:16 p.m.* — While at chalet heard radio traffic stating " Call 911, Call 911". I radioed back to the caller who I have not identified because the person was yelling the call over the radio to where the ambulance was needed; they replied " The infield".

- *12:17 p.m.* — I called 911 from the chalet in which I reached Surveillance and Scott, a Surveillance Operator. I relayed to him that we had an accident at the infield and to call for an ambulance. I did not have any further information at this time. Further attempts were made to get information via radio but nobody responded.

- *12:19 p.m.* — I departed the chalet in route to the accident location, via my personnel vehicle.

- *12:24 p.m.* — I arrived on site and found that a black ford mustang was on the track and pointed southeast toward the stands about a third of the way up the track just coming out of the turn 4, about 100 feet from the entrance to pit road.

- *12:25 p.m.* — After stopping my vehicle, I proceeded to the passenger side of the vehicle and found Rich Williams cradling Brian Williams upper body in his arms. Brian Williams' upper body was lying across onto the passenger side of the vehicle and his feet still on the driver's side.

  I asked Rich what happened, at which time he stated that Brian had a seizure. I asked his age (29) and if he was breathing, which he appeared he was and was told "Yes"

  I called back to Surveillance and talked to Rich Ogden, Surveillance Supervisor and brought him up to date on the information I had received once on the ground. At this time I had not checked the driver's side and had not been told there was damage to the left side of the vehicle. I informed Rich at that time that there was NOT a vehicle accident but a seizure. This information was relayed via my personnel cell phone.

**Summary:**

Understand two individuals were racing on pit road headed southbound, subjects involved were Ernie Carlisle, H-0725, and Brian Williams, H-1280. I understand that other individuals were assisting by blocking avenues into the area and observing, but this is still under investigation and hearsay. Vehicle was moved to the Busch Garage area off the track until it can be removed. The car appeared to not be derivable

Compiled and Submitted by:

Bob Morrison
Maintenance



NW 3

**SECURITY DEPARTMENT**     **STATEMENT**

Date Of Report Dec 24, 03

Case # ~~1003~~ 2521

Time of Report 1440

Page 1

The following statement taken from Jerry Clifton #725 who resides at 15 W Center St   Harrington   De
Street Address    City    State

Phone Number: X3279   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I arrived at work around 12:30 on Dec 23, 2003 after the
2. accident had already taken place.
3. I had no prior knowledge of this incident and was not
4. aware if it was pre arranged.
5. 
6. No knowledge of prior races.
7. 
8. Attended the Christmas party at the chalet around 12:30 pm.
9. No alcohol at the party.
10. My supervisor is Charles Lockhart. jc

Signature Jerry Clifton    Date Dec 24, 03

Statement taken at DD Conference Room #1   Witnessed by Joe McNair

IS-113

D 0369

A0112



NW 4

SECURITY DEPARTMENT — **STATEMENT**

Date Of Report: 12-24-03
Time of Report: 1300
Case #: 2003-2521
Page: 1 of 1

The following statement taken from: **Thomas Curtis 5871 Supervisor** who resides at **1015 Proctors Purchase Rd** (Street Address) **Hartly** (City) **DE** (State)

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I was at the maintenance shop when I heard the
2. call over the radio, to call 911. At that time I
3. went to the scene to see what had taken
4. place. At this time I saw Brian Williams had
5. crashed his car into Pit Road wall. At the
6. scene I also saw, Rich Williams, Mike Monahan, Mike
7. Peters, Bob Morrison, Ernie Carlisle, John Patterson
8. and Russel Hands. Then security showed up, I also
9. saw Larry Barner & Frank Outten. I saw
10. John Patterson had controll of Brians neck, along
11. with Rich Williams. Then the ambulance came, to-
12. Brian away. At this time I went to lunch,
13. then was cleared to move mustang from auto
14. track the the Busch Garage. I did not attend
15. the party at the chalet, I did not see any
16. alchole anywere at anytime. Years ago, I heard
17. of some dragracing on Pit Road. But that is
18. all I know. TC

Signature: _____ Date: 12/24/03
Statement taken at: DD Conf. room #1   Witnessed by: Joe McNair

D 0370

A0113



NW5

**SECURITY DEPARTMENT**                **STATEMENT**

Date Of Report Dec 24, 2003                                    Case # 03-2521

Time of Report 1020                                            Page 1 of 2

The following statement taken from Larry Barner Emp # 5870 who

resides at 5 Finish Line Drive  Dover  19901  DE
           Street Address        City              State

Phone Number: 674-4600 X 3216   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. Maintenance
2. Bob, Tom Curtis
3. I was outside of shop, I heard on radio call 911 so I call
4. and got security and told them to call then, on radio I heard
5. they are ~~in route~~ on the way so then I went down there
6. I was up the shop talking to Frank Outten when all this happen
7. 
8. No I did not know about the race.
9. The only people on track racing is monster Racing
10. No Permission giving to anyone to race on track
11. When I got there the ~~th~~ only thing I saw was the car sitting on turn 4
12. and people around helping then the car started to roll back
13. So I put my truck behind it to stop it from rolling.
14. Did not hear anything about the race
15. I was up the shop when this race happen
16. Bill said he was there
17. Yes People did race in the past. It was years ago over 5 years
18. No I was not at christmas party
19. ⑮ Don't know ⑯ at the christmas party
20. ⑰ Bob & Tom on duty 12/23/03 ⑱ unknow did not go to party, ⑲ No never heard

Signature Larry Barner                                         Date 12/24/03

Statement taken at Dover Downs Safety Office  Witnessed by [signature] 0762

DDS-113

D 0371

A0114

NW 5
2003-2521

Interview of Larry Barner Emp. No. 5870 conducted on Dec. 24, 2003 at 1020 in the Safety Office. In addition to his statement Larry told me that he was talking to Frank Otten outside the Maintenance Shop getting ready to get into his vehicle to leave for lunch when he heard the radio transmission for someone to call 911. He thought that "Donny had got caught in the electric wires." He further explained that he does not frequent the break room or hang around inside, to have heard any talk of a race. He knew of none personnaly racing their privately owned vehicles on the track, but had heard stories of it.      Erv Ross 0762  24 Dec 2003

Witness

D 0372

A0115

HWB



## SECURITY DEPARTMENT

## STATEMENT

Date Of Report 12-24-03

Time of Report 9:00 A.M.

Case # 03-2631

Page 1 of 3

The following statement taken from **George Courtney** who resides at **323 Cambridge Rd.** **Camden** **Del.**
Street Address / City / State

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. What is your name and position with Dover Downs?
2. My name is George Courtney and I am a Security
3. Officer assigned to Outside Patrol.
4. How long have you worked as the Outside Security
5. Rover?
6. I have worked the day shift outside for three years
7. Have you ever seen anyone of our Dover Downs Employees
8. race on the track at anytime?
9. No, I have never seen any employee race on
10. the track ever.
11. Have you heard of any employee racing on the track?
12. No I never have.
13. Have you ever seen any employee on the track
14. in a personal vehicle?
15. No I have never seen any of them on the
16. track in any vehicle. Other than company vehicles.
17. Has anyone ever told you they have knowledge
18. of any employee that talked of racing on the track?
19. No.
20. What were you doing when the race occurred at noon

Signature George Courtney          Date 12-24-03

Statement taken at Security Office        Witnessed by Frank G. Melvin Jr

D 0373

A0116



NW6

**SECURITY DEPARTMENT**            **STATEMENT**

Date Of Report 12-24-03                                   Case # 03-2531

Time of Report 9:00 A.M.                                  Page 2 of 3

The following statement taken from George Courtney who resides at SAME

Street Address / City / State

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. On 12-23-03
2. I was on the telephone in the Casino. I was
3. talking to Scott in Surveillance.
4. Did you respond to the scene of this accident?
5. I was dispatched by Rich Ogden in Surveillance
6. to an accident on the fourth turn of the track and
7. I proceeded there.
8. What did you find when you arrived.
9. Bob Morrison, Tom Curtis, Mike Monohan, Frank
10. the Carpenter, I don't know his name.
11. What was this location?
12. At the entrance to Pit Row on turn four.
13. What actions did you take?
14. I asked if anyone was hurt and they said
15. not seriously.
16. Who were drivers of the vehicles?
17. The 1987 Mustang was driven by Brian Williams.
18. The Camaro was driven by Ernie. I don't know
19. his last name.
20. Where were they located when you arrived?

Signature George Courtney                                   Date 12-24-03

Statement taken at Security Office     Witnessed by Fred A. Melvin Jr

D 0374

A0117



HW6

**SECURITY DEPARTMENT**   **STATEMENT**

Date Of Report 12-24-03

Time of Report 9:00 AM.

Case # 03-25-31

Page 3 of 3

The following statement taken from **George Courtney** who resides at **SAME**

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. Brian was still in his vehicle. Ernie was standing
2. near Brian's vehicle.
3. What did you do next?
4. I was asked to get Samantha Murry (Shift Manager)
5. and took her to the scene.
6. What else can you tell me about this accident?
7. I think Samantha told me that the two were
8. racing and the hood on one of them flew up and
9. blinded the view of who the vehicle was traveling.
10. I took pictures for Samantha for her report
11. of the incident and I cannot add anything further
12.
13.
14.
15.
16.
17.
18.
19.                                                                                                      D 0375
20.                                                                                                      A0118

Signature **George Courtney**      Date 12-24-03

Statement taken at **Security Office**      Witnessed by **Frank & Melnyk**



NW 1

**SECURITY DEPARTMENT**  **STATEMENT**

Date Of Report  12-24-03    Case #  03-2521
Time of Report  1:25 P.M.    Page  1 of 3

The following statement taken from  DONALD SYLVESTER  who resides at  149 CHARLES POKE RD.  DOVER  DE  19904
Street Address / City / State
Phone Number:  730-0275   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. DONALD SYLESTER IS MY NAME AND I AM
2. AN ELECTRICIAN FOR DOVER DOWNS.
3. WHO IS YOUR BOSS?
4. BOB MORRISON.
5. WHAT DO YOU KNOW ABOUT THE ACCIDENT ON
6. THE TRACK ON 12-23-03?
7. I WAS WORKING ON THE LIGHTS ON THE TRACK
8. I HAD A DIESEL RUNNING AND HEARD NOTHING
9. WHILE I WAS ON THE LIFT AND HEARED ABOUT
10. THE ACCIDENT OVER THE RADIO, I STARTED
11. LOOKING AROUND AND SAW A FEW PEOPLE
12. GATHERING ON THE TRACK. I WAS ONE THOUSAND
13. FEET AWAY.
14. DID YOU RECOGNIZE ANYONE GATHERING?
15. NO.
16. I SAW THE COPS COME AND AMBULANCE.
17. DID YOU HEAR ABOUT THE RACE BEFORE IT
18. HAPPENED?
19. I DON'T RECALL HEARING ANYTHING PRIOR.
20. DID YOU HEAR ANYTHING AFTER THE RACE

Signature  Donald M Sylvester   Date  12-24-03
Statement taken at  Security Office    Witnessed by  [signature]

D 0376
A0119



**SECURITY DEPARTMENT**                **STATEMENT**

Date Of Report: 12-24-03                                              Case # 03-2521

Time of Report: 1:25 P.M.                                              Page 2 of 2

The following statement taken from   DONALD SYLVESTER   who

resides at   SAME
Street Address         City         State

Phone Number: SAME   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I CAME OFF THE LIFT AND WENT TO THE
2. SCENE. I SAW A WRECKED CAR SITTING.
3. I DIDN'T GET THAT CLOSE.
4. DID YOU ATTEND THE PARTY AT THE CHALET?
5. I WAS THERE A LITTLE AFTER NOON.
6. WAS ANY ALCOHOLIC BEVERAGES AT THE
7. CHALET?
8. NO, WATER AND SODA
9. DO YOU KNOW WHERE YOUR BOSS WAS AT
10. THE TIME OF THE ACCIDENT?
11. I DON'T KNOW.
12. HAVE YOU EVER HEARD OF ANY ONE RACING
13. ON THIS TRACK BEFORE?
14. I HAVE HEARD OF THEM RACING, BUT I
15. HAVE NEVER SAW IT. I DON'T KNOW OF
16. ANYONE SPECIAL THAT SAID IT. I AM
17. A LONE WOLF ELECTRICIAN.
18. WHO WAS AT THE PARTY WHILE YOU WERE THERE?
19. DEAN COOKING WING, RICHARD WORTS AND RICHARD
20. DUNGAN WERE THERE, BOB MORRISON AND HIS

Signature: Donald M. Sylvester                  Date: 12-24-03

Statement taken at: Security Office   Witnessed by: Frank Nulty

DDS 113

D 0377
A0120



Nw7

**SECURITY DEPARTMENT**  **STATEMENT**

Date Of Report 12-24-03                                Case # 03-2521

Time of Report 1:25 P.M.                                Page 3 of 3

The following statement taken from DONALD SYLVESTER who resides at _____ Street Address _____ City _____ State

Phone Number: SAME (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. WIFE WERE THERE. DONALD STRAW, MARTY
2. (I DON'T KNOW HIS LAST NAME) CARLISLE,
3. SAM (I DON'T KNOW HIS LAST NAME, JERRY
4. CLIFTON WAS THERE. LINDA WAS THERE ALSO
5. IS THERE ANY THING ELSE YOU CAN ADD TO
6. THIS STATEMENT?
7. NO.

D 0378

A0121

Signature Donald M Sylvester                Date 12-2

Statement taken at SECURITY OFFICE   Witnessed by _____

DDS-113



NW 8

**SECURITY DEPARTMENT**  **STATEMENT**

Date Of Report: Dec 24, 2003

Case # 03-2521

Time of Report: 1130A

Page 1 of 3

The following statement taken from: DAVE PELLY  EMP NO. 6605 who resides at MAINT DEPT / LANDSCAPE DIV.  LANDSCAPE MANAGER

Phone Number: (302) 674-4600 X3214 (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. RICH WERTZ IS MY BOSS.
2. I WAS AT THE CHALET AT APROX. 1030 AM PREPING THE AREA FOR THE
3. CHRISTMAS PARTY. I LEFT THERE AND WENT TO THE MAINT. SHOP TO GET
4. MORE SUPPLIES (I THINK IT WAS THE MEATBALLS) FOR THE PARTY. WHILE
5. THERE I HEARD A RADIO CALL THAT THERE WAS AN ACCIDENT ON THE
6. TRACK AND 911 WAS NEEDED. FRANK OUTTEN, TOM CURTIS AND MYSELF
7. GOT INTO VEHICLES AND HEADED FOR THE TRACK. BOB MORRISON WAS
8. AT THE CHALET AND ASKED AS I PASSED THAT I KEEP HIM POSTED.
9. WHILE ON THE WAY PETE (MIKE PETERS) MADE A RADIO CALL THAT THE
10. BACK NEEDED TO BE OPENED AND TOM CURTIS SAID HE "WAS ON IT."
11. ON ARRIVAL I NOTICED BRIAN'S CAR ON THE TRACK WITH RICH
12. WILLIAM THERE & JOHN PATTERSON HOLDING BRIAN'S NECK. ALSO THERE
13. WAS ERNIE CARLISLE, MIKE MONOHAN. I THINK TOM CURTIS AND
14. FRANK OUTTEN ARRIVED BEFORE ME.
15. THERE WAS SOME TALK OF A SEPERATE PIZZA PARTY BY THE
16. GUYS WHO DIDN'T WANT TO ATTEND THE REGULAR CHRISTMAS PARTY
17. BECAUSE OF BOB.
18. I HAD NO PREVIOUS KNOWLEGE OF A RACE TO TAKE PLACE.
19. I HAVE NO KNOWLEGE OF PREVIOUS RACING. I HAVE HEARD OF PEOPLE
20. WHO HAVE TAKEN THEIR VEHICLE TO SEE HOW FAST IT WOULD GO,

Signature _____  Date

Statement taken at VIA PHONE - SAFETY OFFICE  Witnessed by _____

D 0379

A0122



NW9

**SECURITY DEPARTMENT**

# STATEMENT

Date Of Report: Dec 24, 2003

Time of Report: 1130A

Case # 03-2521

Page 2 of 3

The following statement taken from DAVE PELLY EMP NO. 6605 who resides at ____ Street Address ____ City ____ State

Phone Number: ____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. BUT THEY HADN'T RACED. I AM UNSURE, NOT POSITIVE WHO, BUT
2. THE LAST I HEARD OF IT WAS 5 YRS AGO. POSSIBLY ERNIE CARLISLE.
3. AND JERRY CLIFTON.
4. I HAVE NO KNOWLEDGE OF ANYONE BEING GIVEN PERMISSION TO RACE ON
5. THE TRACK
6. NO ONE EVER TOLD ME THIS RACE WAS GOING TO HAPPEN.
7. I WAS NOT PRESENT WHEN THIS RACE OCCURRED. I WAS AT THE MAINT.
8. SHOP
9. NO ONE REALLY TALKED ABOUT THE INCIDENT. ERNIE DID ADMIT HE WAS
10. RACING DOWN PIT ROW AT THE SCENE AFTER WE SAW HIS CAR IN THE
11. BUSH GARAGE.
12. I HAVE NOT HEARD OF EMPLOYEES RACING ON THE TRACK IN THE PAST.
13. I WAS AT THE CHRISTMAS PARTY STARTING AT 1030A WHEN I BEGAN
14. SET UP TILL THE TIME I WENT TO THE MAINT SHOP FOR SUPPLIES. THEN
15. RETURNED AFTER RESPONDING TO THE ACCIDENT FROM THE MAINT. SHOP.
16. PEOPLE ATTENDING CHRISTMAS PARTY WERE MYSELF, BOB MORRISON,
17. ALYSA (SECRETARY), LINDA RENNINGER, RICH DUNCAN, STEVE MAHER, AND
18. DIFFERENT BUILDING MAINT PERSONNEL (I DON'T KNOW THEIR NAMES). ARRIVALS
19. AFTER THE INCIDENT WERE DON SLYVESTER AND JERRY CLIFTON.
20. RICH WERTZ IS MY SUPERVISOR AND I DON'T KNOW WHERE HE WAS AT THE

Signature ____ Date ____

Statement taken at VIA PHONE - SAFETY OFFICE   Witnessed by ____

A0123

D 0380



NW8

**SECURITY DEPARTMENT**

# STATEMENT

Date Of Report: Dec 24, 2003

Time of Report: 1130 A

Case #: 03-2521

Page: 3 of 3

The following statement taken from: DAVE PELLY EMP NO. 6605 who resides at

Street Address _____ City _____ State _____

Phone Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. TIME OF THE RACE. I ASSUME AT THE CHRISTMAS PARTY.
2. RICH WERTZ WAS ON DUTY 12/23/03.
3. THERE WAS NO ALCOHOL AT THE PARTY.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.                                                                                       D 0381
20.                                                                                       A0124

Signature _____ Date _____

Statement taken at VIA PHONE - SAFETY OFFICE  Witnessed by E. Ross
                                                             Emil D_ _ 762



NW 9

**SECURITY DEPARTMENT**   **STATEMENT**

Date Of Report 12-24-03     Case # 03-2521

Time of Report 11:10 AM     Page 1 of 3

The following statement taken from FRANK OUTTEN who resides at 18880 SMALL AVE, LINCOLN, DE. 19960

Street Address / City / State

Phone Number: 302-422-7703    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. What is your name and position at Dover Downs?
2. Frank Outten and I am Outside Maintenance.
3. Who is your boss?
4. Bob Morrison.
5. Tell me what you know about the accident on
6. the track at noon on 12-23-03.
7. I was standing at the Command Center. I went
8. to the shop. Larry Barnes was there then
9. Mike Monahan came accross the radio screaming
10. call 911. Larry Barnes ran in the shop and
11. called 911. I got in my van and went to see
12. what happened. John Patterson, Rich Williams,
13. Mike Monahan, Jem Curtis, and Ernie Carlisle.
14. That is all I can remember. When I walked
15. up to Brian's car, John Patterson was rubbing
16. his neck. Rich Williams was checking his son
17. Brian's condition. Brian was laying accross the
18. seat of his car. I went to the back of my
19. van and could not stand to watch as I lost
20. my eleven year old daughter recently. I pushed

Signature Frank Outten    Date 12-24-03

Statement taken at Security Office    Witnessed by Frank A Smith

D 0382

A0125



Nw 9

**SECURITY DEPARTMENT**     **STATEMENT**

Date Of Report 12-24-03     Case # 03-2521

Time of Report 11:10 A.M.     Page 2 of 3

The following statement taken from FRANK OUTEN who

resides at SAME / City / State

Phone Number: SAME   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. the stretcher for the Ambulance Crew. I left
2. to go to lunch at the Landscape Shop.
3. Who was your boss at Noon on 12-23-03?
4. Bob Morrison.
5. Where was he at that time?
6. He showed at the accident about five minutes
7. after I got there.
8. Was any alcoholic Beverage present during
9. this time?
10. No.
11. Were you present at the Cholet party?
12. No, I was at the Landscape Shop.
13. Have you heard anyone racing before?
14. I have heard and never saw it.
15. Who told you that they raced before?
16. They, Larry Barnard, Rich William, and
17. Jerry Clifton, I also have heard Ernie Carlisle
18. talk of doing this before.
19. Do you know was present during this race
20. I heard Mike Peters, Rich Williams, Mike Monahan,

Signature Frank Outten     Date 12-24-03

Statement taken at Security Office   Witnessed by Frank J Melvy

D 0383

A0126



NW9

**SECURITY DEPARTMENT**     **STATEMENT**

Date Of Report 12-24-03     Case # 03-2521

Time of Report 11:10 AM     Page 3 of 3

The following statement taken from FRANK OUTTEN who

resides at SAME (Street Address)    SAME (City)    (State)

Phone Number: SAME    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. and John Patterson, I don't know that as
2. fact.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.                                            D 0384
20.                                            A0127

Signature Frank Outten     Date 12-24-03

Statement taken at Security Office    Witnessed by Frank S. Meley Jr.

