## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the Appendix to Defendant's Opening Brief in Support of its Motion For Summary Judgment were served by electronic filing and hand-delivery this 17th day of May 2006 on:

>Jeremy W. Homer, Esquire
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>P.O. Box 598
>Dover, DE 19806
>
>*Counsel for Plaintiffs*

>/s/ Richard M. Donaldson
>Richard M. Donaldson (DE Bar No. 4367)