## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | Civil Action No.: 05-0435 (GMS) |
| DOVER DOWNS, INC., | : <br> : | |
| Defendant. | : | |

### ORDER

This _____ day of _____, 2006, the Court having considered the Defendant's Motion for Summary Judgment and the Opening Brief in support thereof, IT IS ORDERED THAT:

    1.    Motion of the Defendant is GRANTED; and

    2.    Judgment shall be entered in favor of Defendant and against Plaintiffs on Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE