-2-

## CERTIFICATE OF SERVICE

This is to certify that two (2) copies of the Defendant's Proposed Order were served by electronic filing and hand-delivery this 17th day of May 2006 on:

> Jeremy W. Homer, Esquire
> Parkowski, Guerke & Swayze, P.A.
> 116 West Water Street
> P.O. Box 598
> Dover, DE 19806
>
> *Counsel for Plaintiffs*

                                            */s/ Richard M. Donaldson*
                                     Richard M. Donaldson (DE Bar No. 4367)