IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., a Delaware corporation,<br><br>      Defendant. | Civil Action No.: 05-0435 (GMS)<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## STIPULATION TO AMENDED SCHEDULING ORDER

The parties to this stipulation, the plaintiffs, Richard Williams and Michael Peters, and the defendant, Dover Downs, Inc., by and through their undersigned counsel, hereby agree to the following:

1. The defendant filed its motion for summary judgment and supporting opening brief on May 17, 2006. The current scheduling order provides for plaintiffs' answering brief filed by June 1, 2006 and defendant's reply brief (if any) to be filed no later than five days after service of the answering brief. Further, the trial is scheduled for May 22, 2007.

2. A brief extension of the brief deadlines would not impact the trial date or any other dates set out in the scheduling order.

3. For the above reasons, the parties stipulate to the following amendment to the scheduling order:

    Answering Brief deadline -- June 8, 2006;

    Reply Brief deadline -- June 21, 2006.

    All other dates set out in the scheduling order to remain the same.

| | |
|---|---|
| PARKOWSKI, GUERKE & SWAYZE, P.A. | MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP |

By: _____
    JEREMY W. HOMER, ESQUIRE
    Delaware State Bar I.D. No.: 413
    116 W. Water Street
    P.O. Box 598
    Dover, DE 19903
    (302) 678-3262
    Attorneys for Plaintiffs
    Dated: 5/31/06

By: /s/ Richard M. Donaldson
    Richard M. Donaldson, Esquire
    Delaware State Bar I.D. No.: 4367
    Noel C. Burnham, Esquire
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801
    Attorneys for Defendant
    Dated: 5/31/06

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Judge

H\Williams\Stipulation to Amend Scheduling Order2.doc