IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>      Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Richard L. Williams and Michael E. Peters, hereby oppose the entry of summary judgment against plaintiffs Richard L. Williams and Michael E. Peters. The grounds for this opposition are set forth in detail in the Answering Brief of Plaintiffs in Opposition to Motion for Summary Judgment filed contemporaneously herewith.

                                  PARKOWSKI, GUERKE & SWAYZE, P.A.

                                  By: _____
                                       JEREMY W. HOMER, ESQUIRE
                                       (Delaware Bar ID#0413)
                                       116 W. Water Street
                                       P.O. Box 598
                                       Dover, DE  19903
                                       (302) 678-3262
DATED: June 8, 2006                       Attorneys for Plaintiffs