## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS, | )<br>) Civil Action No.:  05-0435 (GMS) |
| Plaintiffs, | )<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED |
| v. | )<br>) |
| DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

The Court, having considered defendants' Motion for Summary Judgment ("Motion"),

and all arguments and briefing thereon,

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that:

Defendants' Motion is denied.

_____
United States District Judge