IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and MICHAEL E. PETERS, | ) ) Civil Action No.: 05-0435 (GMS) ) |
| Plaintiffs, | ) TRIAL BY JURY OF ) TWELVE DEMANDED |
| v. | ) ) |
| DOVER DOWNS GAMING & ENTERTAINMENT, INC., a Delaware Corporation; and DOVER DOWNS, INC., a Delaware Corporation, | ) ) ) **CERTIFICATE OF SERVICE** ) |
| Defendants. | ) ) |

I hereby certify that on June __8__, 2006, I electronically filed the foregoing Plaintiffs' Answering Brief in Opposition to Motion for Summary Judgment with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire and Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

I hereby certify that on the __8th__ day of June, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire and Beth Friel, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

                                           PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiffs

H\Williams\Answering Brief