## Job Knowledge & Proficiency

Scores:_____9_____# of questions rated;____72____combined score of rated questions.

This area of the evaluation reflects how well the employee fulfills the work requirements of their job.

## Demonstrated Skills and Abilities

The Employee:

____7____Understands their job responsibilities and duties or asks questions when unclear.

____9____Produces work that is consistent with quality and quantity standards.

____7____Displays knowledge of both departmental and company policies, procedures, and controls.

____9____Pays attention to detail and keeps errors to a minimum.

____9____Works well with or without supervision.

____8____Possesses the ability to handle multiple projects simultaneously.

____7____Takes an active interest in learning all aspects of the job and cross training.

____8____Maintains organized work during a typical shift or on assigned projects or tasks.

____8____Meets established goals and timelines.

**Comments- What are this person's strengths?  What could this person do to improve?**

Rich always produces a quality product.  He pays attention to detail and keeps errors to a minimum.  Works well in a group or on an individual assignment.  Having been in this department all of his career, I would go to him with questions of past experiences.
Accept more responsibility.  Accept a more leadership type role within the company.

## Work Ethic & Disposition

Scores:_____11_____ # of questions rated; __81____ combined score of rated questions.

This area of evaluation reflects how well the employee works with co-workers, peers, supervisors, and members of other departments.

## Demonstrated Skills and Abilities

The Employee:

___7___ Enhances teamwork by communicating well with other co-workers and departments.

___7___ Accepts work assignments without complaints.

___8___ Accepts coaching to improve performance.

___8___ Takes initiative to ask for and offer help in solving problems with guests, co-workers, and supervisors.

___7___ Consistently goes out of the way to help guests and co-workers.

___7___ Maintains a TEAM concept by pitching in to help others when needed.

___8___ Works a different schedule or overtime when business demands it.

___10___ Wears appropriate uniform and attire.

___7___ Encourages and reinforces peers.

___5___ Supports company and department policies and procedures.

___7___ Reacts well to change.

Comments- What are this person's strengths?  What could this person do to improve?
Rich always works with co-workers to achieve results. He'll help any coworker who asks for help. He does not seek out additional duties. Seek out ways to improve rather than looking for flaws in company and department policies. Adjust to change.

## Communication

Scores:_____7_____ # of questions rated:__61____combined score of rated questions.

This area of evaluation reflects how well the employee communicates with others, and how well the employee adheres to department and company attendance policies.

### Demonstrated Skills and Abilities
The Employee:

__8____Presents concise, professional verbal and written communications.

__8____Actively listens to and responds with empathy in both negative and positive situations (i.e., recognizes other person's feelings, shows concern).

__7____Does not participate in idle or hurtful gossip that is disruptive to the departments performance.

__8____Interacts well with support departments and offers assistance when possible.

__10____Is reliable for arriving to work and returning from breaks on time.

__10____Meets department and company attendance standards.

__10____Notifies supervisor in advance when late.

**Comments- What are this person's strengths?  What could this person do to improve?**
Rich can always be counted on for his full 8-hour shift.  His attendance is excellent having not had a single sick day.  Break and lunch times are kept to a minimum.  Offers assistance when asked.  Does listen to the rumor mill.

**D 0132**

8

## Leadership

Scores:_____# of questions rated; _____combined score of rated questions.

This area of the appraisal has been designed to evaluate the effectiveness of the employee in a leadership position. It will measure the achievements of the employee within their department, their contributions to the organization as a whole, and their success at continued personal development.

**The employee:**

_____Ensures commitments to customers are met and motivates subordinates to provide superior customer service.

_____Possesses the ability to handle multiple projects simultaneously; establishes a course of action, organizes, and schedules total activities and resources to achieve objectives; follows up to ensure completion.

_____Makes sound and timely business decisions based upon good judgment.

_____Consistently demonstrates the ability to keep staff motivated and performing at peak levels.

_____Provides support and positive communication to staff.

_____Reacts well to change and adapts with ease; communicates change in an organized and positive manner.

_____Develops a sense of cohesiveness within their department.

_____Regularly assesses the development and effectiveness of subordinates; excels in the selection and development of individuals.

_____Delegates both responsibility and authority effectively and appropriately.

_____Possesses effective communication and listening skills.

_____Displays active involvement in communicating and enforcing departmental and company policies, procedures, and internal controls.

_____Takes initiative to seek out and implement solutions to problems and offers creative suggestions to improve efficiency.

_____Continuously seeks opportunities for self-improvement.

**Comments- What are this person's strengths?  What could this person do to improve?**

This section is not scored. Rich is not in a supervisory/managerial role.

**Evaluator's Comments**

Rich has proven to be an asset to the maintenance department. He works well with others and produces a quality finished product. He is always willing to work additional hours during auto race weekend and was instrumental in snow removal during the blizzard of 03. Rich has in the past year shown a reluctance to change within the company. He has been reluctant to accept more responsibility and has refused assignments, an area for which he was issued a written warning. Rich has the skills and experience to make this a much better work environment but chooses to go with the negative rumors rather than department improvements. He has been given the chance to show his leadership potential but chose to decline. I would hope he realizes his deficiencies and work to correct the problems quickly so his advancement opportunities within the company will expand. Rich's biggest complaint to me has been the salary cap. He feels a freeze of his salary is unfair. He was informed the cap would not be lifted. There have been numerous job postings within the company i.e. receiving department manager, valet supervisor, and others that he was qualified for but refused to apply for. Clearly he only sought advancement within this department. Your overall score for this evaluation puts you in the "Good" category, but this is not to your maximum potential. It is my hope that you will correct these problem areas and embrace a new and positive attitude and the changes needed to advance this department forward.

**Employee's Comments**

**Goals for Upcoming Year**

1. Accept more responsibility within your job description.
2. Promote a more positive attitude to coworkers.
3. Assist management in reducing operating expenses.
4. Help to keep accidents to a minimum.

**Signatures**

I have participated in a performance discussion on this date:_____.

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|
| *Richard Williams* | | |
| EVALUATOR'S PRINTED NAME | EVALUATOR'S SIGNATURE | DATE |
| *Jerry W Clifton* | *Jerry Clifton* | 1/21/04 |

B-45

D 0134

12

# Dover Downs Employee and Supervisor Performance Appraisal

| _____ Probation | __X__ Annual | _____ Other |
|---|---|---|

| Employee Name: | Michael Peters | | |
|---|---|---|---|
| Employee #: | 5873 | Job Title: | Mechanic I |
| Hire Date: | 2/11/85 | Date In Present Job: | |
| Evaluation Period: | From: 2/11/02 | | To: 2/10/03 |

Current Salary: $19.50 _____ Awarded % of Increase: _____ Adjusted Salary: _____

| 4% | 94 - 100 | SUPERIOR | Denotes exemplary performance over the entire period, results that significantly contribute to the Department/Company. Has mastered all areas of responsibility. |
|---|---|---|---|
| 3% | 86 – 93 | EXCELLENT | Denotes above average all-around performer who is an important contributor. Takes the initiative and produces outstanding results with minimum supervision. Quality and quantity of performance is well above the norm. |
| 2% | 78 – 85 | GOOD | Denotes an employee who is above average in meeting job requirements, exceeding requirements on occasion; carries out all duties with competence; needs only occasional supervision. Quantity and quality of performance is at the norm. Results meet and/or at times may exceed requirements |
| 1% | 70 – 77 | MEETING EXPECTATIONS | Denotes an employee who has achieved the expected level of performance for the tasks he/she is required to perform. |
| 0% | Below 70 | NEEDS IMPROVEMENT | Denotes employees who are working below the requirements of the job. Results are far below requirements. No salary increase. Place on 90-day probation. Consider re-training. |

-   Salary increase greater than 4% need written justification and must be approved by your Executive Vice-President and the President and CEO.

| Prepared By: | _Jerry Clifton_ | | Date: | 6/27/03 |
|---|---|---|---|---|
| Approved By: | | | Date: | |

## Evaluator's Instructions

This evaluation is designed to critique the employee in several key job performance areas, to include Customer Interaction, Job Knowledge & Proficiency, Work Ethic & Disposition, Communication, and Leadership. Rate only those statements that apply to the employee or the department; all statements do not have to be rated. The employee shall be evaluated on only those statements in which s/he is rated.

Each statement in the evaluation is scaled from 1 to 10. A higher score indicates the employee performs well in that particular area of critique. A lower score suggests the employee needs to improve in that area. After completing each section of the appraisal, count the number of questions that were scored; write the number in the appropriate area at the top of each page. Next, add the scores given for each statement, and write the total in the appropriate area at the top of each page.

To determine the employee's overall score:

| Total number of statements rated | Total combined scores of rated statements. | Overall Score |
|---|---|---|
| ___39___ x 10 = ___390___ (Denominator) | ___318___ divided by ___390___ x 100 = | ___81.54___ |



EXHIBIT

Roberts 22
cover 2/13/06

D 0235

## Customer Interaction

**Scores:** _____6_____ # of questions rated; _____44_____ combined score of rated questions.

This area of evaluation reflects how well the employee fulfills the Company's goal of providing superior Customer Satisfaction to each guest. In considering the employee's ratings, keep in mind the term "Customer" refers to the Company's employees as well as to its guests.

## Demonstrated Skills and Abilities

The Employee:

__8__ Welcomes guests with appropriate greetings and body language, and greets the guest by name when familiar.

__8__ Treats guests as individuals and with respect.

__7__ Displays patience and understanding in dealing with difficult guests.

__9__ Displays knowledge about the property, events, and upcoming promotions.

__6__ Acts as a Customer Service role model and motivates others to deliver quality Customer Service.

__6__ Maintains and conveys a positive attitude in all situations.

_____ Personalizes good-byes and thanks guest for joining us at Dover Downs.

**Comments- What are this person's strengths?  What could this person do to improve?**

18+ years with the company gives Mike exceptional knowledge of the property. Customer interaction could be better.  Work on people skills. Attend Dover Downs classes.

## Job Knowledge & Proficiency

Scores:____9____# of questions rated;__87___combined score of rated questions.

This area of the evaluation reflects how well the employee fulfills the work requirements of their job.

## Demonstrated Skills and Abilities

The Employee:

__10___Understands their job responsibilities and duties or asks questions when unclear.

__10___Produces work that is consistent with quality and quantity standards.

__9___Displays knowledge of both departmental and company policies, procedures, and controls.

__10___Pays attention to detail and keeps errors to a minimum.

__9___Works well with or without supervision.

__10___Possesses the ability to handle multiple projects simultaneously.

__9___Takes an active interest in learning all aspects of the job and cross training.

__10___Maintains organized work during a typical shift or on assigned projects or tasks.

__10___Meets established goals and timelines.

**Comments- What are this person's strengths?  What could this person do to improve?**

Takes great pride in completed tasks. Can always be relied on to accomplished tasks assigned.  Self taught operator.  Expand to include more of a training position.  Teach less experienced personnel the skills you have gained.

D 0237

## Work Ethic & Disposition

**Scores:**_____11_____# of questions rated:___83___combined score of rated questions.

This area of evaluation reflects how well the employee works with co-workers, peers, supervisors, and members of other departments.

## Demonstrated Skills and Abilities
The Employee:

___8___Enhances teamwork by communicating well with other co-workers and departments.

___8___Accepts work assignments without complaints.

___6___Accepts coaching to improve performance.

___8___Takes initiative to ask for and offer help in solving problems with guests, co-workers, and supervisors.

___7___Consistently goes out of the way to help guests and co-workers.

___6___Maintains a TEAM concept by pitching in to help others when needed.

___10___Works a different schedule or overtime when business demands it.

___9___Wears appropriate uniform and attire.

___8___Encourages and reinforces peers.

___6___Supports company and department policies and procedures.

___7___Reacts well to change.

**Comments- What are this person's strengths?  What could this person do to improve?**

Can always be relied on if overtime is needed.  Hesitant to accept a co-workers ideas.  Prefers to work alone.  Occasional lapses in proper uniform wear.  Improve people skills.  Work on the team concept.  Did not accomplish the self-evaluation directed by his manager.

D 0238                    6

## Communication

Scores: ___7___ # of questions rated: ___62___ combined score of rated questions.

This area of evaluation reflects how well the employee communicates with others, and how well the employee adheres to department and company attendance policies.

## Demonstrated Skills and Abilities
The Employee:

___9___ Presents concise, professional verbal and written communications.

___8___ Actively listens to and responds with empathy in both negative and positive situations (i.e., recognizes other person's feelings, shows concern).

___8___ Does not participate in idle or hurtful gossip that is disruptive to the departments performance.

___9___ Interacts well with support departments and offers assistance when possible.

___8___ Is reliable for arriving to work and returning from breaks on time.

___10___ Meets department and company attendance standards.

___10___ Notifies supervisor in advance when late.

**Comments- What are this person's strengths?  What could this person do to improve?**
Stay away from the "rumor mill."  Display a more positive attitude.

D 0239                8

## Leadership

**Scores:** ___6___ # of questions rated; ___42___ combined score of rated questions.

This area of the appraisal has been designed to evaluate the effectiveness of the employee in a leadership position. It will measure the achievements of the employee within their department, their contributions to the organization as a whole, and their success at continued personal development.

**The employee:**

_____ Ensures commitments to customers are met and motivates subordinates to provide superior customer service.

_____ Possesses the ability to handle multiple projects simultaneously; establishes a course of action, organizes, and schedules total activities and resources to achieve objectives; follows up to ensure completion.

_____ Makes sound and timely business decisions based upon good judgment.

_____ Consistently demonstrates the ability to keep staff motivated and performing at peak levels.

_____ Provides support and positive communication to staff.

___8___ Reacts well to change and adapts with ease; communicates change in an organized and positive manner.

___5___ Develops a sense of cohesiveness within their department.

_____ Regularly assesses the development and effectiveness of subordinates; excels in the selection and development of individuals.

_____ Delegates both responsibility and authority effectively and appropriately.

___8___ Possesses effective communication and listening skills.

___7___ Displays active involvement in communicating and enforcing departmental and company policies, procedures, and internal controls.

___8___ Takes initiative to seek out and implement solutions to problems and offers creative suggestions to improve efficiency.

___6___ Continuously seeks opportunities for self-improvement.

---

**Comments- What are this person's strengths?  What could this person do to improve?**

Does not seek leadership roles. Prefers to work alone. Did not take any Dover Downs classes in the past year except those scheduled for him. Mike does not believe that some rules should apply to him. Work on people skills. Attend classes for self-improvement.

9

**Evaluator's Comments**

Mike is an exceptional worker.  His skill and knowledge in various areas of the maintenance field make him a valuable asset to the department.  His people skills and attitude to "conditions not of his liking" bring his overall evaluation down considerably. He needs to realize that newer employees look to him for guidance and knowledge, areas he chooses not to share.  He reluctantly adapts to policy change, and stirs the pot on occasion. I get the impression that he feels all rules should not apply to him given the fact he has over 18 years with the company.  Mike's commitment to changing his attitude will go far in improving his overall evaluation.

**Employee's Comments**

**Goals for Upcoming Year**

1. Work on people skills and improve relations with co-workers.
2. Attend Dover Downs classes.
3. Assist in reducing departmental costs through the fiscal year.

**Signatures**

I have participated in a performance discussion on this date: _____

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|
| Michael Peters | | |
| EVALUATOR'S PRINTED NAME | EVALUATOR'S SIGNATURE | DATE |
| Jerry W. Clifton | *Jerry Clifton* | 10/16/03 |

*Employee refused to sign.*

D 0241

10

# SECURITY INCIDENT REPORT

**COMPANY: Dover Downs Inc.**

EXHIBIT

Sutor 11
Caa 7/9/06

| | | | |
|---|---|---|---|
| **CASE NUMBER:** | 03-2521 | | |
| **TODAY'S DATE:** | 12/23/03 | **TIME OF INCIDENT:** | approx. 12:00pm |
| **DATE OF INCIDENT:** | 12/23/03 | **TIME OF SCENE INSPECTION:** | approx. 12:15pm |

**DESCRIBE THE INCIDENT SCENE: (Exact Location, Surroundings, Environment, etc)**

The entrance of pit row (Dover Downs Track).

**Alleged Victim:**  Check One: ☐ Customer  ☐ Employee/Company

| | | | | |
|---|---|---|---|---|
| **NAME:** | Dover Downs Inc. | **PHOTOS TAKEN:** | ☑ YES | ☐ NO |
| **ADDRESS:** | 1131 N Dupont Hwy. | **IF YES, BY WHOM:** | George Courtney | |
| **CITY/STATE/ZIP:** | Dover, De 19903 | **FLOPPY NUMBER:** | #22 | |
| **PHONE NUMBER:** | (302)674-4600 | **PICTURE NUMBER(S):** | Jan-15 | |
| **DATE OF BIRTH:** | N/A | **PICTURES RETAINED:** | ☑ YES | |

**Reported by:**

| | | | | |
|---|---|---|---|---|
| **NAME:** | Ernest Carlisle#0720   DD Employee | **SURVEILLANCE VIDEO:** | ☐ YES | ☑ NO |
| **ADDRESS:** | 467 Alley Corner Rd. | | | |
| **CITY/STATE/ZIP:** | Smyrna, De. 19977 | **IF YES BY WHOM:** | | |
| **PHONE NUMBER:** | 302 653-6483 | **VIDEO RETAINED:** | ☐ YES | |

**Subject Being Investigated:**

| | | | |
|---|---|---|---|
| **NAME:** | Brian Williams          DD Employee | **OTHER EVIDENCE RETAINED:** | Pictures of both vehicles taken after the accident. These picture are retained by Security |
| **ADDRESS:** | 166 Johnson Farm Lane | | |
| **CITY/STATE/ZIP:** | Dover, De. 19904 | | |
| **PHONE NUMBER:** | 302-653-0175 | | |
| **DATE OF BIRTH:** | 11/24/74    SECOND SUBJECT BELOW | | |

**BRIEF SUMMARY OF INCIDENT (as alleged by Victim)**

At approximately 12:00 P.M. on 12-23-03, two Dover Downs Maintenance Employees, Ernest Carlisle and Brian Williams took their privately owned vehicle onto Pit Row and raced them. During the race, the vehicle driven by Williams hit the East track wall and the vehicle driven by Carlisle sustained a flat tire only. Williams was injured and taken to KGH.

**WITNESS INTERVIEWS (use Continuation Form for additional witness interviews)**

☐ CHECK IF NO WITNESSES

| | | | |
|---|---|---|---|
| **NAME:** | | | |
| **ADDRESS:** | | **PHONE NUMBER:** | saa |
| | | **CITY/ STATE/ZIP:** | saa |

There were several witnesses to this race and the damage to the Williams vehicle. Williams was injured and taken to KGN. See the interviews of these witnesses by Joe McNair in a Supplemental Report to follow.

**INVESTIGATOR OBSERVATIONS**

**Did Investigator Personally Witness Incident?**     ☐ Yes     ☑ No

I was dispatched to Pit Row on the West side of the track for an apparent automobile accident in which two maintenance employees were involved. When I arrived I saw a black Mustang (driven by Brian Williams) with severe damage to the drivers side. The other vehicle (driven by Ernest Carlisle) was a black Camaro had a flat tire on the right rear. Williams was then transported to the Kent General Hospital with a head injury. There were several other maintenance employees that that were spectators during the race. This investigation will be continued by the Security Investigator, Joe McNair.

**ACTION TAKEN:**

Ernest Carlisle was interviewed as to the fact. The names of the witnesses taken. Dover P.D. was contacted and Ptlm. Brian Allen responded. He issued a traffic citation for Reckless Driving to Carlisle and will issue the same to Williams later.

**ATTACHMENTS:  Check All That Apply:**

| | | |
|---|---|---|
| ☑ CONTINUATION FORM | ☐ CUSTOMER INJURY REPORT | |
| ☐ SUPPLEMENT | ☐ REQUEST FOR EVICTION | ☐ ARREST REPORT |

Samantha Murray

D 0335

| | | | |
|---|---|---|---|
| OFFICER'S PRINTED NAME | | OFFICER'S SIGNATURE | DATE |
| REVIEWER'S PRINTED NAME | | REVIEWER'S SIGNATURE | DATE |

# SUPPLEMENT or CONTINUATION FORM

**COMPANY: Dover Downs Inc.**

| TYPE OF REPORT: ☑ CONTINUATION FORM | ☐ SUPPLEMENT |
|---|---|

| CASE NUMBER: | 03-2521 | | |
|---|---|---|---|
| TODAY'S DATE: | 12/23/03 | DATE OF INCIDENT: | 12/23/03 |
| | | TIME OF INCIDENT: | approx. 12:00pm |

On the above time and date, I responded to a vehicle accident on Dover Downs race track.

Upon arrival I met with outside maintenance mgr. Bob Morrison and he stated that he was told by Ernie Carlisle #0720(Dover Downs employee) that he and Brian were doing a little drag racing, and that Brian's hood flew up and he lost control.

Ernie is unsure of the rate of speed that they were going.

The interviews with people present at the race revealed that it was discussed by Ernie Carlisle and Brian Williams that they would race their private vehicles on the track at noon on the track. This was discussed at approximately 8:30 A.M in the morning of 12-23-03.

At 12:00 P.M. on the same date 12-23-03 Brian Williams did race his 1987 Black Mustang, De. Reg. 734931. Ernest Carlisle raced against Williams in his 1994 Black Chevrolet Camaro, De. Reg. 79969. The accident took place in pit row nearing the entrance.

The mustang sustained serious damage to the left side. The Camaro only had a flat tire on the right rear.

Dover Police Department, Officer Brian Allen stated that both Brian and Ernest would receive citations for reckless driving.

Maintenance Mgr. Bob Morrison stated that both Brian and Ernest was on lunch break when this accident occurred and they both had permission to drive their private vehicles to and from their work assignments.

Brian Williams and Ernest Carlisle was placed on investigative suspension.

Brian Williams received minor neck injuries and was transported to the Kent General Hospital.

This incident has been turned over to Security Investigator Joe McNair, continuing investigation.

D 0336

| Samantha Murray | | | 12/23/03 |
|---|---|---|---|
| AUTHOR'S PRINTED NAME | | | |
| REVIEWER'S PRINTED NAME | B-54 | | |

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:**

| Type: Check One: | ☑ CONTINUATION FORM | ☐ SUPPLEMENT | |
|---|---|---|---|
| **CASE NUMBER:** | 03-2521 | | |
| **TODAY'S DATE:** | 12/23/03 | **DATE OF INCIDENT:** | 12/23/03 |
| | | **TIME OF INCIDENT:** | approx. 12:00pm |

Photogragphs of accident.



87 Black Ford Mustang
DE TAG -734931

94 Black Chevy Camaro
DE TAG-79969

entrance to pit row

side view of entrance to pit row

D 0337

| Samantha Murray | | | 12/23/03 |
|---|---|---|---|
| OFFICER'S PRINTED NAME | OFFICER'S SIGNATURE | | DATE |
| REVIEWER'S PRINTED NAME | REVIEWER'S SIGNATURE | | DATE |

# COMPANY:

| TYPE (Check One) | ☐ CONTINUATION FORM | ☑ SUPPLEMENT | |
|---|---|---|---|
| CASE NUMBER: | 2003 2521suppl | | |
| TODAY'S DATE: | 12/29/03 | DATE OF INCIDENT: | 12/23/03 |
| | | TIME OF INCIDENT: | 1205 |

After checking the written statement this case the Investigator , Joe McNair, feels that witnesses (W) 1 thru 8 had prior knowledge of the race and made it a point to be around Pit Road when the Drag Races took place. Witness 9 had prior knowledge due to his written statement but was assigned an additional duty to go pick up food for the party during the race.

All (NW) not witnesses were working and at other places on the property and did not know the race was going to occur.

Two part time Harness employees, John Ginter and Lewis Copeland were not interviewed due to the fact they were out of State during the Holidays.

No one knew of any alcohol being on property or being consumed by Dover Downs employees in Harness Track section, Ground Facility section or Landscaping section.

Mr. Brian Williams was examined, treated for a concussion and released at KGH.

### WITNESSES
W-1 Ernest Carlisle driver of camero.
W-2 Brian Williams - driver of mustang
W-3 Michael Peters - parked top of track at Gate #4
W-4 Richard L. Williams - parked next to Mike Peters top of track at Gate #4.
W-5 William D. Larnick - Victory Circle with Mike Monahan.
W-6 Michael Monahan - Victory circle with William Larnick.
W-7 Russell Hands - road between infield medical center and Pit Road.
W-8 John Patterson - with Russwell Hand road between infield medical center and Pit Road.
W-9 Stephen Maher - Had prior knowledge of race per his statement.

See attached map (not to scale) for approximate positions of witnesses.
### NON-WITNESSES
NW-1 Richard Wertz - In his office.
NW-2 William Morrison - Chalet.
NW-3 Jerry Clifton - off property did not arrive on property until 1230.
NW-4 Thomas Curtis - Maintenance shop.
NW-5 Larry Barner - Maintenance shop.
NW-6 George Courtney - outside partol
NW-7 Donald Sylvester - Working on harness track lights on a diesel powered hydralic lift between turns 3 and 4.
He was working toward turn 4 from turn 3 and his back was to turn 3.
NW-8 Dave Pelly - The maintenance shop getting supplies for the Chalet party.
NW-9 Frank Outten - Maintenance shop with Larry Barner.

D 0338

| Joe McNair | | |
|---|---|---|
| | | 12/29/03 |

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:**

| TYPE: Check One: | ☐ CONTINUATION FORM | | ☑ SUPPLEMENT | |
|---|---|---|---|---|
| **CASE NUMBER:** | 2003 - 2521 WI | | | |
| **TODAY'S DATE:** | 12/23/03 | | **DATE OF INCIDENT:** | 12/23/03 |
| | | | **TIME OF INCIDENT:** | 1205 |

Witness statement of Ernest Carlisle WM 72, driver of MV # 2, black camero, employee #9866 in the Harness Track, from November thru April. His manager is Jerry Clifton, Harness Track Superintendent. From April thru November Mar. Carlisle is working for the Landscaping section and his manager is Dave Pelly, Facility Landscaping Manager.

Mr. Carlisle stated he and Brian Wil;liams had been bantering back and forth for the last week as who had the best car. They said they would race at the Christmas Party.

The race had been set to start at 1200 noon. Present for the race was the other driver, Brian Williams, on the sidelines were Russell Hands, Landscaping, John Patterson, Maintenance, Richard Williams Sr., Maintenance and Mike Monahan, outside maintenance.

Mr. Carlisle further stated both vehicles had accelerated to approximately 75 to 80 MPH with Mr. Carlisle leading. About three quarters way down Pit Road he, Mr. Carlisle let off the gas and Mr. Williams pulled up next to him on his left side. He then heard a loud bang and Mr. Williams car stopped in the middle of the track.

3 or 4 of the guys came to check on Mr. Williams and call 911. Mr. Carlisle had not been to the Chalet party as of yet.

D 0339

| Joe McNair | | 12/24/03 |
|---|---|---|



W-1

**SECURITY DEPARTMENT**

**STATEMENT**

Date Of Report  12-23-03

Time of Report  3:00 PM

Case # 2003-2531

Page  1 of 2

The following statement taken from  ERNEST NEIL CARLISLE  4/13/39  who

resides at  449 Alley Corner Rd.  Smyrna  DE 19977
Street Address                City              State

Phone Number:  653-6483  (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. OUTSIDE MAINT HARNESS TRACK/LANDSCAPING. #0720

2. Mr. Carlisle requested security Investigator Joe McNair

3. To write This report.

4. Mr. Carlisle stated he and Brian Williams had been

5. bantering back and forth for the last week as who had

6. The best car. They said They would race at The

7. Christmas Party.

8.    They set The race to be at 12:00 Noon. Present

9. at The start was the other driver, ~~Rich~~ Williams, on

10. The sidelines was Russell Donds, landscaping, John

11. Patterson, maint, Richard Williams Sr., maint and

12. Mike Monahan outside maint

13. Both vehicles accelerated To approximately 75 mph To

14. 80 mph with mr. Carlisle leading.

15. 3/4 way down pit read mr. carlisle let off The

16. gas, Mr. Williams pulled up next To him on his

17. left side. Then he heard a loud bang and Mr.

18. Williams car stopped in The middle of The

19. Track.

20.    3 or 4 of The guys came down To check on

Signature  X  Ernest Carlisle

Statement taken at  _____                                    Date  12-23-03

DDS-113                                        Witnessed by  Joe McNair #5361

D 0340        B-58



**SECURITY DEPARTMENT**     **STATEMENT**

Date Of Report   12-23-03

Time of Report   3:00      74

Case # 2003-253

The following statement taken from   Ernest Nent Carlisle

Page   Pg. 2 of 2

resides at   SAME
<br>Street Address

City   SAME

State   SAME

Phone Number: _____    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. Mr. Williams and called 911.
2. The cars started at the North end of pit
3. Rd, south To Turn 4.
4. Mr. Carlisle has valid DE. Class E operators Lice-
5. NSE # 37212.
6.      79069
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.                                            D 0341
20.

Signature   A Ernst Carlisle

Date 12-23-03

Statement taken at _____

Witnessed by   Jac McNois #5361

# COMPANY:

W 2

TYPE (Check One)    ☐ CONTINUATION FORM    ☑ SUPPLENMENT

| CASE NUMBER: | 2003 - 2521W2 | | |
|---|---|---|---|
| TODAY'S DATE: | 12/29/03 | DATE OF INCIDENT: | 12/23/03 |
| | | TIME OF INCIDENT: | 1205 |

Written statement taken 12/29/03, 0915 at the Security office.

Brian Williams, Mechanic III, Facility Landscaping, Manager, Dave Pelly.

Mr. Williams had a concussion from the accident and prior to the statement being taken he was asked if he was physically OK and he stated he just could not remember everything. He was also asked by Investigator Joe McNair if he is currently taking any medications. Mr. Williams stated no.

Mr. Williams stated he brought his Mustang in on Tues. Ernie brought his camero in on Tues. also. He, Mr. Carlisle wanted to try them out so I, Brian Williams< agreed. At 1130 or so we arranged to meet on Pit Road at lunch 1200. We raced a few times. I crashed. I don't remember.

NOTE: Mr. Williams further staterd  this is not the first time anyone has raced. Jerry Dunning allowed Ernie to bring a camero in to drag race down Pit Lane before on mulitple occasions . (It's on video tape) Also Jerry Clifton has raced his maroon Camero against another camero down Pit Lane before.

Mr. Williams continued that Jerry Clifton did this as a manager and Jerry Dunning allowed this as a General Manager. I also know of other races that I will disclose if the need arises.

D 0342

| Joe McNair | | | 7/31/03 |
|---|---|---|---|
| OFFICER'S PRINTED NAME | OFFICER'S SIGNATURE | | |
| REVIEWER'S PRINTED NAME | REVIEWER'S SIGNATURE | | |



SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report  12-21-03

Time of Report  0910                                              Case # 2003-2521

                                                                 Page ___ 1 of 2

The following statement taken from  Brian Williams _____ who

resides at  166  Johnson Farm Lane  Dover _____ who
            Street Address            City

Phone Number:  653-0175 _____  (If Dover Downs Employee, Substitute Department Name and Position for Residency)
                                                                    State  DE

1. _____ I brought my mustang in on tues.
2. Ernie brought his camaro in on tues,
3. also. he wanted to try them out
4. so i agreed @ 11:30 or so
5. we arranged to meet on
6. pit road at lunch (12:00) we raced
7. a few times. ~~Ernie~~ I guess
8. 1 crashed I dont remember

9. _____

10. _____

11. NOTE. This is not the
12. 1st time anyone has
13. raced. Jerry Dunning
14. allowed Ernie to bring
15. a camaro in to dragrace
16. it down pit lane before
17. on multiple occasions (this on
18. video tape) also jerry clifton
19. has raced his marroon ~~Grim~~ 67
20. camaro against ~~Ernies~~ ~~67~~ another.

Signature  camaro down pit lane before.  Date ____

Statement taken at  SECURITY OFFICE
                                    Witnessed by  Jim McNair
B-113                      B-61                              D 0343



SECURITY DEPARTMENT

# STATEMENT

Date Of Report _12-29-03_

Time of Report _0910_

Case # _2003-2521_

The following statement taken from _Brian William_ Page _2 of 2_ who

resides at _____ _____ _____
Street Address          City          State

Phone Number: _____
(If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. _____

2. _Since these previous_

3. _races went unpunished I_

4. _cannot see how you can_

5. _punish us for doing the_

6. _same thing_

7. _____

8. _Remember Jerry Clifton_

9. _did this as a manager_

0. _and Jerry Dunning allowed_

1. _this as General Manager_

2. _____

3. _I also know of other_

4. _races that I will disclose_

5. _if the need ~~too~~ arises_

6. _____

7. _____

D 0344        B-62

nature _____

tement taken at _Security Office D.D_   Witnessed by _Joe McNair_   Date _12-29-03_

-113

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:**                                                                    W3

| **TYPE:** Check One: | ☐ CONTINUATION FORM | | ☑ SUPPLEMENT | |
|---|---|---|---|---|
| **CASE NUMBER:** | 2003 - 2521 W3 | | | |
| **TODAY'S DATE:** | 12/26/03 | | **DATE OF INCIDENT:** | 12/23/03 |
| | | | **TIME OF INCIDENT:** | 1205 |

Written statement taken 12/24/03 ,1045, at the Dover Downs Conference room # 1. Present Investigator Joe McNair, Security Manager H. Lee Ford.

Michael Peters, Mechanic I, Facility Grounds Maintenance, Supervisor Thomas Curtis, Manager William Morrison.

Mr. Peters stated He was at Gate 1 and watched two cars drag race 3 and a half times. On the last run the black mustang hit the AD wall spun across the Pit Road enterance and up onto the track. He then left Gate 1 to open the rollong gate at the enterance to the speedway.

Also present during the race was Rich W (Williams Sr.) and Mike M (Monahan) and Don S (Sylvester). Mr. Sylvester was on horse track in hydralic lift.

Mr. Peters did not attend the Chalet party.

D 0345

| Joe McNair | | 12/26/03 |
|---|---|---|

B-63

Security Form 913-1102



W-3

SECURITY DEPARTMENT

**STATEMENT**

Date Of Report 12-24-03

Time of Report 1045

Case # 2003-3574

The following statement taken from    MIKE  PETERS    5873    Page 1 of 2    who

resides at  6836 CARPENTER BR RD    FREDERICA    DE
Street Address                        City                    State

Phone Number: 335-1303    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I WAS AT BACK GATE 4, I SAW 2 CARS DRAG RACE
2. 3.5 TIME, ON LAST RUN BLACK MUSTANGE HIT
3. AD. WALL AND SPUN ACROSS PIT EXITRANCE
4. UP ONTO RACE TRACK. I TURNED AROUND
5. ON TRACK TO GO OUT GATE 1 TO OPEN
6. ROLLING GATE AT ETRANCE TO SPEEDWAY.
7. NOT HAVING KEY I HEARD FOR SHOP TO GET
8. KEY. CALLED FOR KEY ON RADIO TOM CURTIS
9. SAID HE HAD IT. I SAW HIM HEADED THAT
0. WAY.
1. DROVE OUT TO FRONT ENTRANGE TO HELP
2. RESCUE TO RACE TRACK
3. I DID NOT ATTEND "PARTY" AT CHALET
4. TOM CURTISS IS SUPERVISOR
5. RICH W, + MIKE M. WORK 2 OF 6
6. PEOPLE WATCHING. DON S. WAS ON HORSE
7. TRACK IN HYLIFT MP

D 0346

nature [signature]    B-64

tement taken at DD Conf. room #1    Date 12/24/03

-113    Witnessed by [signature] 1361/21 [signature]



SECURITY DEPARTMENT                    **STATEMENT**

Date Of Report 12-74-03

Time of Report 1845

Case # 2007-2521

Page Pg. 2 OF 2

The following statement taken from MIKE PETERS    5873   who

resides at 6936 CARPETER BORD    FREDERICA         DE
                Street Address              City                          State

Phone Number: 3751303    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. OVER LAST SEVERAL YEAR HAVE HEARD ABOUT
2. OR SEEN CARS ON RACE TRACK + PIT ROAD
3. AT HIGHER THAN NORMAL SPEED, I DON'T
4. KNOW WHOS CARS OR WHO WAS DRIVING MP
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____

D 0347

B-65

Signature

Statement taken at DD CONFERENCE ROOM #7    Witnessed by Jee Mc Nais 5361    Date 12/24/03

S-113

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:**                                                        ω 4

| TYPE: Check One: | ☐ CONTINUATION FORM | ☑ SUPPLEMENT | |
|---|---|---|---|
| CASE NUMBER: | 2003 - 2521W4 | | |
| TODAY'S DATE: | 12/26/03 | DATE OF INCIDENT: | 12/23/03 |
| | | TIME OF INCIDENT: | 1205 |

Written statement taken 12/24/03, 1015, at the Dover Downs Conference room #1. Present Investigator Joe McNair

Richard L Williams, Mechanic 1, Facility Grounds Maintenance. Supervisor Thomas Curtis. Manager William Morrison. Mr. Williams stated he was coming from the Command Center to go to lunch. On passing Gate #1 he saw some vehicles entering Gate #1 and decided to follow them in just on a hunch that something was happening. When he reached the top of speedway, I observed two black cars racing North on Pit Road. (A few seconds had elapsed) as they turned around and headed South , I realized my son Brian was one of the drivers. Having no radio(given to Tom Curtis on 12/19/03 to be repaired) I couldn't communicate to anyone. As the two cars headed South, I felt that it was to narrow for them to pass. To my horror, I saw the mustang hit pit wall, hood flew up and glass flew. I rushed to his location and through the broken , shattered driver's window I saw my son convulsing uncontrollably.

I felt helpless because I did'nt know if he had head trauma, broken neck, spine,etc. I screamed for someone to call 911.

Investigator McNair asked Mr. Williams if he recalled the conversation he had with me on 12/23/03 after the accident as to his knowledge of this incident. He stated he did. I then informed him this was not the same as he had just written on the statement. I also informed him that I had written down what he said and that it would be attached to this report.

I again asked him who was in the vehicle next to him at the top of the track at Gate #1. He did not say but only commented that he was sitting next to the vehicle usually driven by Mike Peters. He then turned the statement form over and wrote that on the back.

I ,Investigator McNair, did not take a written did not take a written statement from Mr. Williams at this time as he was visibly upset with the incident but I did want to find out what he was doing there as had been reported to me in a in a interview. Mr. Willams stated at that time he was coming from the Command Center and he heard cars running and he drove into Gate #1. On entering the driveway to Gate # 1 he observed Mike Peters to be parked halfway across the road as if to be blocking the road so no one could enter. Mr. Williams further stated he pulled up next to Pete which was really a good idea since they were going to race no one could get in. He then observed the race South and his boy hit the rail, tires and then stop.

Mr. Williams did not attend the Chalet party.

D 0348

| Joe McNair | | 12/26/03 |
|---|---|---|



w - 4

**SECURITY DEPARTMENT**

# STATEMENT

Date Of Report  12-24-03

Time of Report  1015

Case # 2003-2521

The following statement taken from  RICHARD L. WILLIAMS  8304     Page 1 of 2    who

resides at  458 MOORTON RD,   DOVER,    DE
Street Address              City                State

Phone Number:  302-653-8340    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1.  AT APPROX. 12:05 ON 12/23/03 I LEFT THE COMMAND

2.  CENTER TO GO TO LUNCH, UPON PASSING GATE 1, I

3.  SAW SOME VEHICLES ENTERING THE TRACK AREA, I

4.  DECIDED TO FOLLOW THEM IN, JUST ON A HUNCH

5.  THAT SOMETHING WAS HAPPENING, WHEI I REACHED

6.  THE TOP OF THE SPEEDWAY, I OBSERVED 2 BLACK

7.  CARS RACING NORTH ON PIT ROAD (A FEW SECONDS

8.  HAD ELAPSED) AS THE TURNED AND HEADED SOUTH,

9.  I REALIZED MY SON BRIAN WAS ONE OF THE

0.  DRIVERS, HAVING NO RADIO (GIVEN TO TOM

1.  CURTIS ON 12/19/03 TO BE REPAIRED) I COULDN'T

2.  COMMUNICATE TO ANYONE. AS THE 2 CARS

3.  HEADED SOUTH, I FELT THAT IT WAS TO NARROW

4.  FOR THEM BOTH TO PASS. TO MY HORROR, I

5.  SAW THE MUSTANG HIT PIT WALL, HOOD FLEW UP

6.  AND GLASS FLEW. I RUSHED TO HIS LOCATION

7.  AND THROUGH THE BROKEN, SHATTERED DRIVER'S

8.  WINDOW I SAW MY SON CONVULSING UNCONTROLLABLY.

9.  I FELT HELPLESS BECAUSE I DID'NT KNOW IF HE HAD

HEAD TRAUMA, BROKEN NECK, SPINE, ETC. I SCREAMED FOR

SOMEONE. TO CALL "911".          (OVER)

Signature  Richard Williams                    Date  12/24/03

Statement taken at  DD CONF ROOM #1

Witnessed by  Joe McNier #536

113                    B-67

D 0349

2003-2581
2 of 2

Investigation of accident on race track Dover Downs – 12/23/03

Writer spoke with Richard Williams, father of Brian Williams operator of the Ford Mustang, this case, and he appeared to be very shaken mentally as to the close call his son had in the crash. I felt it was not prudent to pursue an interview for a written statement until 12-24-03.

I told Rich that several other people had told me he was present during the racing. He stated he had just came up from the Command Center and he heard the cars running and he drove to Gate 1. On entering the driveway at Gate #1 he observed Mike Peters to be parked halfway across the road as if to be blocking the road so no one could enter. Rich stated he pulled up next to Pete which was really a good idea since they were going to race no one could get in. He observed the race south and his boy hit the rail, tires and then stop.

Joe McNair # 5361  12/23/03

Witnesses *[signatures]*

D 0350

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:** _W5_

| TYPE: Check One: | ☐ CONTINUATION FORM | | ☑ SUPPLEMENT | |
|---|---|---|---|---|
| **CASE NUMBER:** | 2003 - 2521 W5 | | | |
| **TODAY'S DATE:** | 12/26/03 | | **DATE OF INCIDENT:** | 12/23/03 |
| | | | **TIME OF INCIDENT:** | 1205 |
| Written statement taken 12/24/03, 1015, Security Office | | | | |

William D. Larnick, Mechanic II, Facility Landscaping, Manager Dave Pelly

Mr. Larnick stated that Brian Williams had driven to work in his Mustang and told him it was going to happen today at lunch time. At lunch time he and Mike Mike Monahan were in Victory Circle and watched Brian and Earnie race up and down a couple of times and Brian wrecked and his hood came up.

Mr. Larnick furter stated that he had heard that other employees had raced before, Jerry Clifton, but he had not seen it . It was only rumor.

Mr. Larnick did not attend the party at the Chalet. We had our own party at the landscaping shop. There was no alcohol.

D 0351

Joe McNair                                                                    12/26/03

Security Form 912-1102

W-5

**SLOTS**

SECURITY DEPARTMENT

## STATEMENT

Date Of Report  _12-24-03_

Time of Report  _10:15 A.M._

Case # _03-2521_

Page _1 of 1_

The following statement taken from _WILLIAM D. LARNICK_ who

resides at _73 BLACKBERRY CIRCLE_     _MARYDEL_     _DE._
Street Address                City                    State  _19961_

Phone Number: _302-492-8010_   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. _What is your name and position with Dover Downs?_
2. _My name is William D. Larnick and I am a mechanic_
3. _Who is your Boss?_
4. _Dave Pelly is my boss._
5. _What do you know about the accident that occurred_
6. _on the track on 12-23-03._
7. _Brian Williams was driving his mustang and ran into_
8. _the wall on the track._
9. _What was he doing on the track?_
10. _It looked like they were drag racing. Brian_
11. _and Emie. I don't know his last name._
12. _Did you see the race?_
13. _Yes._
14. _What happened?_                                    D 0352
15. _Before the accident Brian and Emie were racing_
16. _a couple times from track shate to the other_
17. _end of Pitt Road. They went from one end to_
18. _the other end and wrecked. I saw a brood_
19. _came up on Brian's car. I didn't see him_          B-70
20. _hit wall. I was at Victory Circle watching._

Signature  _Wil Larl_

Date _12-24-03_

Statement taken at  _Security Office_     Witnessed by  _Frank D Melf_

DOS-113



**SECURITY DEPARTMENT**

# STATEMENT

Date Of Report  12-24-03

Case # 03-352(

Time of Report  10:15 PM

Page  2 of 2

The following statement taken from  William Larnick

who

resides at  Street Address  SAME  City  State

Phone Number: _____  (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. which is quite a ways away.
2. Who was present with you?
3. Mike Monohan and that was all.
4. How did you learn about the race?
5. Brian told me when he came to work in his
6. Mustang. He said it was to happen at
7. lunch time.
8. Do you know that anyone has raced on the
9. track before?
10. No.
11. Do you if anyone has given any employee
12. permission to do this?
13. No
14. What were you doing at the time of the accident?
15. I was on lunch break and was waiting for
16. the race to start.
17. Have you ever heard of employees racing before?
18. Yes, just heard.
19. Who were they?

D 0353

B-71

20. Jerry Clifton, it is all rumor. I never actually saw it

Signature  Wil Leh

Date 12-24-03

Statement taken at  Security Office

Witnessed by  Frank G. Melig

DDS-113



**SECURITY DEPARTMENT**

# STATEMENT

Date Of Report  12-24-03                                Case #  03-2521

Time of Report  10:15 A.M.                              Page  3

The following statement taken from  William Larrick

                                                        who

resides at  SAME
           _____
           Street Address              City                    State

Phone Number: _____  (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. Were you at the Christmas Party in the Chalet?

2. No.

3. We were having our own in the Landscaping Shop.

4. Who was in that party?

5. Mike Peters was there and Frank and they

6. had a piece of Pizza. We all left and were

7. concerned about Busin.

8. Who was your supervisor during this time. Dave

9. Pelly?

10. Yes Dave Pelly was my supervisor and he

11. was at the Chalet. He wasn't at the

12. Landscape Shop.

13. Who was your supervisor yesterday 12-23-03?

14. Dave Pelly.

15. Was there Alcohol at the party?

16. No.

17. _____

18. _____

19. _____          D 0354

20. _____ B-72 _____

Signature  Will Lel

                                                        Date  12-24-03

Statement taken at  Security Office     Witnessed by  Frank J. Meling Jr.

DDS-113

# SUPPLEMENT or CONTINUATION FORM

**COMPANY:**  *W4*

| TYPE: Check One: | ☐ CONTINUATION FORM | ☑ SUPPLEMENT | |
|---|---|---|---|
| **CASE NUMBER:** | 2003-2521 W6 | **DATE OF INCIDENT:** | 12/23/03 |
| **TODAY'S DATE:** | 12/27/03 | **TIME OF INCIDENT:** | 1205 |

Written statement taken at 12/23/03, 1615, Maintenance Shop

Michael Monahan, Mechanic 1, Facility Grounds, Supervisor Thomas Curtis, Manager William Morrison.

Mr. Monahan stated he observed B. (Brian) Williams and E.(Ernest) Carlisle drag race on Pit Road. B. Williams hit the guard rail, hood came up, tires locked up came to rest on turn 4.

The wreck happened on the second run. Other people  Russell Hands, Rick Williams, B. Lernick and Pete were at the wreck.

Mr. Monahan further stated he and Bill Larnick were watching from Victory Circle.

—B–73—                    D 0355

Joe McNair                                        12/27/03



W-6

## STATEMENT

CURITY DEPARTMENT

e Of Report: 12-23-03

e of Report: 1615

Case # 2003-2531

Page  1 of 1

The following statement taken from _Michael Monahan_____ who

des at  71 East st                         Marydel                              DE
         Street Address                         City                              State

one Number: _____ (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I observed B. williams and E. Carlile in a drag race

2. on pit road B. williams hit the guard rail

3. hood came up tires Locked up and came to a

4. rest on turn 4 went to Scean to find

5. B. williams calling for someone to call 911

6. got on my Raido and called for Anyone to

7. call 911 meed help know. help Arrived and

8. took B. williams to hospital

9. wreak happined on 2nd Run

0. Russel hands, R. williams, B. Lornick, Pete

1. _____

2. _____

3. _____

1. _____

5. _____

3. _____

7. _____

_____

D 0356

B-74

nature  _MichMonahan_____           Date 12-23-03

lement taken at  DD Conf rm #1/maint.  Witnessed by  Jack M Vin 536

113

# SUPPLEMENT or CONTINUATION FORM

*w 7*

**COMPANY:**

| | | |
|---|---|---|
| **TYPE:** Check One: | ☐ CONTINUATION FORM | ☑ SUPPLEMENT |
| **CASE NUMBER:** | 2003 - 2521W7 | |

| | | | | |
|---|---|---|---|---|
| **TODAY'S DATE:** | 12;/27/03 | | **DATE OF INCIDENT:** | 12/23/03 |
| | | | **TIME OF INCIDENT:** | 1205 |

Written statement taken 12/23/03, 1540, Track Shack.

Russell Hands, Mechanic II, Harness Track from November thru April. April thru Nov. Landscaping. Manager Harness Track Superintendent, Jerry Clifton. From April thru November Manager Dave Pelly.

Mr. Hand stated there was previous talk in the morning about who's car could beat who's car. As he and John Patterson were going to lunch from the Track shack the cars started racing.

He , Mr. Hand, and Mr. Paterson watched them race north on Pit Road and then turn around and race back. When they passed them on the south end of Pit Road he saw Brain hit the Pit Road wall, the tires at the south end.

D 0357

| Joe McNair | | 12/27/03 |
|---|---|---|

*Security Form 912-1102*



## STATEMENT

ECURITY DEPARTMENT

Case # 2003-2531

te Of Report 12-23-03

Page 1 of 1

me of Report 1540

The following statement taken from _Russell Hands_ who

sides at _254 Loblolly Pine Dr. Dover_ Del.
Street Address          City          State

(If Dover Downs Employee, Substitute Department Name and Position for Residency)

Phone Number: 1-302-678-3387

1. Previous talk about who's CAR could

2. beat other CAR.

3.

4. Was going to lunch when car's started

5. Racing on Pit Row.

6.

7. Watched them Race up & back Pit Row

8. North- they Turned at end of Pit Row

9. Myself & John Patterson started walking

10. back to get our lunch when they

11. passed us at end of Pit Row (Southeast)

12. Do not know what happened at this

13. time. Heard & saw Brian Williams hit Pit

14. Row Rail & Tires at end (Southend)

15.

16.

17.

18.                                                                 D 0358

19.

20.                                                      Date 12-23-03

Signature _Russell A. Hands_

Statement taken at _Track Shack_     Witnessed by _Joe McNeir #5361_

DDS-113                              B-76

# SUPPLEMENT or CONTINUATION FORM

W 8

## COMPANY:

**TYPE:** Check One: ☐ CONTINUATION FORM      ☑ SUPPLEMENT

| CASE NUMBER: | 2003 - 2521W8 | | DATE OF INCIDENT: | 12/23/03 |
|---|---|---|---|---|
| TODAY'S DATE: | 12/27/03 | | TIME OF INCIDENT: | 1205 |

Written statement taken 12/24/03, 0910 Dover Downs Conference room #1

John Patterson Mechanic III, Harness Track from November thru April, Manager Jerry Clifton Harness Track Supertendent.
April thu November, Manager Dave Pelly.

Mr. Paterson stated he heard around 1100 that there was talk about drag racing at 1200 noon. He does not recall from who.
At noon he made a phone call from the track shack. He and Mr. Hand were getting ready to leave but pulled his truck
on the small roadway between the Infield Medical Center and Pit Road. They watched the races and the next time down Brian
crashed into the wall. He got into his truck, went to the scene and held Brians neck imobile until the ambulance crew came.

Mr. Patterson did got to the party after the accident and he saw Mr. Hand, Ernest Carlisle and Jerry Clifton there. He saw
no alcohol.

D 0359

B-77

| Joe McNair | | 12/27/03 |
|---|---|---|



W-8

**SECURITY DEPARTMENT**    **STATEMENT**

Date Of Report 12-24-83    Case # 2003-2531

Time of Report 0917    Page 1 of 1

The following statement taken from JOHN PATTERSON 8379 who

resides at 14. Bell    Dover    DE
Street Address    City    State

Phone Number: 736-8489    (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. I John heard about 11:00 there was talk
2. about a drag race at 12:00 I went to
3. the track shed made phone call and strated
4. to leave as I was leaven I pulled up
5. at side of pit road, They went down the
6. frist time and turn around and strated agin
7. Myself and Russel was stand on side of pit
8. road They got down about to us we step back
9. and that was time Brain crash so I
10. got in my truck and drive over there Rich
11. was yell call 911 so I went to over to
12. the to try to help.
13. about 11:00 pm I heard from Ernest Carlise
14. Brain william was the drive the srecond car
15. I went to the christmas party at after accient
16. I saw Russl hand, Ernest carlise, Terry clifton,
17. I saw no achobol around tract shed
18. or chavet, Terry clifton was a current
19. Ross, JD

D 0360

B-78

Signature _[signature]_    Date 12-24-03

Statement taken at DD 1st Flg conf Bm #1    Witnessed by _[signatures]_

IS-113

**COMPANY:**

w 9

| TYPE (Check One) | ☐ CONTINUATION FORM | ☑ SUPPLEMENT |
|---|---|---|

| CASE NUMBER: | 2003 -2521W9 | | DATE OF INCIDENT: | 12/23/03 |
|---|---|---|---|---|
| TODAY'S DATE: | 12/29/03 | | TIME OF INCIDENT: | 1205 |

Written statement taken on 12/29/03, 0845 at Security office.

Stephen D. Maher, Mechanic III, Landscaping, Manager William Morrison.

Mr. Maher was off the property at the time of this incident but had heard Brian Williams and Bill Larnick discuss the race around 1030. They said it was to be Brian and Ernie.

Mr. Maher further stated he has heard of other persons racing but had never saw them.

Mr. Maher was at the Chalet party but saw no alcohol.

| Joe McNair | | 12/29/03 |
|---|---|---|
| EMPLOYEE'S PRINTED NAME | OFFICER'S SIGNATURE | DATE |
| REVIEWER'S PRINTED NAME | REVIEWER'S SIGNATURE | DATE |

D 0361

W 9



SECURITY DEPARTMENT          **STATEMENT**

Date Of Report   12-29-03                              Case # 03-2521

Time of Report   8:45 A.M.                              Page   1 of 2

The following statement taken from   STEPHEN D. MAHER                              who

resides at   16 INVERNESS CT.          City DOVER                              State DE. 19904

Phone Number:   302-674-5058   (If Dover Downs Employee, Substitute Department Name and Position for Residency)

1. WHAT IS YOUR POSITION WITH DOVER DOWNS?

2. MAINTAINENCE MECHANIC 2.

3. WHO IS YOUR BOSS?

4. DAVE PELLY.

5. WHAT DO YOU KNOW ABOUT THE ACCIDENT NEAR THE

6. TRACK ON 12-23-03?

7. I DON'T KNOW ANYTHING. I WAS OFF THE GROUNDS

8. I WAS AT THE ACME GETTING THINGS FOR OUR PARTY.

9. DID YOU KNOW PREVIOUSLY THE RACE WAS TO BE?

10. I HEARD BRIAN WILLIAMS AND BILL LARNICK DISCUSS

11. THE RACE, THIS WAS ABOUT 10:30 A.M ON THAT DAY.

12. THEY SAID IT WAS TO BE BRIAN AND ERNIE.

13. DID YOU HEAR ANYONE GIVE THEM PERMISSION TO

14. RACE?                                          D 0362

15. NO.

16. HAVE YOU HEARD OF PEOPLE RACING IN THE PAST?

17. I HAVE HEARD. BUT, I NEVER SAW ANY RACES.

18. WERE YOU AT THE CHRISTMAS PARTY AT THE CHALET?

19. YES.                                          B-80

20. WAS THERE ANY ALCOHOL PRESENT AT THAT PARTY?

Signature   Stephen Maher                    Date   12/29/03

Statement taken at   Security Office   Witnessed by   Frank Mele

DDS-113