IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>) |

I hereby certify that on June 8, 2006, I electronically filed the foregoing Appendix to Answering Brief of Plaintiffs in Opposition to Motion for Summary Judgment with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire and Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

I hereby certify that on the 8th day of June, A.D. 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire and Beth Friel, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

                              PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
                              JEREMY W. HOMER, ESQUIRE
                              Delaware State Bar I.D. No.: 413
                              116 W. Water Street, P.O. Box 598
                              Dover, DE 19903
                              (302) 678-3262

H:\Williams\Answering Brief-Appendix        Attorneys for Plaintiffs