IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS, and<br>MICHAEL E. PETERS<br>          Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC.<br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 05-0435 (GMS) |

## NOTICE OF WITHDRAWAL OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Beth Friel of Montgomery, McCracken, Walker & Rhoads, LLP hereby withdraws her appearance in the above-caption case on behalf of Dover Downs, Inc. and Dover Downs Gaming & Entertainment, Inc.


Dated: August 23, 2006                    */s/ Richard M. Donaldson*
                                          Richard M. Donaldson (DE Bar No. 4367)
                                          Noel C. Burnham (DE Bar No. 3483)
                                          Montgomery, McCracken, Walker & Rhoads, LLP
                                          300 Delaware Avenue, Suite 750
                                          Wilmington, DE 19801
                                          Telephone: (302) 504-7840
                                          Facsimile: (302) 504-7820
                                          *Attorneys for Defendants*

2105952v1

**CERTIFICATE OF SERVICE**

      This is to certify that two (2) copies of the attached document were served by electronic filing and by U.S. First Class Mail, postage pre-paid this 23rd day of August 2006 on:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19806

*Counsel for Plaintiffs*

                                           */s/ Noel C. Burnham*
                                    Noel C. Burnham (DE Bar No. 3483)

2105952v1