## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and <br> MICHAEL E. PETERS, <br><br> Plaintiffs, <br><br> v. <br><br> DOVER DOWNS, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No.: 05-0435 (GMS) <br> : <br> : <br> : <br> : |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of: Carmon M. Harvey, Esquire, Montgomery, McCracken, Walker & Rhoads, LLP, 123 South Broad Street, Philadelphia, PA 19109 to represent Dover Downs, Inc. in this matter.

Signed:   */s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (Del. Bar #4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
Attorney for Dover Downs, Inc.

Dated: March 20, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                    Judge Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 ☐ has been paid to the Clerk, or, if not paid previously, ☒ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

      Signed:　　*/s/ Carmon M. Harvey*
           Carmon M. Harvey
           Montgomery, McCracken, Walker & Rhoads, LLP
           123 South Broad Street
           (215) 772-2698
           Philadelphia, PA 19109

## **CERTIFICATION OF SERVICE**

I, R. Montgomery Donaldson, certify that March 20, 2007, I served a true and correct copy of the foregoing Motion, Certification and Order for Admission *Pro Hac Vice* of Carmon M. Harvey upon the following counsel of record via LexisNexis File & Serve:

Jeremy W. Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 West Water Street
P.O. Box 598
Dover, DE 19806

        MONTGOMERY, McCRACKEN,
           WALKER & RHOADS, LLP

        */s/ R. Montgomery Donaldson*
R. Montgomery Donaldson (DE I.D. #4367)
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
Attorneys for Defendant