## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>    v.<br><br>DOVER DOWNS, INC.,<br><br>      Defendant | :<br>:<br>:<br>:<br>:<br>:  Civil Action No.: 05-0435 (GMS)<br>:<br>:<br>:<br>: |

### DEFENDANT'S MOTION IN LIMINE
### TO EXCLUDE ADMINISTRATIVE AGENCY FILINGS AND
### CORRESPONDENCE, AND THE DETERMINATIONS
### BY THE DELAWARE DEPARTMENT OF LABOR

Defendant Dover Downs, Inc., through its undersigned counsel, moves to exclude the introduction at trial of (1) evidence of Plaintiffs' discrimination charges filed with the Delaware Department of Labor and (2) evidence of discrimination charges made by employees other than Plaintiffs.

The grounds for this motion are set forth in the accompanying brief, which is incorporated herein by reference.

Respectfully submitted,

Dated: March 20, 2007

<u>    /s/ Richard M. Donaldson    </u>
Noel C. Burnham (DE Bar No. 3483)
Richard M. Donaldson (DE Bar No. 4367)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7840

*Counsel for Defendant Dover Downs, Inc.*

Of Counsel:

Edward T. Ellis
Carmon M. Harvey
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of Defendant's Motion in Limine to Exclude Administrative Agency Filings and Correspondence, and the Determinations by the Delaware Department of Labor were served by electronic filing and first class mail this 20th day of March 2007 on:

>Jeremy W. Homer, Esquire
>Parkowski, Guerke & Swayze, P.A.
>116 West Water Street
>P.O. Box 598
>Dover, DE 19806
>
>*Counsel for Plaintiffs*


                    */s/ Richard M. Donaldson*
                  Richard M. Donaldson (DE Bar No. 4367)