IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and MICHAEL E. PETERS, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No.: 05-0435 (GMS) |
| DOVER DOWNS, INC., | : : : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Motion in Limine to Exclude Administrative Agency Filings and Correspondence, and the Determinations by the Delaware Department of Labor, and the review of papers filed by the parties in connection therewith, it is ORDERED that Defendant's Motion is GRANTED.

It is FURTHER ORDERED that Plaintiffs are precluded from offering and/or relying on (1) evidence of Plaintiffs' discrimination charges filed with the Delaware Department of Labor and (2) evidence of discrimination charges made by employees other than Plaintiffs.

**BY THE COURT**

_____
Gregory M. Sleet, J.