# Index of Exhibits

1.  DDOL Final Determination and Right to Sue Notice (2/22/05)

2.  Letter from Ms. Hankinson to Mr. Boggerty (12/23/04)
    - Exhibit A: Disciplinary Records of all Employees Involved in Drag Racing Incident for the Previous Five Years
    - Exhibit B: Notice of Termination Given to Charging Party
    - Exhibit C: Charging Party's Previous History of Discipline
    - Exhibit D: Workforce Analysis of all Employees in the Outside Maintenance Group

3.  Letter from Mr. Boggerty to Ms. Hankinson (12/8/04)

4.  Position Statement (4/5/04)
    - Exhibit 1: Dover Downs Employee Handbook
    - Exhibit 2: Charging Party's Previous Written Warning

5.  Letter from Mr. Boggerty to Ms. Hankinson (1/18/05)

6.  Letter from Ms. Hankinson to Mr. Boggerty (1/28/05)
    - Exhibit 1: Charging Party's Previous Written Warning

7.  Prior DDOL Charges
    - Mr. Faircloth
    - Mr. Lewis
    - Mr. McDowell
    - Mr. Thompson

# EXHIBIT 1

**STATE OF DELAWARE**
**DEPARTMENT OF LABOR**
**DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION UNIT**

---

Mr. Michael Peters                                          State Case No. 04020274
6936 Carpenter Bridge Road
Frederica, DE 19946

vs.

Dover Downs Entertainment
1131 N. Dupont Highway
Dover, DE 19901

---

### FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, *et seq.*, the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

#### *Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with Andre Boggerty, Labor Law Enforcement Officer I. Please be prepared to appear for conciliation on the following date and time March 10, 2005 @ 10:00 a.m., at the location of 24 N.W. Front Street, Milford, DE 19963.

Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:
Charging Party provided substantive information and evidence to support his allegations of discrimination based on age. Charging Party's younger comparator was previously disciplined for an act of insubordination and also involved in the "drag race" incident but was not terminated. Charging Party was one of two individuals who were terminated besides the drivers. Both of these individuals were over the age of forty.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Unit. See the attached Notice of Rights.

2/22/05
Date issued

Julie K. Cutler, Administrator

3/16/05
Date conciliation completed

Julie K. Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

DOL Form C-12RC : 12/04

## NOTICE OF DELAWARE RIGHTS

*The Department of Labor Discrimination Unit provides the following excerpt from 19 Del. C. § 710, et seq. as information regarding the Delaware Right to Sue Notice. If you need legal advice, please seek your own legal counsel.*

### § 714. Civil action by the Charging Party; Delaware Right to Sue Notice; election of remedies.

(a)    A Charging Party may file a civil action in Superior Court, after exhausting the administrative remedies provided herein and receipt of a Delaware Right to Sue Notice acknowledging same.

(b)    The Delaware Right to Sue Notice shall include authorization for the Charging Party to bring a civil action under this Chapter in Superior Court by instituting suit within ninety (90) days of its receipt or within ninety (90) days of receipt of a Federal Right to Sue Notice, whichever is later.

(c)    The Charging Party shall elect a Delaware or federal forum to prosecute the employment discrimination cause of action so as to avoid unnecessary costs, delays and duplicative litigation. A Charging Party is barred by this election of remedies from filing cases in both Superior Court and the federal forum. If the Charging Party files in Superior Court and in a federal forum, the Respondent may file an application to dismiss the Superior Court action under this election of remedies provision.

## NOTICE OF FEDERAL RIGHTS

1.    If your case was also filed under federal law and resulted in a "No Cause" finding, you have additional appeal rights with the Equal Employment Opportunity Commission. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC perform a **Substantial Weight Review of the DDOL's final finding.** To obtain this review, you must request it by writing to EEOC within *15 days of your receipt* of DDOL's final finding in your case. Otherwise, EEOC will generally adopt the DDOL's findings.

2.    If your case was also filed under federal law, you have the right to request a federal Right to Sue Notice from the EEOC. To obtain such a federal Right to Sue Notice, you must make a written request directly to EEOC at the address shown below. Upon its receipt, EEOC will issue you a Notice of Right to Sue and you will have ninety (90) days to file suit. The issuance of a Notice of Right to Sue will normally result in EEOC terminating all further processing.

3.    Requests to the EEOC should be sent to:

Equal Employment Opportunity Commission
The Bourse, Suite 400
21 S. Fifth Street
Philadelphia, PA 19106-2515

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

# EXHIBIT 2

**FILE COPY**

## MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

ATTORNEYS AT LAW

KYMBERLY D. HANKINSON
ADMITTED IN PENNSYLVANIA, MARYLAND, &
WASHINGTON D.C.

DIRECT DIAL
215-772-7325

khankinson@mmwr.com

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
Fax 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
Fax 856-488-7720

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
Fax 302-504-7820

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
Fax 610-889-2220

December 23, 2004

**BY FACSIMILE & U.S. MAIL**

Andre Boggerty
Labor Law Enforcement Officer
Delaware Department of Labor
24 N.W. Front Street, Suite 100
Milford, DE 19963

Re:    Peters v. Dover Downs, Inc.
       Case No. 04020274/17CA400269

Dear Mr. Boggerty:

As you are aware, I represent the Respondent in the above referenced matter. This is in response to your letter of December 8, 2004 requesting additional information in this matter.

**Question 1**

Please see Exhibit A

**Question 2**

| Name | DOH |
|------|-----|
| Carlisle, Ernest | 02-01-90 |
| Hands, Russell | 02-27-99 |
| Larnick, William | 10-28-02 |
| Monahan, Michael | 04-17-95 |
| Patterson, John | 02-12-01 |
| Peters, Michael | 02-11-85 |
| Williams, Brian | 11-12-95 |
| Williams, Richard | 12-22-78 |

I118927v1

A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA
LOUIS A. PETRONI – NEW JERSEY RESPONSIBLE PARTNER

MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP

Mr. Andre Boggerty
December 23, 2004
Page 2

**Question 3**

Please see Exhibit B

**Question 4**

Please see Exhibit C

**Question 5**

Frank Outten replaced Michael Peters. Outten's date of birth is 09/09/56.

**Question 6**

As per our agreement, question 6 was limited to the Outside Maintenance group. Please see Exhibit D

Respondent's decision to terminate Charging Party was legitimate and non discriminatory, and based solely of Charging Party's misconduct on December 1 and December 23, 2003.

Six employees were disciplined for watching the December 23, 2003 drag race. Four employees, Russell Hands (age 68), William Lamick (age 45), Michael Monohan (age 38) and John Patterson (age 24), received the harshest discipline short of termination, a three day suspension. Of the four, three had never been disciplined during their employment at Dover Downs. One employee (Monohan) received a verbal warning in July, 2003.

By contrast, Charging Party received a written warning for insubordination approximately three weeks prior to the drag race. The warning states "any further violations of any Company rules will result in additional action being taken up to and including termination of your employment." See Exhibit B – M. Peters 12/01/03 Written Warning Notice. In no way does the language of the written warning given to Charging Party on December 1, 2003, limit Respondent's ability to dismiss Charging Party for future misconduct.

Due to his December 2003 discipline, Charging Party was not similarly situated with the other employees who were suspended rather than terminated for participating in the drag race. There is no evidence that age motivated Respondent's termination decision. In fact, if age had

1118927v1

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

Mr. Andre Boggerty
December 23, 2004
Page 3

been a motivating factor, it stands to reason that Russell Hands (age 68), would have been
terminated.  Respondent's decision to suspend rather than terminate Hands demonstrates that the
record of discipline, and not age, was the key factor in Respondent's decision to terminate
Charging Party.

If I can be of further assistance, please contact me.

Sincerely,

Kymberly D. Hankinson

Enclosures

1118927v1

# EXHIBIT A

# DISCIPLINARY WARNING NOTICE

Employee's Name:    Ernest Carlisle        Date of Notice:   12/31/03

Department:    Harness Maintenance     Position:   Mechanic II

**ACTION TAKEN**   *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

_____ Verbal Warning
_____ Written Warning
_____ Final Written Warning    *OR*    Suspension    (From _____ To _____ )
\_\_X\_\_ Termination

DATE OF INCIDENT:   December 23, 2003    *INCIDENT REPORTED BY:*   Security

*NATURE OF INCIDENT:*

On Tuesday December 23, 2003, you and another employee were involved in an automobile "drag race" on Pit Road of Dover International Speedway. This race resulted in a crash and subsequent injuries to the other party. Your misconduct and unauthorized use of Dover Down's facilities are not condoned and can not be tolerated. As per Dover Down's policy and procedures you are here by terminated.

---

### *TO EMPLOYEE:*

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- ***ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.***
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Ernest Carlisle | *Ernest W. Carlisle* | |

\*   Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\*   ☐   Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| ~~Jerry Clifton~~ *Rich Wertz* | *Richard Wertz* | 12·31·03 |
| HR REPRESENTATIVE'S PRINTED NAME <br> Robin M. Roberts | *Robin M. Roberts* | 12-31-03 |

## DISCIPLINARY WARNING NOTICE

Employee's Name: __Russell Hands__                    Date of Notice: __December 30, 2003__

Department: __Facilities-Outside Maintenance__     Position: __Mechanic II__

**ACTION TAKEN**   *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

- _____ Verbal Warning
- _____ Written Warning
- __X__ Final Written Warning   *OR*   Suspension   (From __12/29/03 Through__ ☒ __12/31/03__ )
- _____ Termination

*DATE OF INCIDENT:* __12/23/03__          *INCIDENT REPORTED BY:* __Security__

*NATURE OF INCIDENT:*

As you know, an illegal drag race involving two of your fellow Maintenance employees took place on 12/23/03 on Pit Road of the Dover International Speedway. That race resulted in an accident and sustained injuries. It has been reported that you were a spectator to this event and did not at any time report this reckless and extremely unsafe event to any Management or Security staff at Dover Downs. As a result of this behavior you are being issued a 3 day unpaid Suspension. Further incidents of this nature will result in your termination.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| RUSSELL HANDS | *Russell Hands* | 12/30/03 |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Jerry Clifton | *Jerry Clifton* | 12/30/03 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| Robin M. Roberts | *Robin M. Roberts* | 1-5-04 |

## DISCIPLINARY WARNING NOTICE

| | |
|---|---|
| Employee's Name: **Bill Larnick** | Date of Notice: December 30, 2003 |
| Department: Facilities-Outside Maintenance | Position: Mechanic II |

**ACTION TAKEN**   *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

```
_____   Verbal Warning
_____   Written Warning
___X___   Final Written Warning   OR   Suspension   (From   12/29/03 Through   ⊁6   12/31/03   )
_____   Termination
```

*DATE OF INCIDENT:*   12/23/03          *INCIDENT REPORTED BY:*   Security

*NATURE OF INCIDENT:*

As you know, an illegal drag race involving two of your fellow Maintenance employees took place on 12/23/03 on Pit Road of the Dover International Speedway. That race resulted in an accident and sustained injuries. It has been reported that you were a spectator to this event and did not at any time report this reckless and extremely unsafe event to any Management or Security staff at Dover Downs. As a result of this behavior you are being issued a 3 day unpaid Suspension. Further incidents of this nature will result in your termination.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME BILL LARNICK | EMPLOYEE'S SIGNATURE* *B. Turk* | DATE SIGNED *1-2-04* |
|---|---|---|

\*    Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\*    ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

*Given By Bob W   0715   1/2/04*

| MANAGER / SUPERVISOR'S PRINTED NAME Dave Pelly | MANAGER / SUPERVISOR'S SIGNATURE *Dave T. Pel* | DATE SIGNED *12-30-03* |
|---|---|---|
| HR REPRESENTATIVE'S PRINTED NAME Robin M. Roberts | HR REPRESENTATIVE'S SIGNATURE *Robin M Roberts* | DATE SIGNED *1-5-04* |

# DISCIPLINARY WARNING NOTICE

Employee's Name: __Michael P. Monahan  H-5872__   Date of Notice: __7-16-04__

Department: __Facility Grounds  Maintenance__   Position: __Mechanic I__

**ACTION TAKEN**   *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*
- __X__ Verbal Warning
- _____ Written Warning
- _____ Final Written Warning   *OR*   Suspension   (From _____ To _____ )
- _____ Termination

DATE OF INCIDENT: __7-15-04__   *INCIDENT REPORTED BY:* __John S. McCarty  H- 9953__

*NATURE OF INCIDENT:*

On July 15, 2004 about 8:30 am I informed Mike Monahan that Kelvin Arnold and himself were to get shovels and what ever else they needed and shovel out the electrical dog boxes in the infield. At that time he got upset and said he needs to work on a grease trap. At that time I informed him that I was passing on an assignment as it was passed on to me. His comment was whoever said that, they have to do it. I informed him it came from Bob Morrison, who is my boss. He got even madder, made a comment that I cannot recall. At that time I told him that I was doing my job and he doesn't need to give me a hard time but just do his job. At that time, he proceeded in saluting me and with a sharp low tone said "Yes Sir!" With that I informed him that he doesn't need to get smart but just do the job that was given to him. Again he said I told you "Yes Sir!" The tone used was that of contempt. Further confrontational displays can and will result in additional disciplinary action.

---

## TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Michael P. Monahan  H-5872  Mechanic I | | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* ☒ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| John S. McCarty  H- 9953  Supervisor | *John S. McCarty* | 7-16-04 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| Marie A. Isenberg | *Marie A. Isenberg* | 7-21-04 |

## DISCIPLINARY WARNING NOTICE

Employee's Name:    Mike Monahan                                Date of Notice:    December 30, 2003

Department:    Facilities-Outside Maintenance        Position:    Mechanic 1

**ACTION TAKEN**    *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

| | |
|---|---|
| _____ | Verbal Warning |
| _____ | Written Warning |
| X | Final Written Warning    *OR*    Suspension    (From    12/29/03 **Through**    ☒    12/31/03    ) |
| _____ | Termination |

DATE OF INCIDENT:    12/23/03            INCIDENT REPORTED BY:    Security

NATURE OF INCIDENT:

As you know, an illegal drag race involving two of your fellow Maintenance employees took place on 12/23/03 on Pit Road of the Dover International Speedway. That race resulted in an accident and sustained injuries. It has been reported that you were a spectator to this event and did not at any time report this reckless and extremely unsafe event to any Management or Security staff at Dover Downs. As a result of this behavior you are being issued a 3 day unpaid Suspension. Further incidents of this nature will result in your termination.

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

| EMPLOYEE'S PRINTED NAME<br>MIKE MONAHAN | EMPLOYEE'S SIGNATURE*<br>*Michl Monahan* | DATE SIGNED<br>1/2/04 |
|---|---|---|

*    Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

*    ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME<br>Bob Morrison | MANAGER / SUPERVISOR'S SIGNATURE<br>*Bob Morr* | DATE SIGNED  0825<br>1/2/04 |
|---|---|---|
| HR REPRESENTATIVE'S PRINTED NAME<br>Robin M. Roberts | HR REPRESENTATIVE'S SIGNATURE<br>*Robin M Roberts* | DATE SIGNED<br>1-5-64 |

# DISCIPLINARY WARNING NOTICE

Employee's Name: __John Patterson__                     Date of Notice: __December 30, 2003__

Department: __Facilities-Outside Maintenance__     Position: __Mechanic III__

**ACTION TAKEN**   *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

- _____ Verbal Warning
- _____ Written Warning
- __X__ Final Written Warning   *OR*   Suspension   (From __12/29/03 **Through**__ ~~✗~~ __12/31/03__   )
- _____ Termination

*DATE OF INCIDENT:* __12/23/03__          *INCIDENT REPORTED BY:* __Security__

*NATURE OF INCIDENT:*

> As you know, an illegal drag race involving two of your fellow Maintenance employees took place on 12/23/03 on Pit Road of the Dover International Speedway. That race resulted in an accident and sustained injuries. It has been reported that you were a spectator to this event and did not at any time report this reckless and extremely unsafe event to any Management or Security staff at Dover Downs. As a result of this behavior you are being issued a 3 day unpaid Suspension. Further incidents of this nature will result in your termination.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE | DATE SIGNED |
|---|---|---|
| JOHN PATTERSON | *(signature)* | 12-29-03 |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\* ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Jerry Clifton | *(signature)* | 12/29/03 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| Robin M. Roberts | *(signature)* | 1-5-04 |

# DISCIPLINARY WARNING NOTICE

Employee:    Peters, Michael   H - 5873      Date:   1 December 2003

Department:   MAINTENANCE      Position:   MECH I

TYPE OF NOTICE ISSUED:
 (Note: Depending on the nature of the offense, the Company may bypass any of these steps at it's discretion.)

**RECOMMENDED ACTION**

| | |
|---|---|
| | Verbal Warning |
| X | Written Warning |
| | Suspension    (From _____ To _____ ) |
| | Termination |

Date of Incident:   1 Dec 2003      Incident Reported By:   Bob Morrison

**Nature of Incident:** On December 1, 2003 I requested that Michael Peters lead a work force of four employees in their daily activities for that day. This work order is in direct compliance with job description of a Maintenance Mechanic I. Mr. Peters informed me that he did not want to be in charge "of anybody". He therefore refused to lead this crew. This is a violation of employee conduct as stated in the Employee Handbook on page 26, Number 18 – Engaging in insubordination and number 19 – Refusing to carry out a work assignment or reasonable request by your supervisor or other member of management. You are being issued a Written Warning. Any further conduct of this kind can result in issuing a Final Written Warning and / or your immediate termination.

> **TO EMPLOYEE: PLEASE READ CAREFULLY BEFORE SIGNING BELOW:** You are being issued this formal warning notice to bring to your attention the severity of this situation. **THIS WARNING SHOULD NOT BE TAKEN LIGHTLY** and any further violations of Company rules will result in additional action being taken up to and including termination of your employment. If you have any questions regarding this matter, please discuss them with your Department Head.

| * EMPLOYEE'S PRINTED NAME | * EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|
| Peters, Michael    H-5873 | | |

   *   Signing this form does not imply that you agree with the action taken, only that you are acknowledging receipt of such notice.

   *   ☑ Check here if Employee refuses to acknowledge receipt.

*(handwritten: BM 12/12/03)*

The undersigned (manager/supervisor) has discussed this disciplinary action with above named employee.

| SUPERVISOR' PRINTED NAME | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|
| BOB MORRISON H-5369 | *Bob Morrison* | 12 December 2003 |
| HR REPRESENTATIVE PRINTED NAME | HR REPRESENTATIVE SIGNATURE | DATE |
| MARIE A. ISENBERG | *Marie A. Isenberg* | 12-12-03 |

# DISCIPLINARY WARNING NOTICE

Employee's Name:    Michael Peters                              Date of Notice:  12/31/03

Department:    Maintenance                     Position:  Maintenance Mechanic I

**ACTION TAKEN**    *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

_____    Verbal Warning
_____    Written Warning
_____    Final Written Warning    *OR*    Suspension    (From _____ To _____ )
___X___    Termination

DATE OF INCIDENT:   12/23/03                 *INCIDENT REPORTED BY:*    Security

*NATURE OF INCIDENT:*

As you know, you were issued a written warning on December 12, 2003 for insubordination and refusal to carry out a work request from your Manager. Eleven days after that warning was issued, on December 23, 2003, you were present during a "drag race" on Pitt Road of the Dover International Speedway .This drag race was between two fellow maintenance employees in their own personal vehicles. It has been reported that your work vehicle, which was stationed at Gate 1, was positioned so as to block anyone from getting on to the track. In addition, you admitted seeing the two employees drag race 3.5 times. At no time during these 3.5 "runs" did you report this event to Management or Security, or attempt to stop it from happening. As a Mechanic I it is your responsibility to report any suspicious, unsafe or reckless behavior of any type involving your fellow co-workers. You did not report this behavior to anyone. In view of the fact that you had very recently been issued a written warning for insubordination, and the fact that you did not report this very serious incident, you are hereby being terminated.

## TO EMPLOYEE:

**PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**

**You are being issued this Notice to make you aware of the severity of this situation.**

**THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**

*ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*

**If you have any questions regarding this matter, please discuss them with the head of your Department.**

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Michael Peters | *[signature]* | |

Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

[ ] Check here if Employee refuses to acknowledge receipt of this Notice.

Undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| RICHARD WERTZ | *Richard Wertz* | |
| HR REPRESENTATIVE'S PRINTED NAME<br>Robin M. Roberts | *signature* | 12-31-03 |

# DISCIPLINARY WARNING NOTICE

Employee's Name: **Brian Williams**  Date of Notice: 12/31/03

Department: **Maintenance**  Position: **Maintenance Mechanic III**

**ACTION TAKEN**  *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

_____ Verbal Warning
_____ Written Warning
_____ Final Written Warning  *OR*  Suspension  (From _____ To _____ )
___X___ Termination

*DATE OF INCIDENT:* December 23, 2003  *INCIDENT REPORTED BY:* Security

*NATURE OF INCIDENT:*

On Tuesday December 23, 2003, you and another employee were involved in an automobile "drag race" on the pit road of Dover International Speedway. Your misconduct and unauthorized use of Dover Downs' facilities are not condoned and can not be tolerated. As per Dover Down's policy and procedures you are hereby terminated.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Brian Williams | *(signature)* | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\*  ☐ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Richard Wertz | *(signature)* | 12/31 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| Robin M. Roberts | *(signature)* | 12-31-03 |

# DISCIPLINARY WARNING NOTICE

Employee:  Williams, Richard  H-8304          Date:  1 December 2003

Department:  MAINTENANCE                     Position:  MECH I

TYPE OF NOTICE ISSUED:
(Note:  Depending on the nature of the offense, the Company may bypass any of these steps at it's discretion.)

## RECOMMENDED ACTION

|       | Verbal Warning |
|-------|----------------|
| X     | Written Warning |
|       | Suspension      (From _____ To _____ ) |
|       | Termination |

Date of Incident:  1 Dec 2003          Incident Reported By:  Bob Morrison

**Nature of Incident:** On December 1, 2003 I requested that Richard Williams lead a work force of four employees in their daily activities for that day. This work order is in direct compliance with job description of a Maintenance Mechanic I. Mr. Williams informed me that if he was to be in charge of anybody, he would need more money. He therefore refused to lead this crew. This is a violation of employee conduct as stated in the Employee Handbook on page 26, Number 18 – Engaging in insubordination and number 19 – Refusing to carry out a work assignment or reasonable request by your supervisor or other member of management. You are being issued a Written Warning. Any further conduct of this kind can result in issuing a Final Written Warning and / or your immediate termination.

---

**TO EMPLOYEE: PLEASE READ CAREFULLY BEFORE SIGNING BELOW**: You are being issued this formal warning notice to bring to your attention the severity of this situation. **THIS WARNING SHOULD NOT BE TAKEN LIGHTLY** and any further violations of Company rules will result in additional action being taken up to and including termination of your employment. If you have any questions regarding this matter, please discuss them with your Department Head.

---

| * EMPLOYEE'S PRINTED NAME | * EMPLOYEE'S SIGNATURE | DATE |
|---------------------------|------------------------|------|
| Williams, Richard    H-8304 | | |

\*     Signing this form does not imply that you agree with the action taken, only that you are acknowledging receipt of such notice.

\*   [X] Check here if Employee refuses to acknowledge receipt.

The undersigned (manager/supervisor) has discussed this disciplinary action with above named employee.

| SUPERVISOR' PRINTED NAME | SUPERVISOR'S SIGNATURE | DATE |
|--------------------------|------------------------|------|
| BOB MORRISON  H-5369 | Bob Morrison | 1 December 2003 |
| HR REPRESENTATIVE PRINTED NAME | HR REPRESENTATIVE SIGNATURE | DATE |
| MARIE A. ISENBERG | Marie A. Isenberg | 12-12-03 |

## DISCIPLINARY WARNING NOTICE

Employee's Name: **Richard Williams**                Date of Notice: 12/31/03

Department: **Maintenance**          Position: **Maintenance Mechanic I**

**ACTION TAKEN**   *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

_____ Verbal Warning
_____ Written Warning
_____ Final Written Warning   *OR*   Suspension      (From _____ To _____ )
___X___ Termination

*DATE OF INCIDENT:*  December 23, 2003    *INCIDENT REPORTED BY:*  Security

*NATURE OF INCIDENT:*

As you know, you were issued a written warning on December 12, 2003 for insubordination and refusal to carry out a work request by your Manager. Eleven days after that warning was issued, on December 23, 2003, you were present during a "drag race" on Pit Road of the Dover International Speedway. This drag race was between two fellow maintenance employees in their own personal vehicles. In a conversation with Joe McNair, Security Investigator, on that same day, you admitted that you pulled your work vehicle next to Michael Peters' work vehicle, which was stationed at Gate 1, and that you thought that was a good idea since that would prevent anyone from coming in during the race. In addition, it was reported by several witnesses that the employees raced 3.5 times down Pit Road. At not time during these 3.5 "runs" did you report this event to Management or Security, or attempt to stop it from happening. As a Mechanic I it is your responsibility to report any suspicious, unsafe or reckless behavior of any type involving your fellow co-workers. You did not report this behavior to anyone. In view of the fact that you had very recently been issued a written warning for insubordination, and the fact that you did not report this very serious incident, you are hereby terminated.

---

### TO EMPLOYEE:

- **PLEASE READ THIS <u>ENTIRE</u> DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.**
- **You are being issued this Notice to make you aware of the severity of this situation.**
- **THIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.**
- *ANY FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN ADDITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*
- **If you have any questions regarding this matter, please discuss them with the head of your Department.**

---

| EMPLOYEE'S PRINTED NAME | EMPLOYEE'S SIGNATURE* | DATE SIGNED |
|---|---|---|
| Richard Williams | | |

\* Signing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

\*  ☒ Check here if Employee refuses to acknowledge receipt of this Notice.

The undersigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Richard Wertz | *Richard Wertz* | 12·31·03 |
| HR REPRESENTATIVE'S PRINTED NAME | HR REPRESENTATIVE'S SIGNATURE | DATE SIGNED |
| | *Arthur Williams* | 12·31·03 |

Page 1 of 3

# EXHIBIT B

# DISCIPLINARY WARNING NOTICE

| | | | |
|---|---|---|---|
| mployee's Name: | Michael Peters | Date of Notice: | 12/31/03 |
| partment: | Maintenance | Position: | Maintenance Mechanic I |

**TION TAKEN**    *(Depending on the type of offense, the Company may bypass any of these steps in its discretion)*

_____ Verbal Warning

_____ Written Warning

_____ Final Written Warning    *OR*    Suspension    (From _____ To _____ )

___X___ Termination

**TE OF INCIDENT:**   12/23/03          **INCIDENT REPORTED BY:**   Security

**URE OF INCIDENT:**

ou know, you were issued a written warning on December 12, 2003 for insubordination and refusal to carry out a work request our Manager. Eleven days after that warning was issued, on December 23, 2003, you were present during a "drag race" on Pitt l of the Dover International Speedway .This drag race was between two fellow maintenance employees in their own personal cles. It has been reported that your work vehicle, which was stationed at Gate 1, was positioned so as to block anyone from ng on to the track. In addition, you admitted seeing the two employees drag race 3.5 times. At no time during these 3.5 "runs" ou report this event to Management or Security, or attempt to stop it from happening. As a Mechanic I it is your responsibility ort any suspicious, unsafe or reckless behavior of any type involving your fellow co-workers. You did not report this vior to anyone. In view of the fact that you had very recently been issued a written warning for insubordination, and the fact ou did not report this very serious incident, you are hereby being terminated.

---

## TO EMPLOYEE:

.EASE READ THIS **ENTIRE** DISCIPLINARY WARNING NOTICE CAREFULLY BEFORE SIGNING BELOW.

ou are being issued this Notice to make you aware of the severity of this situation.

IIS NOTICE SHOULD NOT BE TAKEN LIGHTLY.

*Y FURTHER VIOLATIONS OF ANY COMPANY RULES, POLICIES OR PROCEDURES MAY RESULT IN DITIONAL ACTION BEING TAKEN, UP TO AND INCLUDING TERMINATION OF YOUR EMPLOYMENT.*

ou have any questions regarding this matter, please discuss them with the head of your Department.

| | | |
|---|---|---|
| EE'S PRINTED NAME | EMPLOYEE'S SIGNATURE | DATE SIGNED |
| Peters | | |

ing this Notice does not imply that you agree with the action taken, only that you acknowledge receipt of this Notice.

Check here if Employee refuses to acknowledge receipt of this Notice.

rsigned manager / supervisor has discussed this Notice and the action taken with the employee.

| MANAGER / SUPERVISOR'S PRINTED NAME | MANAGER / SUPERVISOR'S SIGNATURE | DATE SIGNED |
|---|---|---|
| RICHARD WERTZ | *Richard Wertz* | |
| HR REPRESENTATIVE'S PRINTED NAME<br>Robin M. Roberts | *[signature]* | 12-31-02 |

# EXHIBIT C

# DISCIPLINARY WARNING NOTICE

| | | | | |
|---|---|---|---|---|
| Employee: | Peters, Michael   H - 5873 | | Date: | 1 December 2003 |
| Department: | MAINTENANCE | | Position: | MECH I |

TYPE OF NOTICE ISSUED:
(Note: Depending on the nature of the offense, the Company may bypass any of these steps at it's discretion.)

## RECOMMENDED ACTION
_____ Verbal Warning
__X__ Written Warning
_____ Suspension      (From _____      To _____ )
_____ Termination

Date of Incident:   1 Dec 2003      Incident Reported By:   Bob Morrison

**Nature of Incident:** On December 1, 2003 I requested that Michael Peters lead a work force of four employees in their daily activities for that day. This work order is in direct compliance with job description of a Maintenance Mechanic I. Mr. Peters informed me that he did not want to be in charge "of anybody". He therefore refused to lead this crew. This is a violation of employee conduct as stated in the Employee Handbook on page 26, Number 18 – Engaging in insubordination and number 19 – Refusing to carry out a work assignment or reasonable request by your supervisor or other member of management. You are being issued a Written Warning. Any further conduct of this kind can result in issuing a Final Written Warning and / or your immediate termination.

---

**TO EMPLOYEE: PLEASE READ CAREFULLY BEFORE SIGNING BELOW**: You are being issued this formal warning notice to bring to your attention the severity of this situation. **THIS WARNING SHOULD NOT BE TAKEN LIGHTLY** and any further violations of Company rules will result in additional action being taken up to and including termination of your employment. If you have any questions regarding this matter, please discuss them with your Department Head.

---

| * EMPLOYEE'S PRINTED NAME<br>Peters, Michael       H-5873 | * EMPLOYEE'S SIGNATURE | DATE |
|---|---|---|

* Signing this form does not imply that you agree with the action taken, only that you are acknowledging receipt of such notice.

* ☑ Check here if Employee refuses to acknowledge receipt.

The undersigned (manager/supervisor) has discussed this disciplinary action with above named employee.

| SUPERVISOR' PRINTED NAME | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|
| BOB MORRISON H-5369 | Bob Morrison | 1 December 2003 |
| HR REPRESENTATIVE PRINTED NAME | HR REPRESENTATIVE SIGNATURE | DATE |
| MARIE A. ISENBERG | Marie A. Isenberg | 12-12-03 |

# EXHIBIT D

# DOVER DOWNS, INC
## OUTSIDE MAINTENANCE

| ast Name | First Name | Start Date | Job Title | Birth Date | Last Day Worked | Reason for Termination |
|---|---|---|---|---|---|---|
| RLOTTA | DONNA | 8/6/2001 | 149090 | 10/1/1957 | | |
| RNOLD | KELVIN | 3/15/2004 | 219090 | 10/6/1956 | | |
| ARNER | LARRY | 11/26/1986 | 219090 | 3/31/1961 | | |
| ALLAHAN | CHRISTOPER | 5/10/2004 | 209090 | 6/27/1983 | | |
| ARLISLE | ERNEST | 2/1/1990 | 219090 | 4/13/1932 | 12/23/2003 | Willful Misconduct |
| LAY | JEFFREY | 3/29/2004 | 219090 | 10/30/1962 | | |
| LIFTON | JERRY | 1/9/1996 | 103501 | 8/9/1958 | | |
| OPELAND | LEROY | 10/30/2003 | 219090 | 2/5/1940 | | |
| ONAVON III | WILLIAM | 2/16/2004 | 209090 | 4/29/1978 | 8/27/2004 | Resignation |
| AGAN | RONALD | 11/11/2002 | 219090 | 3/26/1951 | 7/25/2003 | Resignation |
| RAZIER | THOMAS | 5/17/2004 | 209090 | 7/18/1939 | | |
| INTER | JOHN | 1/30/1999 | 219090 | 7/1/1954 | | |
| ALL | DAVID | 2/12/2001 | 219090 | 11/1/1939 | 10/12/2003 | Resignation |
| ANDS | RUSSELL | 2/27/1999 | 219090 | 2/7/1935 | | |
| ASTINGS | JOSHUA | 11/22/2004 | 229090 | 9/19/1986 | | |
| OOD | RICHARD | 9/16/2002 | 219090 | 10/31/1954 | 3/4/2003 | Resignation |
| NOTTS | ROBERT | 8/9/2004 | 209090 | 6/11/1961 | | |
| ARNICK | WILLIAM | 10/28/2002 | 219090 | 12/19/1958 | 2/3/2004 | Resignation |
| AHER | STEPHEN | 4/4/1998 | 209090 | 9/21/1979 | | |
| AHER | DAVID | 6/12/2000 | 209090 | 7/30/1982 | | |
| CCARTY | JOHN | 12/16/2002 | 470000 | 7/22/1956 | | |
| ERCER | JAMES | 5/15/2000 | 209090 | 9/27/1980 | 10/20/2003 | Reduction in Force |
| ONAHAN | MICHAEL | 4/17/1995 | 209090 | 8/15/1965 | | |
| ONROE | EMORY | 10/22/2001 | 219090 | 9/24/1964 | 5/13/2003 | No Call/No Show |
| ORRISON | WILLIAM | 3/3/1997 | 390900 | 5/11/1957 | | |
| UTTEN | FRANK | 12/27/2000 | 209090 | 9/9/1956 | 5/7/2004 | Resignation |
| AGE JR. | ROBERT | 5/10/2004 | 209090 | 7/16/1958 | 5/28/2004 | No Call/No Show |
| ATTERSON | JOHN | 2/12/2001 | 219090 | 1/21/1979 | | |
| ELLY | DAVID | 5/10/1999 | 390901 | 3/23/1965 | | |
| ERKINS | WILLIAM | 5/1/2000 | 229090 | 6/5/1963 | 4/29/2003 | Reduction in Force |
| ETERS | MICHAEL | 2/11/1985 | 209090 | 11/30/1951 | 12/23/2003 | Willful Misconduct |
| NDER | JAMES | 11/8/2004 | 219090 | 9/23/1952 | | |
| FENBURG JR. | RONALD | 5/10/2004 | 219090 | 10/4/1981 | | |
| JDDY | DIANA | 11/2/1998 | 149090 | 3/6/1955 | 9/3/2003 | No Call/No Show |
| HOCKLEY | JEFFREY | 2/16/2004 | 219090 | 8/10/1962 | | |
| PLIFFE | AARON | 12/29/2003 | 219090 | 5/13/1976 | 6/7/2004 | Resignation |
| EGA | CATHLEEN | 4/5/2004 | 229090 | 9/2/1955 | 4/16/2004 | Resignation |
| ILLIAMS | JERRY | 11/12/1995 | 219090 | 1/26/1950 | 10/20/2003 | Reduction in Force |
| ILLIAMS | BRIAN | 11/12/1995 | 219090 | 11/24/1974 | 12/23/2003 | Willful Misconduct |
| ILLIAMS | RICHARD | 12/22/1978 | 209090 | 2/20/1948 | 12/23/2003 | Willful Misconduct |

## sition Codes Key

| | |
|---|---|
| 9090 | Mechanic I |
| 9090 | Mechanic II |
| 9090 | Mechanic III |
| 0900 | Mgr - Bldg. |
| 0901 | Mgr - Landscaping |
| 9090 | Office Coordinator |
| 3501 | Mgr - Harness Track Ops |
| 0000 | Supervisor |