IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>      Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE
TO EXCLUDE ADMINISTRATIVE AGENCY FILINGS AND
CORRESPONDENCE, AND THE DETERMINATIONS BY THE
DELAWARE DEPARTMENT OF LABOR**

Plaintiffs Richard L. Williams and Michael E. Peters, through their undersigned counsel, respond to Defendant's motion in limine as follows.

For the reasons set forth in the accompanying answering brief the motion should be denied.

                              Respectfully submitted,

                              PARKOWSKI, GUERKE & SWAYZE, P.A.

                              By: _____
                                   JEREMY W. HOMER, ESQUIRE
                                   (Delaware Bar ID#0413)
                                   116 W. Water Street
                                   P.O. Box 598
                                   Dover, DE 19903
                                   (302) 678-3262
DATED: March 30, 2007             Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>       Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>       Defendants. | )<br>) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>) |

    I hereby certify that on March __30__, 2007, I electronically filed the foregoing Plaintiffs' Response to Defendant's Motion In Limine To Exclude Administrative Agency Filings And Correspondence, And The Determinations By The Delaware Department Of Labor and Proposed Order with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

        Richard M. Donaldson, Esquire and Noel C. Burnham, Esquire
        Montgomery, McCracken, Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801

    I hereby certify that on March __30__, A.D. 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

        Edward T. Ellis, Esquire and Carmon M. Harvey, Esquire
        Montgomery, McCracken, Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA 19109

                                PARKOWSKI, GUERKE & SWAYZE, P.A.
              By:   _____
                                JEREMY W. HOMER, ESQUIRE
                                Delaware State Bar I.D. No.: 413
                                116 W. Water Street, P.O. Box 598
                                Dover, DE 19903
                                (302) 678-3262

H\Williams\Response to Motion in Limine      Attorneys for Plaintiffs