IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>   v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>      Defendants. | )<br>)  Civil Action No.: 05-0435 (GMS)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

AND NOW this _____ day of _____, 2007, upon consideration of Defendant's Motion in Limine To Exclude Administrative Agency Filings And Correspondence, And The Determinations By The Delaware Department Of Labor, and the review of papers filed by the parties in connection therewith, it is ORDERED that Defendant's motion is hereby DENIED.

                                    BY THE COURT

                                    _____
                                    Gregory M. Sleet, J.