IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>    Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>    Defendants. | )<br>)  Civil Action No. 05-0435 (GMS)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED PRETRIAL ORDER**

This matter comes before the Court at a final pretrial conference held pursuant to Fed.R.Civ.P. ("Rule") 16 and

**having appeared as counsel for Plaintiffs:**
Jeremy Homer, Esquire
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE  19903
Telephone No.: (302) 678-3262

**having appeared as counsel for Defendants:**
Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
Telephone No.:  (302) 504-7840

Edward T. Ellis, Esquire
Carmon M. Harvey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
Telephone No.: (215) 772-1500

the following actions were taken:

(1) This is an action for alleged age discrimination and violation of the implied covenant of good faith and fair

1

dealing, and the jurisdiction of the court is involved under 29 U.S.C. §626 and 28 U.S.C. §1367. Jurisdiction is not disputed.

(2) The following stipulations and statements were submitted and are attached to and made a part of this Order.

    (a) a stipulation of uncontested facts is set out in Schedule A;

    (b) statements of contested issues of fact and law are set out in Schedule B;

    (c) except for rebuttal exhibits, schedules in the form set out in the attached Schedule C of;

        (1) all exhibits (all exhibits shall be marked for identification before trial), including documents, summaries, charts and other items expected to be offered into evidence and

        (2) any demonstrative evidence and experiments to be offered during trial;

    (d) a list or lists of names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling, or to the qualifications of, any witness identified on the list is set out in Schedule D;

    (e) none of the parties are calling any expert witness;

    (f) a list of all depositions, or portions thereof, to be read into evidence and statements of any objections thereto is attached in Schedule E;

    (g) there is no itemized statement of special damages;

    (h) there are no waivers of any claims or defenses that

have been abandoned by any party;
(i) Plaintiffs' trial brief is attached in Schedule F. Defendant's trial brief is attached in Schedule G.
   (i) three sets of marked proposed jury instructions, verdict forms, and special interrogatories, if any, are attached in Schedules H, I, and J, respectively; and
   (ii) a list of the questions each party requests the court to ask prospective jurors in accordance with Fed.R.Civ.P. 47(a) and D.Del. LR 47.1(a) is attached in Schedule K;
(j) a statement summarizing the history and status of settlement negotiations, indicating whether further negotiations are ongoing and likely to be productive is attached in Schedule L;
(k) each party has completed discovery, including the depositions of expert witnesses. Absent good cause shown, no further discovery shall be permitted; and
(l) motions *in limine*: Defendants filed a Motion in Limine to Exclude Administrative Agency Filings and Correspondence, and the Determinations by the Delaware Department of Labor.
(3) Trial of this case is expected to take three or four (3 or 4) days beginning on May 22, 2007.
(4) [Indicate the type of trial by placing an X in the appropriate box].
Jury ☒   Non-jury ☐
(5) The parties recommend that six jurors and two alternates be

selected at the commencement of the trial.

(6) This Order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

(7) Possibility of settlement of this case was considered by the parties.

Date:_____                        _____
                                            UNITED STATES DISTRICT JUDGE


_/s/ Jeremy Homer_____                    Date:_____
Jeremy Homer, Esquire (Bar ID# 413)
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE  19903
Telephone No.: (302) 678-3262
Attorneys for Plaintiffs


_/s/ Richard M. Donaldson_____            Date:_____
Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
Telephone No.:  (302) 504-7840
Attorneys for Defendants


_/s/ Carmon M. Harvey_____                Date:_____
Edward T. Ellis, Esquire
Carmon M. Harvey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
Telephone No.:  (215) 772-1500
Attorneys for Defendants


h\Williams\Proposed Pretrial Order\Proposed Pretrial Order