**SCHEDULE A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>  Defendants. | )<br>) Civil Action No. 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF FACTS**

The parties hereto, Plaintiffs Richard L. Williams and Michael E. Peters, and Defendant Dover Downs, Inc., by and through the undersigned counsel, hereby agree to stipulate that the following are true and accurate facts:

1. The Court has subject matter jurisdiction, and the parties are subject to the Court's jurisdiction.

2. Plaintiff Richard Williams was employed continuously by Defendant for 25 years before he was discharged, and Plaintiff Michael Peters was employed continuously by Defendant for 17 years before he was discharged.

3. Plaintiffs satisfied all the statutory prerequisites for filing this action, including timely filing the charges of

discrimination with the EEOC, receipt of the right to sue letters, etc.

4. Defendant was at all times pertinent to this action an "employer" for purposes of the Age Discrimination in Employment Act (ADEA), and that the Plaintiffs were "employees" for purposes of the ADEA when they were discharged by Defendant on December 31, 2003.

5. Dover Downs operates a hotel, conference center, slot machine casino, and harness racing track, on its property on U.S. route 13 in Dover, Delaware.

6. ~~Certain Dover Downs employees engaged in a "drag race" on Dover Downs property shortly after noon on December 23, 2003.~~

h\Williams\proposed pretrial order\Schedule A