**SCHEDULE B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD L. WILLIAMS and MICHAEL E. PETERS, | ) ) Civil Action No. 05-0435 (GMS) |
| Plaintiffs, | ) ) TRIAL BY JURY OF ) TWELVE DEMANDED |
| v. | ) ) |
| DOVER DOWNS GAMING & ENTERTAINMENT, INC., a Delaware Corporation; and DOVER DOWNS, INC., a Delaware Corporation, | ) ) ) ) ) |
| Defendants. | ) |

~~PLAINTIFFS' DRAFT~~ **STATEMENT OF CONTESTED ISSUES OF FACT AND LAW**

The following lists contested issues of fact or law.

1.  Plaintiffs were discharged by Defendant because of their ages or their ages <u>were</u> ~~had~~ a determinative <u>or substantial factor in the discharges.</u>~~effect on the outcome~~.

2.  Defendant willfully and intentionally discriminated against Plaintiffs because of their ages by terminating their employment and imposing other disciplinary action in December 2003.

3.  At the time of their termination of employment by Defendant, the Plaintiffs performed and had performed for a protracted time period their jobs at a level which met the legitimate expectations of the Defendant.

4.  Defendant replaced the Plaintiffs after their employment was terminated with sufficiently younger employees.

5.  Plaintiffs were discharged and otherwise disciplined in December, 2003.  The Defendant provided a false reason for such actions, and otherwise breached the implied covenant of good faith and fair dealing which attaches to all employer-employee contractual relationships under the common law of the State of Delaware.

6.  As a result of the aforesaid discrimination and breach of contract, Plaintiffs have suffered lost wages, lost benefits, inconvenience, and other damages as set forth below.

7.  Dover Downs terminated Plaintiffs because they intentionally blocked the gate to the NASCAR race track, thereby enabling two employees to race their personal automobiles at high speeds down the pit road of the race track.

8.  Plaintiffs were senior maintenance mechanics with supervisory and leadership responsibility and their duty was to prevent an activity such as a "drag race" from occurring.

9.  The "drag race" was a reckless, dangerous activity that justified termination of those responsible.

h\Williams\proposed pretrial order\Schedule B