SCHEDULE C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| RICHARD L. WILLIAMS and MICHAEL E. PETERS, Plaintiffs, v. DOVER DOWNS GAMING & ENTERTAINMENT, INC., a Delaware Corporation; and DOVER DOWNS, INC., a Delaware Corporation, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-0435 (GMS) TRIAL BY JURY OF TWELVE DEMANDED |
|---|---|---|

## PLAINTIFFS' LIST OF POTENTIAL EXHIBITS AND DEFENDANT'S OBJECTIONS THERETO

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~Plaintiffs' Appendix to Answering Brief B-1~~P1 | Position Statement filed by Defendant with the Delaware Department of Labor (DOL) re Williams | 4/5/2004 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-12~~P2 | DOL letter to Defendant's counsel requesting follow-up information re Williams | 12/9/2004 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-14~~P3 | Defendant's counsel letter to DOL re Williams | 12/23/2004 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-34~~P4 | DOL letter to Defendant's counsel requesting follow-up information re Williams | 1/18/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-36~~P5 | Defendant's counsel letter to DOL re Williams | 1/28/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-38~~P6 | DOL Final Determination re Williams | | Fed. R. Evid. 401, 402, & 403 |

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~B-39~~P7 | Williams Performance Evaluation | 1/21/2004 | |
| ~~B-46~~P8 | Peters Performance Evaluation | 10/16/2003 | |
| ~~B-53~~P9 | Investigation Report of race accident | 12/23/2003 | |
| ~~B-105~~P10 | Williams Termination Notice | 12/31/2003 | |
| ~~B-107~~P11 | Peters Termination Notice | 12/31/2003 | |
| ~~B-110~~P12 | Memo with attached memorandum regarding guidelines for disciplining insubordinate employee | 12/17/2003 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-112~~P13 | Defendant's responses to interrogatories | 12/27/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~B-125~~P14 | Defendant counsel letter supplementing defendant's interrogatory responses | 1/30/2006 | |
| ~~B-128~~P15 | Williams' letter to McGlynn protesting his termination | 1/7/2004 | Fed. R. Evid. 401, 402, & 403 |
| P16 | Plaintiff counsel letter to Defendant counsel requesting information | 2/23/2006 | Fed. R. Evid. 401, 402, 403, 801, & 802 |
| P-17 | William Conciliation Questionnaire | 3/7/2005 | Fed. R. Evid. 801, 802, & 803 |
| ~~B-129~~P18 | Defendant counsel letter supplementing discovery responses | 3/9/2006 | Fed. R. Evid. 401, 402, & 403 |
| P19 | Williams 2003 Form W-2 | | |
| P20 | Peters 2003 Form W-2 | | |
| P21 | ~~Michael~~ Peters 2004 Form W-2 from Tri Supply and Equipment Inc. | | |
| P22 | ~~Michael~~ Peters 2004 Form W-2 from Alpine Contractors | | |

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| P23 | ~~Michael~~ Peters 2005 Form W-2 for Alpine Contractors | | |
| P24 | ~~Michael~~ Peters 2005 Form W-2 for Kent Construction Co., Inc. | | |
| P25 | ~~Michael~~ Peters 2006 Form W-2 for Alpine Contractors, Inc. | | |
| P26 | ~~Michael~~ Peters 2006 Form W-2 for Kent Construction Co. Inc. | | |
| ~~Deposition Exhibit Sutor 2~~ P27 | Dover Downs Employee Handbook | | |
| ~~Sutor 3~~ P28 | Dover Downs Gaming & Entertainment, Inc. Code of Business Conduct | | |
| ~~Sutor 4~~ P29 | Business Conduct Code Acknowledgement Form- Williams | 8/5/2002 | |
| ~~Sutor 5~~ | ~~Letter to Trina Wheedleton DOL from Atty Hankinson~~ | ~~4/5/2004~~ | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-1.~~ |
| ~~Sutor 6~~ | ~~Letter to Andre Boggerty DOL from Atty Hankinson~~ | ~~12/23/2004~~ | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-14.~~ |
| ~~Sutor 7~~ P30 | Robin Roberts Handwritten Notes re race incident | 12/29/2003 and 12/24/2003 | Fed. R. Evid. 801 & 802 |
| ~~Sutor 8~~ | ~~Disciplinary Warning Notice to Richard Williams~~ | ~~12/31/03~~ | ~~This exhibit is duplicative of B-105.~~ |

3

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~Sutor 9~~ | ~~Disciplinary Warning Notice to Michael Peters~~ | ~~12/31/03~~ | ~~This exhibit is duplicative of B-107.~~ |
| ~~Sutor 10~~ | ~~Dover Downs Employee and Supervisor Performance Appraisal - Richard Williams~~ | ~~1/21/2004~~ | ~~This exhibit is duplicative of B-39.~~ |
| ~~Sutor 11~~ | ~~Security Incident Report~~ | ~~12/23/2003~~ | ~~This exhibit is duplicative of B-53.~~ |
| ~~Deposition Exhibit Roberts 19~~P31 | Williams Pension Plan Statement | 10/1/1994 | Fed. R. Evid. 401, 402, & 403 |
| ~~Roberts 20~~P32 | Peters Pension Plan Statement | 10/1/1994 | Fed. R. Evid. 401, 402, & 403 |
| ~~Roberts 21~~P33 | Williams Employment Action Form with Attachments (Roberts deposition exhibit 21) | 1/21/2004 | Fed. R. Evid. 401, 402, & 403  This exhibit is not authentic. |
| ~~Roberts 22~~ | ~~Peters Supervisor Performance Appraisal~~ | ~~10/16/2002~~ | ~~This exhibit is duplicative of B-46.~~ |
| ~~Deposition Exhibit Morrison 12~~P34 | Disciplinary Warning Notice to Richard Williams with report, etc. (Morrison deposition exhibit 12)) | 12/12/2003 | |
| ~~Morrison 13~~P35 | Disciplinary Warning Notice to ~~-~~Michael Peters, with report, etc. (Morrison deposition exhibit 13) | 12/12/2003 | This exhibit is not authentic. |

4

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
|  | ~~Defendant Counsel letter with attachments; handwritten notes re race; D0592 and D0593~~ | ~~2/6/2006~~ | ~~Fed. R. Evid. 801 & 802~~  ~~This exhibit is duplicative of Sutor 7.~~ |
|  | ~~Defendant's Responses to Interrogatories~~ | ~~12/27/2005~~ | ~~Fed. R. Evid. 401, 402, & 403~~  ~~This exhibit is duplicative of B-112.~~ |
|  | ~~Defendant's Counsel letter with attachments; re employee benefits, etc.; D0594-D0597~~ | ~~3/9/2006~~ | ~~Fed. R. Evid. 401, 402, & 403~~ |
| ~~Roberts 18~~ P36 | DOL Right-To-Sue letter re Williams Charge | 2/22/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~Defendant Document Production D0590~~ | ~~Williams letter to McGlynn~~ | ~~1/7/2004~~ | ~~Fed. R. Evid. 401, 402, & 403~~  ~~This exhibit is duplicative of B-128.~~ |
| ~~D0002-D0046~~ P37 | Williams employee benefits (D0002-D0046) |  |  |
| ~~D0058-D0062~~ P38 | ~~Williams Employment Action Form re Pay~~ Wertz memo re Williams pay increase | 2/21/2003 | Fed. R. Evid. 401, 402, & 403  This exhibit is irrelevant except for D0059 |
| ~~D0078-D0085~~ | ~~Williams Performance Evaluation~~ | ~~12/8/1991~~ | ~~Fed. R. Evid. 401, 402, & 403~~ |

5

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~D0088-D0094~~ | ~~Williams Performance Evaluation~~ | ~~12/22/1996~~ | ~~Fed. R. Evid. 401, 402, & 403~~ |
| ~~D0095-D0101~~ | ~~Williams Performance Evaluation~~ | ~~1/26/1998~~ | ~~Fed. R. Evid. 401, 402, & 403~~ |
| ~~D0102-D0113~~P39 | Williams Performance Evaluation (D0102-D0113) | 4/6/2000 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0114-D0116~~P40 | Williams Performance Evaluation (D0114-D0116) | 12/18/2001 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0117-D0120~~P41 | Williams Performance Evaluation (D0117-D0120) | 12/13/2002 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0128-D0135~~ | ~~Williams Performance Evaluation~~ | ~~1/21/2004~~ | |
| ~~D0138-D0139~~ | ~~Defendant memos re insubordination policy (Roberts 17)~~ | ~~12/17/2003 7/18/2002~~ | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-110.~~ |
| D0141-D0144 | ~~Documents re disciplinary action~~ | 12/12/2003 | ~~This exhibit is duplicative of Morrison 12.~~ |
| ~~D0148-D0167~~ | ~~Defendant response to DOL re Williams charge~~ | ~~12/23/2004~~ | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-14.~~ |
| ~~D0169-D0180~~ | ~~Defendant response to DOL re Williams charge~~ | 4/5/2004 | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-1.~~ |

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~D0200~~ | ~~Peters Health Insurance Form~~ | ~~11/21/2002~~ | |
| ~~D0209-D0216~~P42 | Peters Employee Benefits (D0209-D0216) | | |
| ~~D0224-D0225~~P43 | Peters Employee Action Form (D0225) | 12/31/2003 | Fed. R. Evid. 401, 402, & 403<br><br>This exhibit is irrelevant except for D0224 |
| ~~D0235-D0244~~P44 | Peters Performance Evaluation with Payroll Report (D0235-D0244) | 10/16/2003 | |
| ~~D0245-D0279~~P45 | Peters Performance Evaluations (D0245-D0279) | 2/5/2001 to 11/1998 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0280-D0289~~ | ~~Peters Disciplinary Action~~ | ~~12/23/2002~~ | |
| ~~D0290~~ | ~~Defendant Memo re Insubordination Policy~~ | ~~7/18/2002~~ | ~~Fed. R. Evid. 401, 402, & 403~~<br><br>~~This exhibit is duplicative of B-110.~~ |
| ~~D0291-D0294~~ | ~~Peters Disciplinary Action~~ | ~~12/12/2003~~ | ~~This exhibit is not authentic.~~<br><br>~~This exhibit is duplicative of Morrison 13~~ |
| ~~D0296-D0318~~P46 | Defendant letter to DOL with Attachments re Peters Charge | 12/23/2004 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0330~~P47 | Defendant letter transmitting Award of Excellence | 10/19/2000 | Fed. R. Evid. 401, 402, & 403 |

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~D0335-D0385~~ | ~~Accident Incident Report~~ | | ~~This exhibit is duplicative of B-53.~~ |
| ~~D0464-D0469~~ | ~~Defendant correspondence with DOL~~ | | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-34 and B-36.~~ |
| ~~D0492-D0493~~ | ~~DOL correspondence (Roberts 14)~~ | ~~12/8/2004~~ | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-12.~~ |
| ~~D0530-D0531~~P48 | DOL correspondence re Peters charge of discrimination | 1/18/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0523~~P49 | ~~Peters~~ DOL Findings re Peters | 2/22/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0526-D0527~~P50 | Defendant correspondence to DOL re Peters Charge | 1/28/2005 | Fed. R. Evid. 401, 402, & 403 |
| ~~D0532-D0552~~ | ~~Defendant correspondence to DOL re Peters Charge~~ | ~~12/23/2004~~ | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of D0296-D0318~~ |
| ~~D0560-D0571~~P51 | Defendant correspondence to DOL re Peters Charge (position statement) | 4/5/2004 | Fed. R. Evid. 401, 402, & 403 |

| NO. | NAME OF DOCUMENT | DATE | DEFENDANT'S OBJECTION |
|---|---|---|---|
| ~~D0583-D0589~~ | ~~Disciplinary actions re race incident~~ | | ~~Fed. R. Evid. 401, 402, & 403~~ ~~This exhibit is duplicative of B-14 and D0296-D0318.~~ |

h\Williams\proposed pretrial order\Schedule C-Plaintiffs' List of Potential Exhibits