<u>SCHEDULE C CONTINUED</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOVER DOWNS, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 05-0435 (GMS) |

<u>DEFENDANT'S LIST OF POTENTIAL
EXHIBITS AND PLAINTIFFS' OBJECTIONS THERETO</u>

| No. | Document | Plaintiffs' Objection |
|---|---|---|
| D1. | Accident Report dated 12/23/03 | |
| D2. | Employee Handbook | |
| D3. | Code of Business Conduct | |
| D4. | Job Description for Maintenance Mechanic I dated October 10, 2002 | |
| D5. | Disciplinary Warning Notice dated 1 December 2003 Re: Richard Williams | |
| D6. | Statement of Bob Morrison Re: Richard Williams Disciplinary Incident on December 1, 2003 | |
| D7. | Disciplinary Warning Notice dated 12/31/03 Re: Richard Williams | |
| D8. | Conduct Code Acknowledgement signed by Richard Williams dated 8/5/02 | |
| D9. | Letter from Richard Williams to Denis McGlynn dated Jan. 7, 2004 | |

| No. | Document | Plaintiffs' Objection |
|---|---|---|
| D10. | Disciplinary Warning Notice dated 1 December 2003 Re: Michael Peters | |
| D11. | Statement of Bob Morrison Re: Michael Peters Disciplinary Incident on December 1, 2003 | |
| D12. | Disciplinary Warning Notice dated 12/31/03 Re: Michael Peters | |
| D13. | Conduct Code Acknowledgement signed by Michael Peters dated 8/5/02 | |
| D14. | Disciplinary Warning Notice dated December 30, 2003 Re: Russell Hands | |
| D15. | Disciplinary Warning Notice dated December 30, 2003 Re: Bill Larnick | |
| D16. | Disciplinary Warning Notice dated December 30, 2003 Re: Mike Monahan | |
| D17. | Disciplinary Warning Notice dated December 30, 2003 Re: John Patterson | |
| D18. | Disciplinary Warning Notice dated 12/31/03 Re: Ernest Carlisle | |
| D19. | Disciplinary Warning Notice dated 12/31/03 Re: Brian Williams | |
| D20. | Handwritten Notes of Bob Morrison dated 12/29/03 | |
| D21. | Organizational Chart of Dover Downs Maintenance Department | |
| D22. | Aerial Photograph of Dover Downs Property | |
| D23. | Photograph of Pit Road Area | |
| D24. | Videotape of Aftermath of December 23, 2003 Incident | Rules 401-403 |

h\Williams\proposed pretrial order\Schedule C Continued-Defendant's List of Potential Exhibits