Schedule D

**WITNESSES**

**By Plaintiffs:**

Plaintiffs will call:

> Richard W. Williams
> Michael A. Peters
> Edward Sutor
> Robin Roberts
> Jerry Clifton
> Bob Morrison

Plaintiffs may call:

> Thomas Curtis, Jr.
> Ernest Carlisle
> Joe McNair

**By Defendant:**

Defendants will call:

> Edward Sutor
> Robin Roberts
> Lee Ford
> Bob Morrison

Defendants may call:

> Joe McNair
> Thomas Curtis, Jr.
> Jerry Clifton
> Jerry Dunning
> Brian Williams
> Ernest Carlisle
> Dave Pelly
> Kymberly (Hankinson) Hernandez

h\Williams\proposed pretrial order\Schedule D