Schedule E

**DEPOSITION EVIDENCE**

**By Plaintiffs:**

    Edward Sutor    (pp. 4-61)
    Robin Roberts   (pp. 3-13; 18-62; 64-74; 75-100; 105-112; 115-143)
    Jerry Clifton   (pp. 5-38)
    William Robert Morrison (pp. 9-36; 49-50)
    Thomas Curtis   (pp. 5, 10)
    Ernest Carlisle  (pp. 19-25; 82-86)

    Defendant's Response: Defendant objects to the introduction of deposition evidence from Ernest Carlisle because it is hearsay under Fed. R. Evid. 801 & 802.

    Joe McNair, Jr. (pp. 5-8; 11; 18-30)

**By Defendant:**

    None.

h\Williams\proposed pretrial order\Schedule E