<u>**Schedule I**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>  v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>      Defendants. | )<br>)  Civil Action No. 05-0435 (GMS)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**Plaintiffs'
Proposed Verdict Form
For Richard L. Williams**</u>

    1.    On the disparate treatment claim of plaintiff Richard L. Williams, as submitted in Jury Instruction 2, we find in favor of (check one)

        ☐    Plaintiff

        ☐    Defendant

    2.    On the breach of implied covenant of good faith and fair dealing claim of plaintiff Richard L. Williams we find in favor of (check one)

        ☐    Plaintiff

        ☐    Defendant

    Complete the following paragraphs only if the above finding in paragraph No. 1 or No. 2, or both, is in favor of plaintiff Richard L. Williams. If the above findings are in favor of defendant, have your foreperson sign and date this form because you have completed your deliberation with respect to Richard L.

1

Williams.

    3.    We find plaintiff's damages as set out in Interrogatory Answer 6 to be:

        $_____

    4.    We assess punitive damages against defendant as set out in Interrogatory Answer 7, as follows:

        $_____ (stating the amount, or if none, write the word "none").

_____                         _____
Dated                                                  Foreperson

h\Williams\proposed pretrial order\Schedule I-Plaintiff's Proposed Verdict Form Williams