**Schedule I Continued**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>             Plaintiffs,<br><br>     v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>             Defendants. | )<br>) Civil Action No. 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Plaintiffs'
Proposed Verdict Form
For Michael E. Peters**

1.   On the disparate treatment claim of plaintiff Michael E. Peters, as submitted in Jury Instruction 2, we find in favor of (check one)

 ☐   Plaintiff

 ☐   Defendant

2.   On the breach of implied covenant of good faith and fair dealing claim of plaintiff Michael E. Peters we find in favor of (check one)

 ☐   Plaintiff

 ☐   Defendant

Complete the following paragraphs only if the above finding in paragraph No. 1 or No. 2, or both, is in favor of plaintiff Michael E. Peters.  If the above findings are in favor of defendant, have your foreperson sign and date this form because you have completed your deliberation with respect to Michael E.

1

Peters.

    3.    We find plaintiff's damages as set out in Interrogatory Answer 6 to be:

        $_____

    4.    We assess punitive damages against defendant as set out in Interrogatory Answer 7, as follows:

        $_____ (stating the amount, or if none, write the word "none").

_____        _____

Dated                                 Foreperson

h\Williams\proposed pretrial order\Schedule I-Plaintiffs' Proposed Verdict Form Peters