**Schedule I Continued**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>  v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>      Defendants. | )<br>)  Civil Action No. 05-0435 (GMS)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Defendant's
Proposed Verdict Form
For Richard L. Williams**

1. Has Plaintiff Richard L. Williams proved, by a preponderance of the evidence, that age was a determinative factor in the decision of Dover Downs to terminate his employment?

    ☐  Yes

    ☐  No

2. Has Plaintiff Richard L. Williams proved, by a preponderance of the evidence, that Dover Downs willfully violated the Age Discrimination in Employment Act?

    ☐  Yes

    ☐  No

3. Has Plaintiff Richard L. Williams proved, by a preponderance of the evidence, that Dover Downs manufactured materially false grounds to cause Plaintiff Richard L. Williams's termination?

1

☐   Yes

☐   No

4. In what amount has Plaintiff Richard L. Williams been damaged (stating the amount, or if none, write the word "none")?

Back pay     _____

_____          _____
Dated                              Foreperson

h\Williams\proposed pretrial order\Schedule I-Defendant's Proposed Verdict Form Williams