<u>**Schedule I Continued**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL E. PETERS and ) | |
| MICHAEL E. PETERS, ) | Civil Action No. 05-0435 (GMS) |
| ) | |
| Plaintiffs, ) | TRIAL BY JURY OF |
| ) | TWELVE DEMANDED |
| v. ) | |
| ) | |
| DOVER DOWNS GAMING & ) | |
| ENTERTAINMENT, INC., a Delaware ) | |
| Corporation; and DOVER DOWNS, ) | |
| INC., a Delaware Corporation, ) | |
| ) | |
| Defendants. ) | |

<u>**Defendant's
Proposed Verdict Form
For Michael E. Peters**</u>

1. Has Plaintiff Michael E. Peters proved, by a preponderance of the evidence, that age was a determinative factor in the decision of Dover Downs to terminate his employment?

  ☐ Yes

  ☐ No

2. Has Plaintiff Michael E. Peters proved, by a preponderance of the evidence, that Dover Downs willfully violated the Age Discrimination in Employment Act?

  ☐ Yes

  ☐ No

3. Has Plaintiff Michael E. Peters proved, by a preponderance of the evidence, that Dover Downs manufactured materially false grounds to cause Plaintiff Michael E. Peters's termination?

  ☐ Yes

☐   No

4. In what amount has Plaintiff Michael E. Peters been damaged (stating the amount, or if none, write the word "none")?

    Back pay    _____

    Front pay    _____

_____                 _____
Dated                                                           Foreperson

h:\Williams\proposed pretrial order\Schedule I-Defendant's Proposed Verdict Form Peters