<u>Schedule J</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>       Plaintiffs,<br><br>   v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>       Defendants. | )<br>) Civil Action No. 05-0435 (GMS)<br>)<br>)    TRIAL BY JURY OF<br>)    TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**Plaintiffs'
Proposed Jury Interrogatories
For Richard L. Williams**</u>

Do you find from a preponderance of the evidence:

1.   That plaintiff Richard L. Williams was discharged from employment by defendant?

   Answer Yes or No _____

   Note:  If you answered "no" to the question, you need not answer the following questions.

2.   That plaintiff Richard L. Williams' age was a substantial or motivating factor that prompted defendant to discharge plaintiff?

   Answer Yes or No _____

   Note:  If you answered "Yes" to Question No. 2, you should find in favor of plaintiff Richard L. Williams in paragraph No. 1 of the Verdict Form.  If you answered "No" to Question No. 2, you should find in favor of defendant in paragraph No. 1 of the Verdict Form.

1

3.   That defendant willfully violated the age discrimination law?

   Answer Yes or No  _____

4.   That defendant breached the implied covenant of good faith and fair dealing?

   Answer Yes or No  _____

5.   That plaintiff Richard L. Williams should be awarded damages to compensate for a net loss of back pay and benefits to the date of trial?

   Answer Yes or No  _____

   If your answer is Yes, in what amount?  $_____

6.   If your answers to 5. and 3. are Yes, you should double the amount in 5. and enter the amount in no. 3 of the verdict form. If your answer to 5. is Yes and your answer to 3. is No, you should enter the amount in 5. in no. 3 of the verdict form.  If your answer to 5. is No, you should enter zero in no. 3 of the verdict form.

7.   That plaintiff Richard L. Williams should be awarded punitive damages for the breach of the implied covenant of good faith and fair dealing?

   Answer Yes or No  _____

   If your answer is Yes, what amount of punitive damages, if any, should be assessed against the defendant?  $_____

SO SAY WE ALL:

_____     _____
Dated                              Foreperson

h/Williams/proposed pretrial order\Schedule J-Plaintiffs' Proposed Jury Interrogs Williams