**Schedule J Continued**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>       Plaintiffs,<br><br>  v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS,<br>INC., a Delaware Corporation,<br><br>       Defendants. | )<br>)  Civil Action No. 05-0435 (GMS)<br>)<br>)  TRIAL BY JURY OF<br>)  TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Defendant's
Proposed Jury Interrogatories
For Richard L. Williams**

None.

h\Williams\proposed pretrial order\Schedule J-Continued-Defendant's Proposed Jury Interrogs Williams

1