Schedule K

**PROPOSED VOIR DIRE QUESTIONS**

<u>**By Plaintiffs**</u>:    Plaintiffs' voir dire questions:

    1.    Have you ever worked in a management capacity for any employer with more than 15 employees?

    2.    Have you ever worked in the personnel department, sometimes referred to as Human Resources Department, for any employer.


<u>**By Defendant**</u>:    Defendant's voir dire questions: <u>(Plaintiffs object to all the following questions except 2 and 3.)</u>

    1.    Have you ever observed or participated in a drag race?

    2.    Are you or any of your close friends or relatives employed by Dover Downs?

    3.    Are you, or a family member or close friend, related to or personally acquainted with Richard Williams or Michael Peters?

    4.    Are you acquainted with the judge in this case?

    5.    Do you have any reason to favor or disfavor attorneys who represent plaintiffs?

    6.    Do you have any reason to favor or disfavor attorneys who represent an employer?

7. Have you or any of your close friends or relatives ever been a party to a lawsuit? (Was that as a plaintiff or a defendant? What was the nature of the action, civil or criminal?) If yes, were you generally satisfied with the results? Did anything about your experience affect how you view the court system, or whether you could be fair and impartial as a juror here?

8. Do you have any personal knowledge of this case or have any opinion regarding it?

9. Do you have any strong feelings about lawsuits in general?

10. Do you believe that a lawsuit is not the proper method for resolving disputes?

11. Do you have any strong feelings about the justice system? Would that feeling affect your ability to fairly and impartially serve as a juror in this case?

12. Do you believe a person who brings a lawsuit should win or lose it?

13. Do you believe a person who defends a lawsuit should win or lose it?

14. Do you have a special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

15. Do you know of any other matter that you believe should be called to the Court's attention as having some bearing on your qualifications or ability to serve as a juror, which you think may prevent you from rendering a fair and impartial verdict based solely on the evidence presented and the Court's instructions as to the law?

16. Have you ever had trouble getting along with your boss at work? Do you feel that this experience would stop you from being fair to both parties in this case?

17. Have you ever lost a job? What job? Would losing your job cause you to be biased against the company in this case because of your own personal experience?

18. Have you ever been laid off from a job? If yes, do you think you can be fair in deciding this case?

19. Have you ever been fired? If yes, do you think you can be fair in deciding this case, which involves a firing?

20. Are you, or have you ever been, a member of a union? If yes, in what union and did you ever hold an officer position in that union?

21. Have you ever filed a grievance? What was it about?

22. Have you ever witnessed what you believe to be discrimination or harassment on the basis of race, national

origin, age, sex, religion, or disability?  If yes, please describe the experience.

23. Have you or anyone close to you ever claimed or experienced discrimination on the basis of race, national origin, age, sex, religion, or disability?  If yes, please describe the experience.

24. Do you believe you have experienced job discrimination?  If yes, please describe.

25. Do you believe you have experienced _any_ kind of discrimination?  If yes, please describe.

26. Have you, any member of your family, or a close friend ever filed a grievance or a charge of discrimination against an employer?

27. Have you, any member of your family, or a close friend ever filed a charge or complaint of discrimination of any kind with a company's human resources or civil rights department, the EEOC, or any other agency?

28. Have you or anyone close to you ever been involved in any way with a lawsuit that charged discrimination?

29. Do you think that employers take advantage of employees?

30. Do you think you might have a tendency to award the plaintiff damages just because Dover Downs may be able to pay them?

31. Although there will be many people on this jury, each of you will have the task of making up your own mind, and voting your convictions. After listening to the opinions of your fellow jurors, will you be able to stick to your own convictions and hold to your own vote, even if you are the only one who feels that way?

32. Is there any individual who feels that he or she will be unable to decide this case based solely on the facts of this case and not upon sympathies or prejudices towards either party?

h\Williams\proposed pretrial order\Schedule K-Proposed Vior Dire Questions