Schedule L

## **HISTORY AND STATUS OF SETTLEMENT NEGOTIATIONS**

Prior to commencement of the lawsuit, Plaintiffs' counsel and Defendant's counsel agreed to mediation of Plaintiffs' claims by the Delaware Department of Labor (DOL). Mediation was scheduled in Milford, Delaware. The Plaintiffs and their counsel appeared and Defendant's counsel appeared. Plaintiffs submitted an offer of settlement and explained the reasoning for the offer. Through counsel, Defendant rejected the offer and made no counteroffer, at which point the mediation ended.

In September 2006, after the completion of discovery and the briefing on Defendant's motion for summary judgment, Plaintiffs' counsel presented by two letters to Defendant's Philadelphia counsel, Edward T. Ellis, and copy to local counsel, separate offers of settlement from each plaintiff, which contained detailed analysis of liability and damages. Defendant's counsel didn't answer either letter or otherwise acknowledge receipt of the offers. It is Dover Downs's position that Plaintiffs' demands are unreasonable. In March, 2007, prior to drafting the proposed pretrial order, Plaintiffs' counsel phoned Mr. Ellis and asked whether Defendant had any interest in settling the case. Mr. Ellis indicated it didn't. It appears negotiations are unlikely.

h\Williams\proposed pretrial order\Schedule L-Settlement Negotiations