IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>       Plaintiffs,<br><br>v.<br><br>DOVER DOWNS GAMING &<br>ENTERTAINMENT, INC., a Delaware<br>Corporation; and DOVER DOWNS, INC.,<br>a Delaware Corporation,<br><br>       Defendants. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>) |

    I hereby certify that on April __10__, 2007, I electronically filed the foregoing Proposed Pretrial Order with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

        Richard M. Donaldson, Esquire and Noel C. Burnham, Esquire
        Montgomery, McCracken, Walker & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE  19801

    I hereby certify that on April __10__, A.D. 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

        Edward T. Ellis, Esquire and Carmon M. Harvey, Esquire
        Montgomery, McCracken, Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA  19109

                            PARKOWSKI, GUERKE & SWAYZE, P.A.
              By: _____
                            JEREMY W. HOMER, ESQUIRE
                            Delaware State Bar I.D. No.: 413
                            116 W. Water Street, P.O. Box 598
                            Dover, DE  19903
                            (302) 678-3262
H:\Williams\COS-Proposed Pretrial Order    Attorneys for Plaintiffs