NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER:_____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS INC.,<br>a Delaware Corporation,<br><br>      Defendant. | DISTRICT COURT<br>DOCKET NUMBER: 05-0435 (GMS)<br><br>DISTRICT COURT<br>JUDGE: Gregory M. Sleet |

Notice is hereby given that Richard L. Williams and Michael E. Peters appeal to the United States Court of Appeals for the Third Circuit from an Order granting Defendant's motion for summary judgment entered in this action on May 2, 2007.

Dated: _____May 4, 2007_____

_____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
Parkowski, Guerke & Swayze, P.A.
116 W. Water Street
P.O. Box 598
Dover, DE 19903
(302) 678-3262
Counsel for Appellants

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7840
Counsel for Appellee

Edward T. Ellis, Esquire
Carmon M. Harvey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-7322
Counsel for Appellee