IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., a Delaware Corporation<br><br>      Defendant. | ) Civil Action No.: 05-0435 (GMS)<br>)<br>) TRIAL BY JURY OF<br>) TWELVE DEMANDED<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>) |

    I hereby certify that on May __4__, 2007, I electronically filed the foregoing Notice of Appeal with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

    Richard M. Donaldson, Esquire and Noel C. Burnham, Esquire
    Montgomery, McCracken, Walker & Rhoads, LLP
    300 Delaware Avenue, Suite 750
    Wilmington, DE 19801

    I hereby certify that on May __4__, A.D. 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

    Edward T. Ellis, Esquire and Carmon M. Harvey, Esquire
    Montgomery, McCracken, Walker & Rhoads, LLP
    123 South Broad Street
    Philadelphia, PA 19109

                                     PARKOWSKI, GUERKE & SWAYZE, P.A.

                By: _____
                          JEREMY W. HOMER, ESQUIRE
                          Delaware State Bar I.D. No.: 413
                          116 W. Water Street, P.O. Box 598
                          Dover, DE 19903
                          (302) 678-3262
H:\Williams\Appeal\Notice of appeal     Attorneys for Plaintiffs