LAW OFFICES

# PARKOWSKI, GUERKE & SWAYZE
PROFESSIONAL ASSOCIATION

116 WEST WATER STREET
P.O. BOX 598
DOVER, DELAWARE 19903
302-678-3262
FAX: 302-678-9415

F. MICHAEL PARKOWSKI
I. BARRY GUERKE
DAVID S. SWAYZE
CLAY T. JESTER
JEREMY W. HOMER
JOHN C. ANDRADE
MARK F. DUNKLE
WILLIAM A. DENMAN
MICHAEL W. ARRINGTON
CHRISTINE P. SCHILTZ
MICHAEL W. TEICHMAN
BASIL C. KOLLIAS
ANNE HARTNETT REIGLE

GEORGE F. GARDNER, III
OF COUNSEL

WILMINGTON OFFICE
800 KING STREET, SUITE 203
WILMINGTON, DE 19801-0369
302-654-3300
FAX: 302-654-3033

May 4, 2007

Dr. Peter T. Delleo
U.S. District Court
844 North King Street, Room 4209
Wilmington, DE 19801

RE:   Richard L. Williams and Michael E. Peters, Plaintiffs, v.
      Dover Downs, Inc., a Delaware corporation, Defendants
      Civil Action No.: 05-0435 (GMS)

Dear Dr. Dalleo:

Our firm represents the plaintiffs in the above action.

Enclosed are the following:

1. original and four copies of the Notice of Appeal and Certificate of Service which were electronically filed on this date;

2. check in the amount of $455.00 representing the filing fee.

Yours truly,

Jeremy W. Homer

JEREMY W. HOMER

JWHsar
e:mail: JHomer@pgslegal.com
Enclosures
cc:   The Honorable Gregory M. Sleet (W/Enclosure)(per Third Circuit Court Local Rule 3.1)
      Richard M. Donaldson, Esquire (W/Enclosure)
      Noel C. Burnham, Esquire (W/Enclosure)
      Edward T. Ellis, Esquire (W/Enclosure)
      Carmon M. Harvey, Esquire (W/Enclosure)
      Richard L. Williams (W/Enclosure)
      Michael E. Peters (W/Enclosure)

H\Williams\Appeal\Court10