IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD L. WILLIAMS and<br>MICHAEL E. PETERS,<br><br>      Plaintiffs,<br><br>v.<br><br>DOVER DOWNS, INC., a Delaware<br>Corporation<br><br>      Defendant. | ) Civil Action No.: 05-0435 (GMS)<br>) U.S. Court of Appeals Docket No. 07-2386<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>) |

I hereby certify that on May __11__, 2007, I electronically filed the foregoing Transcript Purchase Order with the Clerk of Court, which will send notification of such filing to the following and which has also been served via first class mail:

Richard M. Donaldson, Esquire
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

I hereby certify that on May __11__, A.D. 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants

Edward T. Ellis, Esquire
Carmon M. Harvey, Esquire
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Carmen Hernandez, Case Manager
U.S. Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

PARKOWSKI, GUERKE & SWAYZE, P.A.

By: _____
JEREMY W. HOMER, ESQUIRE
Delaware State Bar I.D. No.: 413
116 W. Water Street, P.O. Box 598
Dover, DE 19903
(302) 678-3262
Attorneys for Plaintiffs

H\Williams\Appeal\cos-transcript